

United States of America
F.titious Entity
Address Unknown
vs.

RECEIVED
2015 FEB 26 P 4: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Case No 2:15 mj 21-SRW

MICHAEL ALBERT FOCIA Trust
Government Trademark
Domesreted in DC
Corporation Soul

Michael Albert focia
a legal Man w/a Soul
3rd Party Intervenor

vs.

united state of America

Invoking Article 3
Jurisdiction in an action to the Supreme Court under a Rule 17c

Special Visitation

Notice of Appearance under Duress and Motion to Dismiss

Comes now Michael Albert of the family focia, a peaceful private, flesh and blood man with a Soul. An American National as described in 8 usc 1101(a) & 8USC 1452(a) and domiciled in the Kingdom of Heaven, a Sojourner without a transient place of abode on one the soil, land or in the States of the union, a non-citizen non-person, non-resident, Non-Corporation after first being duly Sworn under 28 usc 1746(1) to tell the truth without any intent to mislead with and liabilities in your mind Brisch vs. Lahue, do depose and say:

(1) I am Presenting myself to this Court of Record under Duress as an injured real party of Interest.

(2) I waive all benefits & privileges that this Court tries to confer on me without waiving my Natural Supreme Creators Granted rights.

③ Notices this Court is a publicly traded stock with a Dun-n-Brad Street # and a NAIC Classification for Profit

④ Notices this Court is a franchise Court Created by the United States Government a private for Profit Corporation as defined in 28 USC 3002 (15)(A)

⑤ Notices this Court that it Jurisdiction as defined in 4 USC 72 is in the erected 50 Federal States aka the Several States, aka United States Territories which are mutually exclusive from the States of the Union in the Code

⑥ Notices the Court that the 50 union states are mutually exclusive. Jurisdiction in which they have no Jurisdiction unless it is Conferred or where there is a Corpus Delicti.

⑦ Notices this Court that it operates under 27 CFR 72 that all crimes are Commercial and that to enforce their Statutes their Must be a Contract in accordance with the Clearfield Doctrine.

⑧ Notices this Court that Michael-Albert, Faia has terminated all contacts with the United States Government, including a Social Security number unlawfully assigned to me using SS-#55-521, TKS Form 521

⑨ Notices this Court that I have lawfully Corrected my citizenship with a brief to John Kerry, Eric Holder, Luther Strange, Alabama Secretary of State.

⑩ Notices this Court I have invoked Section 2 of the Alabama Constitution, altered, abolished my form of government guaranteed by Article 4 clause 2 of the Constitution for the United States of America.

Next Page 3 → ②

Michael Albert of the family focia
a real Flesh 'blood Man w/ a Soul     Case No 2:15 M, 21-5 RW
                    3rd Party Intervene
United States of America
United States Marshall Service

Notice of Special Appearance under Duress

(1) All Paragraphs 1-10 are alleged and Stated as though herein.

(2) Notices this Court of my "affidavit of Corporate Denial" (see Exhibit A-1-A-18) incorporated by reference as though fully stated here in.

(3) Notices this Court of my "Federal Pleading/Motion petition Attachment" (see Exhibit B-1-B-13) incorporated by reference as though fully stated herein.

14) Notices this Court of my "IRS Form 56" (See Exhibit C-1-C-2) incorporated by reference as though fully Stated herein.

15) Notices this Court of my "Declaration of my Peaceful Inhabitance and offer of peace" (See Exhibit D-1-D-4) in-corporated by reference as though fully stated herein.

16) Notices this Court of my "mission by Apostille of a Foreign Neutral" (See Exhibit E-1-E-7) incorporated by reference as though fully stated herein.

Wherefore the above mentioned reasons Belligerent Claimant commands this Court to dismiss with Prejudice:

Continued →          Pg 3.

Under 1746(1) on the 24th day of February, in
the year of our Lord 2015.

Without Prejudice U.D. 1-308

Michael afoun     24th of February 2015

a Living Flesh and blood Man
with a Soul

(1) All Photographs 1-10 are to be held as is through trial.

(2)

Pg. 4

# FEDERAL PLEADING/MOTION/PETITION ATTACHMENT

This form is presented as an attachment to the pleading included with it. It is provided to unambiguously and concisely establish:
1. The nature of this pleading.
2. The relationship of the Submitter to this proceeding.
3. The citizenship and domicile of the Submitter.
4. The rules for establishing fact relating to the response of the opposing party and the ruling of the court on the merits of this pleading.
5. The specific response requested of the court in dealing with this pleading.
6. The affirmation or oath applying to the entire contents of the pleading that is attached.
7. That consent to the jurisdiction of the Court is *not* provided and may not be "presumed" based on submission of this pleading. Any presumption to the contrary is a tortious violation of the Constitutional rights of the Submitter.

Any evidence in the government's possession which suggests or disputes any fact or legal conclusion contrary to this document or any submission to this court by the Submitter is immediately demanded on the record within 30 days of receipt of this notice so that it may be promptly rebutted. Otherwise, the government is estopped from challenging anything in this Submission in any hearing or trial involving the Submitter at any time in the future pursuant to Federal Rule of Civil Procedure 8(b)(6). Failure to deny is an admission.

## SECTION 1: ENCLOSURES:
(Enclosures provided with this form)

| Check | Enclosure description | Mandatory/optional |
|---|---|---|
| ☒ | Affidavit of Citizenship, Domicile, and Tax Status, Form #02.001 (http://sedm.org/Forms/FormIndex.htm)   *Available on Demand* | Optional |
| ☐ | Tax Form Attachment, Form #04.201 (http://sedm.org/Forms/FormIndex.htm) | Optional |
| ☒ | Affidavit of Corporate Denial, Form #02.004 (http://sedm.org/Forms/FormIndex.htm) | Optional |
| ☒ | IRS Form 56: Notice Concerning Fiduciary Relationship (http://sedm.org/Forms/IRS/AboutIRSForm56.htm) | Optional |

## SECTION 2: LEGAL PROCEEDING INFORMATION

| | |
|---|---|
| 1. Name of Plaintiff | Michael Albert Focia D 2 |
| 2. Name of Respondent | United States of America D 2 |
| 3. Case Number | CR. No. 2:15 mj21:SRW |
| 4. Date Complaint Filed | 27 Jan 2015 |
| 5. Court | District Court of the United States |
| 6. Judge | Susan Russ Walker / Myron Thompson |

## SECTION 3: SUBMITTER INFORMATION

| | |
|---|---|
| 7. Name | Michael Albert of the family Focia |
| 8. Tax status (check one) | ☐ Taxpayer ☒ Nontaxpayer (see: http://famguardian.org/Subjects/Taxes/Remedies/TaxpayerVNontaxpayer.htm) |
| 9. Relationship to case (check one) | ☐ Plaintiff ☐ Respondent/Defendant ☒ Wrongfully accused innocent third party |
| 10. Litigant status | Sui Juris (NOT "pro se" or "pro per" or "representing" an office of the government) |
| 11. Mailing address (NOTE: NOT a "domicile" or "residence") | C/o General Delivery 3121 Milan Drive |
| 12. City | Montgomery |
| 13. State | Alabama |
| 14. Zip | |
| 15. Country | |

Exhibit B 1 - B 13

| 16. CITIZENSHIP: (check only one) | 17. DOMICILE (check only one): |
|---|---|
| [X] Constitutional but not statutory "Citizen", "national" but not "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452. Born in state of the Union and a "nonresident" (per 26 U.S.C. 7701(b)(1)(B)) but NOT an "alien" (per 26 U.S.C. §7701(b)(1)(A)) or "Individual" (per 26 CFR §1.1441-1(c )(3)). "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989). *Constitutional* diversity of citizenship pursuant to U.S. Const. Art. III, Section 2, but NOT *statutory* diversity pursuant to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipulate it as truth. http://sedm.org/Forms/MemLaw/WhyANational.pdf | [ ] Nonfederal areas within de jure state of the Union: _____ (state name). NOT part of the "State" defined in 26 U.S.C. §7701(a)(10), 4 U.S.C. §110(d), or 28 U.S.C. §1332(e) or of the "United States". |
| [ ] Statutory but not constitutional "U.S. citizen". Described in 8 U.S.C. §1401. Born anywhere in the country and domiciled in the District of Columbia or federal territory or possession. | [X] Kingdom of Heaven on Earth. I have a religious objection to having an earthly domicile within any existing, man-made government. I am a "transient foreigner" but not an "inhabitant" with respect to the man-made government having jurisdiction in the place where I temporarily live. The Bible says in Psalm 89:11-13, Isaiah 45:12, Deut. 10:14 that the Earth was created and is owned exclusively by God and NOT any man or government of men. It also says in Psalm 47:7 that God is the King of all the Earth. Therefore no one but God's Kingdom can have domiciliaries because presence on the territory of the Sovereign is a prerequisite to all declarations of domicile and allegiance. |
| [ ] Statutory "U.S. national". Described in 8 U.S.C. §1408 and 8 U.S.C. §1101(a)(22)(B), and 8 U.S.C. §1452. Born anywhere in the country and domiciled in American Samoa or Swain's Island | [ ] Not within any government on earth. I choose not to politically associate with any group or government on earth for my protection. The First Amendment to the Constitution protects my right of freedom from compelled association. I am a "transient foreigner" but not an "inhabitant" of the place where I live. |
| [ ] Foreign National. Country:_____ Nonresident alien under 26 U.S.C. §7701(b)(1)(B) | [ ] "United States" (District of Columbia, see 26 U.S.C. §7701(a)(9) and (a)(10)) |
| [ ] Dual nationality. Non-citizen national of USA (NOT "U.S.") pursuant to 8 U.S.C. §1452 AND the following country,       nation,       or       government: _____ For description of "non-citizen national" see third item below. | [ ] Federal areas within state:_____(state name) |
| [ ] Dual nationality. Non-citizen national of USA (NOT "U.S.") pursuant to 8 U.S.C. §1452 AND Kingdom of Heaven on Earth. See "Constitutional but not statutory 'Citizen' above for meaning of "non-citizen national". | [ ] Foreign country or government:_____ _____ (name of foreign country or government). See 26 U.S.C. §892(a)(3) for definition of "foreign government". |
|  | [ ] Federal territory or possession. Territory/possession name:_____ |

**18. DIPLOMATIC STATUS**

The following statuses constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file IRS Form W-8EXP to claim immunity from taxation.

[X] Employee or agent of God's government on earth. Abandoned all aid and protection of man-made government and became a "stateless person" pursuant to Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989), Phil. 3:20, Psalm 119:19, Psalm 68:8-9.

[ ] Minister or ambassador of a foreign state or government:_____(State name). See 26 U.S.C. §892(a)(3) for definition of "foreign government".

[ ] Employee or agent of a foreign government. Government name:_____.

**STATUS OF PARTICIPATION OF SUBMITTER FOR HEARING OF THIS PLEADING OR MOTION**

Presence of Submitter in the instant matter shall be by "special visitation". He is a nonresident party and a transient foreigner who is not subject to the territorial or subject matter jurisdiction of this foreign tribunal and he/she does not waive his/her rights or voluntarily consent to the jurisdiction of this court by making an "appearance" in this matter:

*appearance. A coming into court as a party to a suit, either in person or by attorney, whether as plaintiff or defendant. The formal proceeding by which a defendant submits himself to the jurisdiction of the court. The **voluntary submission** to a court's jurisdiction.*

*In civil actions the parties do not normally actually appear in person, but rather through their attorneys (who enter their appearance by filing written pleadings, or a formal written entry of appearance). Also, at many stages of criminal proceedings, particularly involving minor offenses, the defendant's attorney appears on his behalf. See e.g., Fed.R.Crim.P. 43.*

*An appearance may be either general or special; the former is a simple and unqualified or unrestricted submission to the jurisdiction of the court, the latter is a submission to the jurisdiction for some specific purpose only, not for all the purposes of the suit. A special appearance is for the purpose of testing or objecting to the sufficiency of service or the jurisdiction of the court over defendant without submitting to such jurisdiction; a general appearance is made where the defendant waives defects of service and submits to the jurisdiction of court. Insurance Co. of North America v. Kunin, 175 Neb. 260, 121 N.W.2d 372, 375, 376.*

*[Black's Law Dictionary, 6th Edition, p. 97]*

This submission or petition and all submissions to this court instead constitutes a Petition for Redress of Grievances protected and guaranteed under the Petition Clauses of the First Amendment to the United States Constitution. If this matter is being heard by a Magistrate Judge, be advised that

Exhibit B-2

pursuant to 28 U.S.C. §636(c ), consent of BOTH parties to the action to the jurisdiction of the Magistrate is required, and that Submitter does NOT consent to said jurisdiction.

Submitter of this form:

1. Reserves all rights without prejudice pursuant to UCC 1-308 and its predecessor, UCC 1-207 in all places and at all times and waives no rights at any time or in any place.
2. Is not acting in a representative or security capacity within these proceedings. Denies being either a "public officer" as described in 26 U.S.C. §7701(a)(26) or "employee" of the United States as described in 5 U.S.C. §2105 and 26 U.S.C. §3401(c ). Not in possession of any evidence proving the contrary.
3. Is a "foreign sovereign" protected by the Foreign Sovereign Immunities Act, 28 U.S.C. Part IV, Chapter 97. As such, the Court and a government opponent are violating due process of law if they do not satisfy the requirements of the Minimum Contacts Doctrine described by the U.S. Supreme Court in International Shoe Co. v. Washington, 326 U.S. 310 (1945). A failure or omission by the Court or the government opponent to satisfy the Minimum Contracts Doctrine shall constitute a tacit admission by both that this court is exceeding its jurisdiction, operating in a political rather than legal capacity, and that any rulings beyond that point are VOID. World-Wide Volkwagen Corp. v. Woodson, 444 U.S. 286 (1980) (""A judgment rendered in violation of due process is void in the rendering State and is not entitled to full faith and credit elsewhere. Pennoyer v. Neff, 95 U.S. 714, 732-733 (1878).").
4. Is a "Stateless Person" in relation to the national government as per Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989). Claims constitutional diversity of citizenship pursuant to U.S. Const. Art. III, Section 2, but NOT statutory diversity pursuant to 28 U.S.C. §1332.
5. Has sent notice via Certified mail to the Attorney General and Secretary of State rescinding all signatures on all government forms he may have ever signed, and demanding that all obligations which the government wishes to enforce against him MUST be in writing with his signature on it. The signed writing must list every right or obligation arising from said obligation. Thus, he has reserved for himself the same kind of sovereign immunity as the government enjoys. Our government is a government of finite, delegated, enumerated powers and cannot possess sovereign immunity unless We the People who delegated that sovereign immunity also possess it. This notice acts as the equivalent of a statute of frauds preventing the government from manufacturing parole evidence from third parties to entrap him into participating in federal franchises which he has never knowingly or directly consented to.
6. Never knowingly consented to participate in any government franchise and cannot lawfully consent because not domiciled on federal territory or occupying a public office at the time consent given\. Constitutional rights that are "unalienable" cannot be bargained away in relation to the government, and doing so is a breach of the public trust and TREASON. This includes Social Security, Medicare, FICA, unemployment insurance, etc. All presumptions that Submitter is engaged in any government franchise or in receipt of any government benefit are a violation of due process of law, do not constitute evidence, and result in involuntary servitude in violation of the Thirteenth Amendment, 42 U.S.C. §1994, and 18 U.S.C. §1589 and various treaties. This includes Social Security or a "trade or business" (26 U.S.C. §7701(a)(26)), all of which are only available to persons domiciled on federal territory pursuant to 20 CFR §422.104 and 26 U.S.C. §911(d)(3), which the Submitter is NOT.
7. Pursuant to the Declaratory Judgments Act, 28 U.S.C. §2201(a), if this is a tax proceeding, the Court is foreclosed from declaring or attributing any civil or statutory status to the Submitter OTHER than that what is described on this form and in all affidavits and pleadings filed by him or her in this matter. The "state" of his domicile enjoys EXCLUSIVE jurisdiction over his status and his unalienable rights. Kegley v. Kegley, 16 Cal.App.2d 216, 60 P.2d 482, Cal.App. 3 Dist. 1936 ("The courts of this state also have sole and exclusive jurisdiction over the status of those domiciled within its boundaries. Delanoy v. Delanoy, 216 Cal. 27, 13 P.(2d) 719, 86 A.L.R. 1321.")

## SECTION 4: FACTS AND PRESUMPTIONS ESTABLISHED BY THIS FORM

The following facts and presumptions shall be, will be, and are  conclusively established by attaching this form to the pleading or motion it accompanies:

1. Submitter of this form does not consent to the jurisdiction of any Magistrate pursuant to Fed.R.Civ.Proc. 73(b) and 28 U.S.C. §636(c).
2. That the court and parties construe this document as an ADVANCED PROTEST of any Magistrate Order resulting from this event, pursuant to Fed.Rule.Civ.Proc. 72(a). Basis for the protest is that the Submitter does not consent to the order as required by 28 U.S.C. §636 and therefore:
    2.1. The order is MOOT and constitutes a PROPOSAL or SUGGESTION, but not an AGREEMENT of any kind.
    2.2. The proposed order constitutes "political speech" that will and may be disregarded following the proceeding because it does not constitute evidence of an obligation pursuant to F.R.E. 610.
    2.3. Confers NO RIGHTS upon the government or the Submitter.
    2.4. The Submitter at all times throughout this proceeding RESERVES ALL RIGHTS to him/her self, pursuant to UCC 1-207 and its successor, UCC 1-308 and surrenders none because no appearance has ever or will ever be entered in this proceeding by Submitter before this Executive Branch, Article IV tribunal.
    2.5. Whoever presides over this case may NOT prejudicially "presume" that rights were surrendered by a failure to object within the 10 days allowed by Fed.Rul.Civ.Proc. 72(a), but rather, should conclude that the proceeding that produced the order was null and void ab initio, and without ANY affect on any of the parties.
3. That if the court or the opposing party abuse Fed.Rule.Civ.Proc. 72 to make a FALSE presumption that the Submitter consented to the jurisdiction of the court by failure to object AFTER the errant Magistrate issues his or her unauthorized and MOOT ORDER, then this document shall constitute "reasonable and constructive notice" to the prejudicially presumptuous party that they have engaged in an IMPLIED CONTRACT to substitute themselves as the Submitter in this proceeding, and agree to assume all the liabilities and consequences of the litigation that might ensue to the Submitter. Any party who tries to abuse Fed.Rule.Civ.Proc. 72 to manufacture presumptions about consent to the court by the Submitter deserves to be a victim of the same prejudicial behavior that they are illegally instituting against their opponent. No government can lawfully exercise any delegated authority that their boss, We the People, cannot ALSO have, retain, or use against others. This is a requirement of equal protection of the laws. Equality under the Law is paramount and mandatory by law.
4. That the court and the parties construe that this attachment applies to ALL PAST, PRESENT, AND FUTURE FILINGS in this court, even if not attached.  Any later versions of this form attached to future petitions/motions/or responses shall retroactively supersede this form.
5. That the Court and the government construe all information returns, including but not limited to IRS forms W-2, 1042S, 1098, and 1099, to be false and fraudulent. The government is specifically demanded to criminally prosecute the submitters of these false information returns pursuant to 26 U.S.C. §§7206 and 7207 and to immediately adjust any reported amounts of "wages" or "gross income" or "income" to zero in their information Return Master File (IRMF) derived from these sources. Submitter is not engaged and never has been lawfully or consensually engaged in a "trade or business" or a public office in the U.S. government as required by 26 U.S.C. §6041, nor has he ever derived any "benefit" from such participation. This request was already made in the Legal Notice of Change in Domicile/Citizenship previously sent to the federal and state governments, but I am reminding the recipient again to ensure that you keep this in mind.  See and rebut:
    The "Trade or Business" Scam, Form #05.001; http://sedm.org/Forms/FormIndex.htm.

Exhibit B3

6. The submitter is a peaceful man/woman on the land capable of making informed decisions and who can govern his/her own life without the need for intervention by this Court.

## SECTION 5: REQUESTS OF COURT
(Requests of court in the context of this proceeding)

Submitter/movant petitions for the following of this Court in addition to those things mentioned in the attached pleading, motion, or petition:

1. That this Court provide in its order relating to this matter the statute from the Statutes At Large "expressly conferring" Constitution Article III powers upon this specific Court building AND the judge and every judge hearing this case. If the statute is not so provided, then Article III jurisdiction shall conclusively be conclusively be presumed to NOT exist based on the rules of statutory construction, and this Court shall be conclusively established as an Article 4, Section 3, Clause 2 Court that has jurisdiction ONLY over federal territory, franchises, and domiciliaries of federal territory, none of which are at issue in this case.

> *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another.* Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. *When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred.* Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."
> [Black's Law Dictionary, Sixth Edition, p. 581]

2. That the court and the parties construe that this attachment applies to ALL FUTURE FILINGS in this court, even if not attached. Any later versions of this form attached to future petitions/motions/or responses shall retroactively supersede this form.

3. That the Court and/or the opposing party remain silent on all issues raised in this pleading which the Court concurs and agrees entirely with. Any facts, affidavits, statements, admissions included in this pleading which are not EXPRESSLY denied or rebutted in writing by either the Court or the opposing party with supporting evidence and under penalty of perjury shall therefore constitute an Admission to the truthfulness of each statement or conclusion as required by Federal Rule of Civil Procedure Rule 8(b)(6).

4. That the Court or the opposing party to this suit indicate "this matter was already settled or ruled upon" to indicate that it has NOT been ruled upon or settled and that they are EVADING the truth in the case where:
   4.1. They do not indicate the docket, page number, and line number and precise language WHERE the question proposed was precisely answered...OR
   4.2. They do not provide the specific answer requested to the question proposed by the Submitter of the pleading or petition that this document is attached to.

5. That unless otherwise provided by law or the Federal Rules of Civil or Criminal Procedure, this Court has 60 days in which to make a ruling after the filing of the final pleading/motion by the moving party to make a ruling. Any ruling which is delayed beyond 60 days would be an unreasonable and prejudicial denial of due process and obstruction of justice even if done by omission, in violation of 18 U.S.C. §1509. "Justice delayed is justice denied." (United States v. Hastings, 847 F.2d 920, 923). To otherwise allow the Court to ignore motions without limitation is to leave the moving party without any remedy at law, which is contrary to the principles of law. This provision is therefore intended to prevent such prejudicial bad faith delay tactics by the Court in the instant matter.

6. That the court affirm its agreement with the facts and conclusions in this pleading by indicating that it doesn't have an obligation to respond to the issues raised herein or any part thereof. The oath of office of the judge establishes the affirmative fiduciary obligation associated with his "public trust" to address these issues and any judge who does not honor his or her oath to support, defend and protect the Constitutional rights of the litigants under his or her care is acting *not* as a "public officer" or "judge", but as a private individual and de facto judge who is usurping public office with the goal of personal gain in violation of 18 U.S.C. §208 and 28 U.S.C. §455. Such a person is an officer of a SHAM TRUST, not a PUBLIC TRUST.

> *"...the maxim that the King [or the Judge] can do no wrong has no place in our system of government; yet it is also true, in respect to the State itself, that whatever wrong is attempted in its name is imputable to its government and not to the State, for, as it can speak and act only by law, whatever it does say and do must be lawful. That which therefore is unlawful because made so by the supreme law, the Constitution of the United States, is not the word or deed of the State, but is the mere wrong and trespass of those individual persons who falsely spread and act in its name."*
>
> *"This distinction is essential to the idea of constitutional government. To deny it or blot it out obliterates the line of demarcation that separates constitutional government from absolutism, free self- government based on the sovereignty of the people from that despotism, whether of the one or the many, which enables the agent of the state to declare and decree that he is the state; to say 'L'Etat, c'est moi.' Of what avail are written constitutions, whose bills of right, for the security of individual liberty, have been written too often with the blood of martyrs shed upon the battle-field and the scaffold, if their limitations and restraints upon power may be overpassed with impunity by the very agencies created and appointed to guard, defend, and enforce them; and that, too, with the sacred authority of law, not only compelling obedience, but entitled to respect? And how else can these principles of individual liberty and right be maintained, if, when violated, the judicial tribunals are forbidden to visit penalties upon individual offenders, who are the instruments of wrong, whenever they interpose the shield of the state? The doctrine is not to be tolerated. The whole frame and scheme of the political institutions of this country, state and federal, protest against it. Their continued existence is not compatible with it. It is the doctrine of absolutism, pure, simple, and naked, and of communism which is its twin, the double progeny of the same evil birth."*
> [Poindexter v. Greenhow, 114 U.S. 270; 5 S.Ct. 903 (1885)]

7. That the court or the opposing counsel use the word "frivolous", "unpersuasive", "meritless", "without merit" or similar terms to describe or identify any issue, fact, or legal argument raised by the Submitter that the court regards as truthful, accurate, consistent with prevailing law, and correct on any issue. Submitter reminds the Recipient and Court and opposing counsel that the government is the SERVANT of We the People. They are the only "customer" and "sovereign" in this country according to the U.S. Supreme Court, and the customer is ALWAYS right.

> *"Sovereignty is the right to govern; a nation or State-sovereign is the person or persons in whom that resides. In Europe the sovereignty is generally ascribed to the Prince; here it rests with the people; there, the sovereign actually administers the Government; here, never in a single instance; our Governors are the agents of the people, and at most stand in the same relation to their sovereign, in which regents in Europe stand to their sovereigns. Their Princes have personal powers, dignities, and pre-eminences, our rulers have none but official; nor do they partake in the sovereignty otherwise, or in any other capacity, than as private citizens."* at 472."

Exhibit B-4)

[*Chisholm, Ex'r. v. Georgia, 2 Dall. (U.S.) 419, 1 L.ed. 454, 457, 471, 472) (1794)*]

Permitting, tolerating, or condoning any other approach would constitute allowing the government to create a religion, which we define as any system of belief or opinion that is not or cannot be supported by authoritative admissible evidence. The word "frivolous" is not statutorily defined and therefore there is no evidence upon which to base an inference about what it means. Any use of the word therefore encourages beliefs that cannot be substantiated with evidence and therefore are inadmissible as evidence pursuant to Fed.Rul.Ev. 610. If you as a "public servant" want to tell your "sovereign", which is me, that he or she is wrong, you must do so using only sources of evidence that the government identifies as credible as documented below and which are verified under penalty of perjury as indicated below. NO PRESUMPTIONS, OPINIONS, OR EMOTIONS or slanderous rhetoric, but only facts and evidence signed under penalty of perjury! All presumptions are a violation of due process of law that render a VOID judgment:

*Reasonable Belief About Income Tax Liability*, Form #05.007; http://sedm.org/Forms/FormIndex.htm

8.  That the Court cite legislatively foreign case law *not* from the domicile of the Submitter (as required by Federal Rule of Civil Procedure 17(b)) or refuse to satisfy the requirements of the Minimum Contacts Doctrine in the case of the Submitter if it agrees with the facts, law, and arguments of the Submitter on a specific issue. The Submitter calls this tactic "punting", whereby irrelevant case law is used to disguise or conceal or encrypt a lack of genuine lawful jurisdiction by a court. This tactic has proved a favorite tactic of U.S. attorneys who know they lack jurisdiction. The Submitter reminds this Court that his/her domicile is *not* within any United States Judicial District or any Internal Revenue District and is not located on federal territory, and therefore no case below the U.S. Supreme Court may be cited. In fact, the only remaining Internal Revenue District under Treasury Order 150-02 and confirmed by 26 U.S.C. §7408(d) is the geographical description in Aritlce 1, Section 8, Clause 17 of the Constitution, being that of the District of Columbia. Certainly, federal tax questions are "federal questions" to be handled exclusively by federal courts, but ONLY in the case of franchisees engaged in a "trade or business" who are called "taxpayers" defined under 26 U.S.C. §7701(a)(14), which the Submitter declares under penalty of perjury that he is NOT. Subtitle A of the Internal Revenue Code is "private law" that may only be applied to those who voluntarily make themselves subject to it, by entering into federal "public office", which is described in the code as a "trade or business" and defined as a "public office" (see 26 U.S.C. §7701(a)(26)) in the federal corporation defined in 28 U.S.C. §3002(15)(A). See: http://sedm.org/Forms/MemLaw/TradeOrBusScam.pdf. There is no enacted positive law statute nor federal rule, including Fed.Rule.Civ.Proc. 17(b), which would confer jurisdiction upon this Court to unilaterally change the domicile of the Submitter so as to create jurisdiction that does not otherwise lawfully exist.

> *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."*
> [*Cooper v. Aaron, 358 U.S. 1 (1958)*]

> *". . . the official would not be excused from liability if he failed to observe statutory or constitutional limitations on his powers or if his conduct was a manifestly erroneous application of the statute..."*
> [*Butz v. Economou, 438 U.S. 478 (1978)*]

The U.S. Supreme Court and the Court of Claims are the only courts with the authority to rule on "international matters" such as this involving "nonresident aliens" who are "nontaxpayers", "transient foreigners", and "foreign sovereigns" with *constitutional* diversity of citizenship pursuant to U.S. Constitution Article III, Section 2 but not *statutory* diversity pursuant to 28 U.S.C. §1332(a)(2) such as the case of the Submitter. Even the IRS abides by this rule of not citing case law below the U.S. Supreme Court as codified in the Internal Revenue Manual. If they are entitled to have that position, then I'm entitled to equal protection as well:

> *IRM, 4.10.7.2.9.8 (05/14/99)*

> *1 "Decisions made at various levels of the court system are considered to be interpretations of tax laws and may be used by either examiners or taxpayers to support a position. 2. Certain court cases lend more weight to a position than others. A case decided by the U.S. Supreme Court becomes the law of the land and takes precedence over decisions of lower courts. The Internal Revenue Service must follow Supreme Court decisions. For examiners, Supreme Court decisions have the same weight as the Code. 3. Decisions made by lower courts, such as Tax Court, District Courts, or Claims Court, are binding on the Service only for the particular taxpayer and the years litigated. Adverse decisions of lower courts do not require the Service to alter its position for other taxpayers."*

9.  That the Court cite case law that is inconsistent with the circumstances of the litigant indicated in the previous item or which is derived from below the level of the U.S. Supreme Court as a way to admit or indicate that it is in agreement with the Submitter, that it is breaching its fiduciary duty toward the Submitter, and that it is involved in a conspiracy against rights against the Submitter.

> *"Fraud in its elementary common law sense of deceit -- and this is one of the meanings that fraud bears [483 U.S. 372] in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir.1985) -- includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them, he is guilty of fraud. When a judge is busily soliciting loans from counsel to one party, and not telling the opposing counsel (let alone the public), he is concealing material information in violation of his fiduciary obligations."*
> [*McNally v. United States, 483 U.S. 350 (1987)*]

10. That if the Court uses the word "taxpayer" to refer to the Submitter, that it shall mean a person *not liable* for any internal revenue tax under Subtitle A of the Internal Revenue Code and the *opposite* of that defined in 26 U.S.C. §7701(a)(14) unless and until it proves *with evidence* and *not presumption* that the Submitter is otherwise liable. That means it must produce a statute making him liable and then prove using the Statutes At Large that the section it is citing is positive law and therefore legally admissible evidence in the context of these proceedings pursuant to 1 U.S.C. §204. All presumption which prejudices constitutionally guaranteed rights is unconstitutional and a tort. Neither does the Declaratory Judgments Act, 28 U.S.C. §2201(a) confer upon this Court the authority to "presume" or declare that the Submitter is a "taxpayer" if he or she states under penalty of perjury that he or she is a "nontaxpayer" not subject to the I.R.C. All such prejudicial presumptions against a natural person protected by the Bill of Rights constitute a tort by the judge and an implied waiver of official and judicial immunity. The foundation of our system of jurisprudence is innocence until proven guilty, which means I am a "nontaxpayer" not subject to the I.R.C. until court admissible evidence and my OWN CONSENT to the I.R.C. Subtitle A franchise agreement/contract makes me a "taxpayer" and therefore a federal "public officer."

Exhibit B5

Specifically, Rowen seeks a declaratory judgment against the United States of America with respect to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)." (See Compl. at 2.) __This Court lacks jurisdiction to issue a declaratory judgment "with respect to Federal taxes other than actions brought under section 7428__ of the Internal Revenue Code of 1986," a code section that is not at issue in the instant action. See 28 U.S.C. § 2201; see also Hughes v. United States, 953 F.2d 531, 536-537 (9th Cir. 1991) (affirming dismissal of claim for declaratory relief under § 2201 where claim concerned question of tax liability). Accordingly, defendant's motion to dismiss is hereby GRANTED, and the instant action is hereby DISMISSED.
[Rowen v. U.S., 05-3766MMC. (N.D.Cal. 11/02/2005)]

See and rebut the admissions at the end of the within ten days or forever be estopped from challenging this in the future :
_Presumption: Chief Means for Unlawfully Expanding Federal Jurisdiction_, Form #05.017
http://sedm.org/Forms/FormIndex.htm

11. That any stare decisis or federal case law the Court cites accurately reflect and be consistent with the status of the Submitter as follows and that no case law inconsistent with the below status be cited:

11.1. Not domiciled anywhere within the statutory "United States" as defined in any federal statute, and a "transient foreigner" with either a domicile in a legislatively foreign state or no earthly domicile:

"__Transient foreigner.__ One who visits the country, without the intention of remaining."
[Black's Law Dictionary, Sixth Edition, p. 1498]

11.2. A "nonresident" but not statutory "alien" in relation to the national government.

Title 26: Internal Revenue
_PART 1—INCOME TAXES_
_nonresident alien individuals_
_§ 1.872-2 Exclusions from gross income of nonresident alien individuals._

(f) _Other exclusions._ __Income which is from sources without [outside] the United States [District of Columbia or federal territory, see 26 U.S.C. §7701(a)(9) and (a)(10)], as determined under the provisions of sections 861 through 863, and the regulations thereunder, is not included in the gross income of a nonresident alien individual unless such income is effectively connected for the taxable year with the conduct of a trade or business in the United States by that individual.__ To determine specific exclusions in the case of other items which are from sources within the United States, see the applicable sections of the Code. For special rules under a tax convention for determining the sources of income and for excluding, from gross income, income from sources without the United States which is effectively connected with the conduct of a trade or business in the United States, see the applicable tax convention. For determining which income from sources without the United States is effectively connected with the conduct of a trade or business in the United States, see section _864_(c)(4) and §1.864–5.

11.3. A statutory "national" but not a statutory "citizen" under 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452. See and rebut the admissions at the end of the following if you disagree within ten days or be estopped from challenging later :
http://famguardian.org/Subjects/LawAndGovt/Citizenship/WhyANational.pdf
11.4. A "nontaxpayer" not subject to the Internal Revenue Code.
11.5. Not a "taxpayer" as defined in 26 U.S.C. §7701(a)(14) and 26 U.S.C. §1313.
11.6. No earnings effectively connected with a "trade or business" as defined in 26 U.S.C. §7701(a)(26), and as described in 26 U.S.C. §871(b). See:  http://famguardian.org/Subjects/Taxes/Articles/TradeOrBusinessScam.htm
11.7. Not a "public officer", federal employee, or federal contractor.  Did not voluntarily sign a W-4, SS-5, or 1040 form, for instance.  See and rebut the following if you disagree within ten days or be estopped from challenging later:
http://sedm.org/Forms/MemLaw/Consent.pdf
11.8. No earnings originating from the statutory "United States", which is defined in 26 U.S.C. §7701(a)(9) and (a)(10) as the District of Columbia or federal territory and nowhere else expanded in the I.R.C. to include any other place.
11.9. Not the "individual" defined in 5 U.S.C. §552a(a)(2) as a "citizen" or "resident" domiciled on federal territory called the statutory "United States".
12. That because the Court is judicially reviewing agency decisions, then it must follow the _same rules_ as the agency itself, which in this case is the I.R.S.  The Agency rules found in IRM 4.10.7.2.9.8 require that the IRS may _not_ be compelled to cite or rely upon any ruling below the U.S. Supreme Court in the case of the person who was not the subject of the suit.  The IRS Restructuring and Reform Act of 1998, 112 Stat. 685, Section 1203(b)(6) require that all IRS employees can be TERMINATED for not following the content of the Internal Revenue Manual.
13. Now that this court is aware of information and facts relevant to this matter let it be known that the instigator of any motion that in any way moves to deteriorate or otherwise disparage the submitter of this form is doing so with intent to commit fraud and any filed motions prima facia constitute intent to commit fraud upon this court.

## SECTION 6: IDENTIFYING NUMBERS ON ALL EVIDENCE AND GOVERNMENT FORMS SUBMITTED TO THE GOVERNMENT OR THIS COURT BY EITHER SIDE AND RELATING TO THE SUBMITTER

1. The terms "Social Security Number", "SSN", "Employer Identification Number", "EIN", "Taxpayer Identification Number", or "TIN" as used on all attached government forms means "Nontaxpayer Identification Number (NIN)", signifying that the Submitter is a "nontaxpayer" who does not meet the definition of "taxpayer" found in 26 U.S.C. §7701(a)(14), who is not subject to any provision within the Internal Revenue Code, who is a "nonresident" but not "alien", "individual", "citizen", or "resident", whois is not engaged in a "trade or business", and who has no earnings from within the "United States" as described in 26 U.S.C. §871.
2. The term "Social Security Number" or "SSN" as used on the attached government forms _IS NOT_ the number issued under the authority of 20 CFR §422.104, which can only lawfully be issued to federal employees, agents, and benefit recipients, none of which describe the Submitter. See and rebut the following if you disagree:
_Resignation of Compelled Social Security Trustee_, Form #06.002
http://sedm.org/Forms/FormIndex.htm

Exhibit B-10

3.  The term "Employer Identification Number" or "EIN" as used on the attached government forms *IS NOT* the number issued under the authority of 26 U.S.C. §6109 or any other Act of Congress.  Instead, it means a "Nontaxpayer Identification Number" or "NIN" as defined above.
4.  The term "Taxpayer Identification Number" or "TIN" as used on the attached government form *IS NOT* the number issued under the authority of either 26 U.S.C. §6109 or any other Act of Congress.  Instead it means a "Nontaxpayer Identification Number" or "NIN" as defined above.
5.  All "Nontaxpayer Identification Numbers" or "NINs", or any other synonym described in items 2 through 4 of this section and included in any form or attachment included herein or submitted on any previous government form are the exclusive, licensed, copyrighted intellectual property of the Submitter.  They are protected by the Copyright Act codified in Title 17 of the U.S. Code and this license agreement.  Any use by the government of this property for any commercial or government purpose, including tax collection, is STRICTLY PROHIBITED.  Each unauthorized use is punishable by a penalty of $100,000 per incident plus any tax or penalty assessment associated with the unauthorized use.
6.  Providing any kind of identifying number on any government form shall NOT be evidence of consent to engage in a privileged "trade or business" franchise as described in 26 U.S.C. §7701(a)(26).  Instead, it shall be evidence of NONconsent to engage in said franchise and a formal request to criminally prosecute the employer, financial institution, and/or government entity associated with the submission for criminal racketeering in violation of 18 U.S.C. §1956 and "extortion under the color of law" for compelling the use of said identifying number in violation of 42 U.S.C. §408.

**WARNING!**:  It is a crime in violation of 42 U.S.C. §408(a)(8), 18 U.S.C. §911, and 18 U.S.C. §912 to use or compel the use of any government issued identifying number in connection with the Submitter, such as a Social Security Number (SSN) as defined in 20 CFR 422.103(d), Taxpayer Identification Number (TIN) as defined in 26 U.S.C. §6109, or Employer Identification Number (EIN) as defined in 26 U.S.C. §6109.  Submitter:

1.  Does not participate and is not lawfully eligible to participate in Social Security or the "trade or business" excise taxable franchise described in 26 U.S.C. Subtitle A.
2.  Is not a statutory "U.S. person" for which a Taxpayer Identification Number may lawfully be used pursuant to 26 U.S.C. §6109, 26 CFR §301.6109-1.
3.  May not lawfully use or possess any government identifying number because it is "public property" which belongs to the government pursuant to 20 CFR §422.103(d).  Only "public officers" on official business may lawfully use public property, and only in strict accordance with law for the benefit of the government and not them as private individuals.
4.  Is making special visitation here as a PRIVATE man/woman and not a PUBLIC OFFICER.  If you compel Submitter to use a government identifying number, you are an accessory to criminal conversion of private property to a public use and a public purpose if you connect me or my assets with a public number in violation of 18 U.S.C. §654.  You could end up in jail for up to ten years if you put an identifying number on any records pertaining to me or my property, assets, or my earnings from PRIVATE employment.
5.  Has been a victim of identity theft, compelled association, and conversion by a corrupted covetous government and its agents in banks and financial institutions in the past by unlawfully and involuntarily connecting him/her with knowingly false and fraudulent identifying numbers in criminal violation of 18 U.S.C. §1028(a)(7), 18 U.S.C. §1028A, and a civil violation of 42 U.S.C. §408(a)(7) and 42 U.S.C. §405(c)(2)(C)(i).  He would like to prevent a recurrence of this behavior again.
6.  Will file a criminal complaint in connection with the use of any government issued identifying number connected with his exclusively PRIVATE life, property, and liberty and vociferously prosecute all those who unlawfully compel him to use a knowingly false number or any number at all in order to obtain any service or product in violation of 42 U.S.C. §408, 18 U.S.C. §911, and 18 U.S.C. §912.

## SECTION 7: DEFINITION OF KEY "WORDS OF ART" ON ALL EVIDENCE AND GOVERNMENT FORMS SUBMITTED BY EITHER SIDE IN THIS CASE

*"When words lose their meaning, people will lose their liberty."*
*[Confucius, circa 500 B.C.].*

This section shall and does define key terms used on any associated or attached government forms and all evidence submitted in this case on both sides, all correspondence received by the federal or state governments about me sent by either myself or third parties, or any correspondence sent by any state or federal government to me.  The time period to which these definitions relate are the past, present, and future.  This form is necessitated by the fact that:

1.  The Bible makes it a religious sin to "presume" anything.  See Numbers 15:30, NKJV.
2.  It would therefore be a religious sin to either presume or to condone or encourage others to presume.
3.  There is no credible definition for any of the words used on any government form and the IRS Internal Revenue Manual Section 4.10.7.2.8 says that not only all their forms, but EVERYTHING published by the IRS is UNTRUSTWORTHY.
4.  The Courts have also said that what the IRS says is untrustworthy as well.

Therefore, I as the human originating this communication with the government am the *only* credible source of definitions for the words that I use.  The power to create implies the power to define, and I'm the one creating the information relied upon in this case as evidence.  This is further explained using the government's own words and publications below, which the recipient is challenged to rebut within 30 days or forever be estopped from later challenging:

*Reasonable Belief About Income Tax Liability*, Form #05.007
http://sedm.org/Forms/FormIndex.htm

Definitions:

## COURT TERMS:

1.  **"code", "the code"**:  The bible of a state sponsored church which is special law and a franchise that requires the express consent of those who choose to be governed by it in order to have the "force of law".  For those who don't expressly consent, the "code" is not law, but political religion disguised to "look" like law.  Hence, "color of law".  Those who don't read this code or know the law are often unwittingly deceived into obeying it through their own legal ignorance and the abuse of "words of art" by licensed attorneys, who are the deacons of the state-sponsored church.  When legal practitioners (e.g. judges/priests or licensed attorneys/deacons) falsely portray this "code" as law to the ignorant, the innocent, and the non-consenting, they function as missionaries for the Church known as "this Honorable Court".

    *"Do you not know that if you continually surrender yourselves to anyone to do his will, you are the slaves of him whom you obey, whether that be to sin, which leads to death, or to obedience which leads to righteousness (right doing and right standing with God)?" [Romans 6:16, Amplified Bible]*

Exhibit B 7

1.  **"law"**:  When used in connection with a civil statutory obligation by either party, shall mean a voluntary civil franchise available only to those domiciled within the exclusive jurisdiction of the government grantor of the civil franchise.  Government as moving party enforcing any obligation under such "law" agrees to meet the burden of proof that the party against which they are enforcing said obligation:
    1.1.  Is lawfully serving in a public office in the government granting the franchise.
    1.2.  Is either consensually domiciled on federal territory or representing an entity so domiciled under Federal Rule of Civil Procedure 17.
    1.3.  Has the capacity to alienate Constitutional rights because either physically present on federal territory OR occupying an office that is executed ONLY where EXPRESSLY authorized per 4 U.S.C. §72.  They furthermore agree to provide the statute EXPRESSLY authorizing the exercise of the office in the PLACE they are trying to enforce.

    In the absence of EXPRESSLY satisfying the above burden or proof with admissible evidence signed under penalty of perjury, both parties to any enforcement action stipulate that there is CONCLUSIVE PRESUMPTION against any civil enforcement authority of that civil statutory provision which is referred to with the term "law".  Parties also acknowedge that any attempt to enforce an obligation UNDER said franchise without the requirement of domicile is a PRIVATE contracting exercise that is NOT a government function and which may therefore NOT lawfully be protected with sovereign, official, or judicial immunity.  For details, see and rebut: *Why Statutory Civil Law is Law for Government and Not Private Persons*, Form #05.037; http://sedm.org/Forms/05-MemLaw/StatLawGovt.pdf

2.  **"This Honorable Court"**:  A state-sponsored Church proselytizing for and administering a sham trust (formerly a "public trust") for the personal "benefit" (franchise) and glorification of a privileged class of men who are fiduciaries and agents of Satan Himself because they ignore or disregard God as the source of all Law.  The doctrine that is preached at worship services of this state sponsored church is "the Code".  The judge's/priest's bench is the "pulpit" of this church.  All churches claim their powers from a supernatural source, which in this case would be Satan, The Prince of Lies.  In America, however, the authority granted by the Constitution to this judicial body is not *supernatural*, but *natural*.  That natural source is the consent of the Sovereign People who are being governed.  The People's consent is usurped during worship services through malicious and intentional abuses of "words of art" by priests of the civil religion to keep the congregation in awe and complaint ignorance, just as the Catholic church even today has abused Latin to confuse and distract the attendees so that they would not know what or who they are worshipping.  The scriptural mandate and justification for this definition is found in Psalm 2:1-12 (Amplified version), Psalm 82:1-8 (Amplified version), Jeremiah 5, and the entire Book of Judges.

3.  **"Your Honor"**:  An unofficial title referring to a priest and fiduciary of Satan, the Prince of Lies, operating a pagan worship service in a state-sponsored Church called "this Honorable Court".  The language for the lies and deception of Satan than form the heart of the worship service are abuses of "words of art" and a dogmatic avoidance of the rules of statutory construction.  These rules are heresy to those who want no limitations upon their power and those who invoke them are branded as heretics.  The motivation for the use/abuse of "words of art" is the pursuit of personal gain, enrichment, and glorification at the expense of Justice and Truth.  The object of worship is men, creations of men, and civil rulers rather than the true and living and only God, God's law or natural law.    The Bible calls this paganism, which is obedience to anything but God. The U.S. Congress calls this COMMUNISM, which is obedience to anything but the Will of the Sovereign People:

    50 U.S.C. §841: Findings of Fact

    *The peril inherent in its [the Communist Party's] operation arises not from its numbers, but from its failure [and absolute dogmatic refusal] to acknowledge any limitation as to the nature of its [judicial] activities, and its dedication to the proposition that the present constitutional Government of the United States [based on authority from the People as individuals] ultimately must be brought to ruin by any available means, including resort to force and violence [or abuse of "words of art"]. Holding that doctrine, its role as the agency of a hostile foreign power [the Federal Reserve and the American Bar Association (ABA), and financial elite] renders its existence a clear present and continuing danger to the security of the United States. It is the means whereby individuals are seduced [through words of art] into the service of the world  Communist movement, trained to do its bidding, and directed and controlled in the conspiratorial performance of their revolutionary services. Therefore, the Communist Party should be outlawed*

    *"Judicial verbicide is calculated to convert the Constitution into a worthless scrap of paper and to replace our government of laws with a judicial oligarchy."*
    *[Senator Sam Ervin, during Watergate hearing]*

4.  **"attorney(s)" or "licensed attorney(s)"**:  The "deacons" who assist the priest, meaning the "judge" in executing worship services ("hearings") in the Church/Court called this "Honorable Court".  The attorney license functions as the equivalent of an "ordination" by the Chief Priests of the civil religion called the "State Supreme Court".  Their allegiance is to the government and the judge, in subordination to the client or even the law.  "Power over a man's subsistence is power over his will." Alexander Hamilton, Federalist Paper #79 .  Likewise, power over an attorney's license is power over his subsistence:

    *"His [the attorney's] first duty is to the courts and the public, not the client, and whenever the duties to his client conflict with those he owes as an officer of the court in the administration of justice, the former must yield to the latter."*
    *[7 C.J.S., Attorney and Client, §4]*

5.  **"frivolous"**:  Truthful, accurate, and consistent with prevailing law and legal precedent.  Remember, the key word in "IRS" is "Service".  Submitter is the "customer" you serve and the customer is ALWAYS right!  If you want to say something is wrong, you need to tell Submitter it is incorrect and then explain all the legal authorities that justify why, consistent with the following basis for reasonable belief:
    *Reasonable Belief About Income Tax Liability*, Form #05.007
    http://sedm.org/Forms/FormIndex.htm
    *NOTE:* Consistent with IRM 4.10.7.2.9.8, I am NOT interested in any court ruling below the supreme Court, because if the "Service" is not bound by anything below the U.S. Supreme Court, then neither am I or should I.
6.  **"meritless"**:  See "frivolous" above.
7.  **"unpersuasive"**:  See "frivolous" above.
8.  **"contempt of court"**:  Threatened or actual punishment for attempting or actually speaking truth to this honorable court.

# TAX TERMS

9.  **"taxpayer"**:  Defined as a person who is:

Exhibit B

9.1.  NOT the entity described in 26 U.S.C. §7701(a)(14) or 26 U.S.C. §1313 or any other statute or regulation published by the United States federal government..

9.2.  NOT subject to any provision of the Internal Revenue Code or any other statute or regulation published by the United States federal government, which is foreign law.

9.3.  Whose entire estate is a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31).

10.  "**dollar**":  1/20th of an ounce of gold.  There is no statutory definition of "dollar" that equates a Federal Reserve Note with a dollar and the legal definition of "money" found in Black's Law Dictionary specifically excludes "notes" from the definition of "money".  See:
*Exhibit 1047*: http://sedm.org/Exhibits/ExhibitIndex.htm

11.  "**nontaxpayer**":  Same definition as "taxpayer" above.

12.  "**individual**":  Defined as follows:

12.1.  Excludes the "individual" defined in 26 CFR §1.1441-1(c )(3).

12.2.  Excludes "aliens" as defined in 26 U.S.C. §7701(b)(1)(A) and "nonresident aliens" as defined in 26 U.S.C. §7701(b)(1)(B).

12.3.  Excludes the definition found in 5 U.S.C. §552a(a)(2), who are all "domiciliaries" of the "United States".

12.4.  Excludes the statutory "citizens and nationals of the United States" defined in 8 U.S.C. §1401.

12.5.  Includes persons who are nonresident aliens not engaged in a "trade or business" who have no earnings from the "United States" as defined in 26 U.S.C. §7701(a)(9) and (a)(10) and whose estate is a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31).

13.  "**employee**":  Defined as:

13.1.  A person who works for a "private employer" and not a "public employer" or any state or federal government, who is NOT engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26), and who has no liability to deduct, withhold, or pay any tax described in 26 U.S.C. Subtitles A, B, or C.

13.2.  NOT the person described in 26 U.S.C. §3401(c ) or 26 CFR §31.3401(c )-1 or any other statute or regulation published by the United States federal government.

14.  "**employer**":  A person who has "employees".

15.  "**wage**" or "**wages**":  The term defined in 26 U.S.C. §3401(a).  Excludes earnings of persons who are not engaged in a "public office" or a "trade or business" or who have not made an "election" to associate their earnings with a "public office" by voluntarily submitting an "agreement" pursuant to 26 CFR §31.3401(a)-3(a), and 26 CFR §31.3402(p)-1.  Consequently, anyone who does not submit an IRS form W-4 and who is not otherwise engaged in a "public office" earns no reportable "wages" or "gross income" in connection with their labor pursuant to 26 CFR §31.3401(a)-3(a), and 26 CFR §31.3402(p)-1.

16.  "**trade or business**":  Defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office".  Excludes anything or class of thing not expressly described somewhere in the Internal Revenue Code.  See:
*The "Trade or Business" Scam*, Form #05.001
http://sedm.org/Forms/FormIndex.htm

17.  "**gross income**":  Profit originating from within the United States government corporation and earned by a federal instrumentality.  Pursuant to 26 U.S.C. §871, said profit must either originate from the District of Columbia or abroad pursuant to 26 U.S.C. §911 but may not originate within any state of the Union.

18.  "**beneficial owner**":  Defined as a person who is:

18.1.  NOT the entity described 26 CFR §1.1441-1(c )(6) or any other statute or regulation published by the United States federal government.

18.2.  A "nonresident" but not " alien" not engaged in a "trade or business" who is a "nontaxpayer" not subject to any provision of Internal Revenue Code Subtitles A, B, or C.

19.  "**U.S. person**":  Defined as:

19.1.  NOT the entity described 26 U.S.C. §7701(a)(30) or any other statute or regulation published by the United States federal government.

19.2.  A person domiciled in either a state of the Union or a foreign country on land not under the exclusive jurisdiction of the United States Federal Government as documented in 40 U.S.C. §3112.

19.3.  Not subject to any act of Congress.

20.  "**personal services**":  Defined as services which:

20.1.  Are NOT connected with a "trade or business" or a "public office" within any government or any other government "franchise".

20.2.  Are NOT the term defined in 26 CFR §1.469-9(b)(4).

20.3.  Are NOT defined or referenced anywhere within any statute or regulation published by the United States federal government and therefore entirely beyond the jurisdiction of the government to regulate.

20.4.  Are connected with labor of a human being that is not subject to withholding, attachment, or taxation of any kind:

> *"Every man has a natural right to the fruits of his own labor, is generally admitted; and **no other person can rightfully deprive him of those fruits, and appropriate them against his will…"***
> *[The Antelope, 23 U.S. 66; 10 Wheat 66; 6 L.Ed. 268 (1825)]*

## FRANCHISE TERMS: Domicile, residence, "benefit", etc.

21.  "**citizen**", "**U.S. citizen**", "**citizen of the United States**":  A statutory "citizen and national of the United States" defined in 8 U.S.C. §1401 and excludes the term "Citizen" or "citizen of the United States" as used in the Constitution of the United States of America.

22.  "**resident**":  Means an alien with a legal domicile or "residence" in the "United States", which includes the territories and possessions of the "United States" and excludes states of the Union.

23.  "**permanent address**":  Defined as one's legal domicile.  See:
*Why Domicile and Becoming a "Taxpayer" Require Your Consent*, Form #05.002
http://sedm.org/Forms/FormIndex.htm

24.  "**benefit**":  Defined as follows:

> *"Benefit:  Advantage; profit; fruit; gain; interest associated with a specific transaction which conveys a right or property interest which:*
>
> *1.  Is not dispensed by an administrative agency of any state or federal government, but by a private individual.*
> *2.  Does not require the recipient to be an officer, agent, employee, or "personnel" within any government.*
> *3.  Is not called a "tax" or collected by the Internal Revenue Service, but is clearly identified as "private business activity beyond the core purposes of government".*
> *4.  Does not confer upon the grantor any form of sovereign, official, or judicial immunity.*
> *5.  Is legally enforceable in OTHER than a franchise court or administrative agency.  That is, may be heard in equity within a true, Article III constitutional court and NOT a legislative franchise court.*

---

Exhibit B-9

6.  *True constitutional courts are provided in which to litigate disputes arising under the benefit and those with said disputes are not required to exhaust administrative remedies with an executive branch agency BEFORE they may litigate. These constitutional courts are required to produce evidence that they are constitutional courts with OTHER than strictly legislative franchise powers when challenged by the recipients of said benefits.*
7.  *The specific value of the consideration can be quantified at any time.*
8.  *Monies paid in by the recipient to subsidize the program are entirely refundable if the benefits they pay for have not been received or employed either partially or in full.*
9.  *A person who dies and never collects a benefit is refunded ALL of the monies they paid in.*
10. *Participation in the program is not also attached to any other government program. For instance, being a recipient of "social insurance" does not also make the recipient liable for unrelated or other federal taxes.*
11. *The term "benefit" must be defined in the franchise agreement that dispenses it, and its definition may not be left to the subjective whims of any judge or jury.*
12. *If the "benefit" is financial, then it is paid in lawful money rather than Federal Reserve Notes, which are non interest bearing promissory notes that are not lawful money and are backed by nothing.*
13. *The franchise must expressly state that participation is voluntary and that no one can be prosecuted or punished for failure to participate.*
14. *The identifying numbers, if any, that administer the program may not be used for identification and may not be shared with or used by any nongovernmental entity other than the recipient him or her self.*
15. *May not be heard by any judge, jurist, or prosecutor who is a recipient or beneficiary of the same benefit, because this would cause a conflict of interest in violation of 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455, 18 U.S.C. §597, and 18 U.S.C. §201.*
16. *During any litigation involving the "benefit", both the grantor and the grantee share equal obligation to prove that equally valuable consideration was provided to the other party. Note that Federal Reserve Notes do not constitute lawful money or therefore consideration.*
17. *Does NOT include a return of monies UNLAWFULLY withheld against a non-taxpayer. It is not a commercial "benefit" or "purposeful availment" to have property STOLEN by a corrupted government returned to me.*

*Anything offered by the government that does not meet ALL of the above criteria is herein defined as an INJURY and a TORT. Compelled participation is stipulated by both parties as being slavery in criminal violation of 18 U.S.C. §1583, 42 U.S.C. §1994, and the Thirteenth Amendment.*

*Receipt of the attached government application constitutes consent by the recipient of the application to use the above definition of "benefit" in any disputes that might arise over this transaction. Government recipient and its agents, employees, and assigns forfeit their right as private individuals acting in any government office to define the term "benefit" and agree to use ONLY the above definition.*

## GEOGRAPHIC AND ENTITY TERMS:

25. "United States": means the United States government corporation defined in 28 U.S.C. §3002(15)(A) and excludes states of the Union as used in the Constitution of the United States of America.
26. "State": Means the "State" defined in 4 U.S.C. §110(d) as a federal territory or possession and not any state of the Union.

The following table summarizes the meaning of various geographical terms used in the context of federal and state law, and these definitions also apply to all government forms submitted by Submitter or correspondence sent by the Recipient to the Submitter:

### Table 1: Summary of meaning of various terms and the contexts in which they are used

| Law | Federal constitution | Federal statutes | Federal regulations | State constitutions | State statutes | State regulations |
|---|---|---|---|---|---|---|
| Author | Union States/ "We The People" | Federal Government | | "We The People" | State Government | |
| "state" | Foreign country | Union state | Union state | Other Union state or federal government | Other Union state or federal government | Other Union state or federal government |
| "State" | Union state | Federal state | Federal state | Union state | Union state | Union state |
| "in this State" or "in the State"[1] | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "State"[2] (State Revenue and taxation code only) | NA | NA | NA | NA | Federal enclave within state | Federal enclave within state |
| "several States" | Union states collectively[3] | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively | Federal "States" collectively |
| "United States" | states of the Union collectively | Federal United States** | Federal United States** | United States* the country | Federal United States** | Federal United States** |

---

[1] See California Revenue and Taxation Code, §6017 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=06001-07000&file=6001-6024
[2] See California Revenue and Taxation Code, §17018 at http://www.leginfo.ca.gov/cgi-bin/displaycode?section=rtc&group=17001-18000&file=17001-17039.1
[3] See, for instance, U.S. Constitution Article IV, Section 2.

*Exhibit B-10*

What the above table clearly shows is that the word "State" in the context of federal statutes and regulations means (not includes!) federal States only under Title 48 of the U.S. Code[4], and these areas do not include any of the 50 Union States. This is true in *most cases and especially in the Internal Revenue Code*. The lower case word "state" in the context of federal statutes and regulations means one of the 50 union states, which are "foreign states", and "foreign countries" with respect to the federal government as clearly explained in section 5.2.11 of the Great IRS Hoax book. In the context of the above, a "Union State" means one of the 50 Union states of the United States* (the country, not the federal United States**) mentioned in the Constitution for the United States of America.

## SECTION 8: MANDATORY FRANCHISE AGREEMENT

All information relating to Submitter and all property of the Submitter in the custody or control or influence of the Recipient, including but not limited to the labor and earnings of the Submitter, are protected by the following franchise agreement, which is hereby incorporated by reference into this submission.

*Sovereignty Franchise and Agreement*, Form #06.027
http://sedm.org/Forms/FormIndex.htm

The above franchise shall govern any any all commercial or governmental uses of information relating to or property owned by the Submitter both prior to and after this submission and all relationships between the Submitter and any government or government agent, officer, or withholding agent. By accepting or using or affecting all such information or property relating to the Submitter for any purpose, the Recipient of this form and all his/her/its agents, assigns, and any and all government entities he or she or it represents implicitly consents to all present and future versions of the above franchise. If Recipient is acting as a tax withholding or reporting agent under 26 U.S.C. §7701(a)(16), Recipient represents that he/she/it has the authority to obligate the government for whom it is acting as said agent, and that if it cannot obligate said government, then it also has no legal authority to act as said agent to begin with.

If the Submitter of this form is treated by any government or court as a public officer or as being engaged in a statutory "trade or business" per 26 U.S.C. §7701(a)(26) in relation to the transaction or relationship established or described by this submission and any attached forms, Submitter hereby exercises his sovereign capacity as said compelled and public officer of any and all governments he or she is imputed to represent in consenting to this agreement on behalf of said government, and in assigning the role of "Government Actor" to everyone in the government who might benefit commercially or financially, both directly or indirectly, by using the information or property protected by the above franchise contract for their commercial benefit.

This attachment shall accompany any and all tax forms, withholding forms, and reporting forms in the custody of the Recipient and his agent or assigns, and any and all reports sent to any government entity and relating to the Submitter in order to give reasonable notice to all parties affected by the above franchise. It shall especially accompany all information returns submitted by the Recipient or his/her/its agents and assigns to any government, including but not limited to IRS forms W-2,1042-S, 1098, and 1099.

Like government laws, the above franchise agreement is subject to change without notice to the Recipient of this form or the government he/she/it is acting as an agent for. This is a requirement of the mandate for equal protection and equal treatment that is the foundation of the United States Constitution. Caveat emptor.

## SECTION 9: CONSTRAINTS ON THE DELEGATED AUTHORITY OF THE SUBMITTER IN RE GOVERNMENT

1.  Submitter is acting in a fiduciary and trustee capacity for God the Father and ONLY God 24 hours a day, seven days a week.
2.  The terms of the trust indenture constraining his delegated authority are found in the Holy Bible Trust Indenture. The terms of that trust indenture are exhaustively enumerated in the following document:
    *Delegation of Authority Order from God to Christians*, Form #13.007
    http://sedm.org/Forms/FormIndex.htm
3.  Under the terms of the Holy Bible Trust Indenture, Submitter has NO DELEGATED AUTHORITY:
    3.1.  To accept or consent to any duties or obligations toward, pay any monies to, or render any property or consideration to any government ruler, king, agent, or representative other than God's government on earth beyond that described herein. See sections 2.1, 4.4.3 and 4.4.4 of the above document.

    "You shall have no other gods [including government, laws, or judges] before Me.

    "You shall not make for yourself a carved image—any likeness of anything that is in heaven above, or that is in the earth beneath, or that is in the water under the earth; you shall not bow down to them nor serve [obey] them. For I, the LORD your God, am a jealous God, visiting the iniquity of the fathers upon the children to the third and fourth generations of those who hate Me, but showing mercy to thousands, to those who love Me and keep My commandments.
    [Exodus 20:3-6, Bible, NKJV]

    "You shall make no covenant with them [foreigners], nor with their [pagan government] gods [or judges]. They shall not dwell in your land [and you shall not dwell in theirs by becoming a "resident" in the process of contracting with them], lest they make you sin against Me. For if you serve their gods [under contract or agreement], it will surely be a snare to you."
    [Exodus 23:32-33, Bible, NKJV]

    "It is our true policy to steer clear of permanent alliances [contracts/covenants] with any portion of the foreign world."
    [George Washington, Farewell Address]

    "Peace, commerce, and honest friendship with all nations – entangling alliances [contracts, covenants, treaties] with none."
    [Thomas Jefferson, First Inaugural Address, March 4, 1801]

    3.2.  To act as a "public officer", instrumentality, or agent of the government in any capacity, and especially in the context of the "trade or business" franchise defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office." I may ONLY serve the Lord and ONLY have allegiance and protection from Him and not any vain judge, ruler, or man. See section 2.1 in the above document and Luke 16:13.

---

[4] See http://www4.law.cornell.edu/uscode/48/

Exhibit 11

*"Away with you , Satan!  For it is written, 'You shall worship the Lord your God, and Him ONLY [NOT the government!] you shall serve [with your labor or your earnings from labor].'"*
*[Jesus in Matt. 4:10, Bible, NKJV]*

*"You were bought at a price; do not become slaves of men [and remember that governments are made up exclusively of men]."*
*[1 Cor. 7:23, Bible, NKJV]*

4.    The Holy Bible Trust Indenture applies from the date that the Submitter became a Christian.
5.    Any express or implied agreements or contracts between the Submitter and the government that impose any duties upon the Submitter or convey any rights to the government or the Recipient of this form beyond those described herein must be deemed to have been undertaken *without delegated authority* and are therefore null and void ab initio.

*"All persons dealing with public officers [of Heavenly officers] are bound to take notice of the [Biblical] law prescribing their authority and powers."*
*[State ex rel McConnell v. First State Bank, 22 Tenn. App. 577, 124 S.W.2d 726, 733 (1938)]*

---

*"Of this it is enough to say that the United States is neither bound nor estopped by acts of its officers or agents in entering into an arrangement or agreement to do or cause to be done what the [Biblical] law does not sanction or permit," 243 U.S., at 409.  [ditto for officers of Heaven]*
*[Utah Power and Light Co. v. United States, 243 U.S. 389, 37 S.Ct. 387 (1917)]*

---

*"Where an executive officer, under his misconstruction of the [Biblical] law, has acted without or beyond the powers given him, the courts have jurisdiction to restore the status quo ante insofar as that may be done (cites omitted)."*
*[United States v. Mott, 37 F.2d 860, 862 (10th Cir. 1930), Affirmed, Mott v. United States, 283 U.S. 747, 51 S.Ct. 642 (1931)]*

---

*"[T]he authority of ministerial officers is to be strictly construed as including only such powers as are expressly conferred [in the Holy Bible], or necessarily implied," 141 F.2d, at 913.*
*[Youngblood v. United States, 141 F.2d 912 (6th Cir. 1944): Action to compel recorder to record tax liens]*

---

*"Whatever the form in which the [Heavenly] Government functions, anyone entering into an arrangement with the [Heavenly] Government takes the risk of having accurately ascertained that he who purports to act for the [Heavenly] Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress [or the Holy Bible] or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority," 332 U.S., at 384.*
*[Federal Crop Ins. Corp. v. Merrill, 332 U.S. 380, 68 S.Ct. 1 (1947)]*

6.    Any contracts or agreements entered into on my behalf by my parents are null and void ab initio.  This includes any applications for government benefits or franchises submitted on my behalf by my parents, such as Social Security.
7.    Government has received reasonable notice of the revocation of the Social Security Contract by being sent SSA form 521 and the following document, and therefore has received "reasonable notice" that there is no commercial or fiduciary relationship between Submitter and recipient. Silence of the government serves as notice of consent by the government and commercial default under the terms of said document:
    *Resignation of Compelled Social Security Trustee, Form #06.002*
    http://sedm.org/Forms/FormIndex.htm
8.    Submitter reserves all his/her God given rights pursuant to UCC 1-308 and its predecessor, UCC 1-207.
9.    Because Submitter reserves all rights and has no authority to delegate any of them under the terms of the Holy Bible Trust Indenture, then he/she is a foreign sovereign within the meaning of the Foreign Sovereign Immunities Act, 28 U.S.C. Part IV, Chapter 97.
10.   Submitter has notified the government using the following form that all obligations, contracts, or agreements between him and any other foreign sovereign such as the United States government can take ONLY written form and may not be implied by conduct.  The written instrument conveying rights must be signed by him/her and fully and completely disclose all of the rights surrendered under the terms of the contract or agreement.
    *Legal Notice of Change in Citizenship/Domicile Records and Divorce From the United States, Form #10.001*
    http://sedm.org/Forms/FormIndex.htm
11.   Any obligations, debts, or collection notices sent to the Submitter by the government must be accompanied by the written instrument containing his signature that created the alleged debt pursuant to the document above and pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(b).
12.   Recipient is reminded that if the government can enact an act requiring all contracts with the government to be in writing, then he has the *equal* right to enforce the same requirement upon the government upon reasonable notice of the existence of such requirement.

*"Every man is supposed to know the law. A party who makes a contract with an officer [of the government or of God's government] without having it reduced to writing is knowingly accessory to a violation of duty on his part. Such a party aids in the violation of the law."*
*[Clark v. United States, 95 U.S. 539 (1877)]*

## SECTION 10: AFFIRMATION APPLYING TO THIS AND ALL OTHER PLEADINGS BY SUBMITTER IN THIS ACTION
(The following Affirmation verifies everything said in this and every other pleading, petition, or motion made by the Submitter in this action)
I declare under penalty of perjury under the laws of the Republic where I temporarily occupy but do not maintain a "domicile" or "residence" and from *without* the "United States" defined in 28 U.S.C. §1603(c ), 26 U.S.C. §7408(d), and 26 U.S.C. §7701(a)(9) and (10) and only when litigated under the following conditions that the facts, exhibits, and statements made by me in this and the attached pleading me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C. §1746(1).

1.    Jury trial in a court of a state of the Union and not a federal court.

Exhibit B-12

2. _Constitutional_ diversity of citizenship under U.S. Constitution Article III, Section 2 but NOT _statutory_ diversity pursuant to 28 U.S.C. §1332(a)(2).

3. No jurist or judge may be a statutory "U.S. citizen" under 8 U.S.C. §1401, a "taxpayer" under 26 U.S.C. §7701(a)(14), or be in receipt of any federal financial or other privilege, benefit, or employment, nor maintain a domicile on federal territory in order to avoid violating 18 U.S.C. §597 and 28 U.S.C. §455. Such persons would NOT be my "peers", but my mortal socialist enemies.

4. The common law of the state of the Union and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Fed.R.Civ.P. Rule 17(b), 28 U.S.C. §1652, and _Erie RR v. Tompkins_, 304 U.S. 64 (1938).

5. Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.

6. All of the pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury and/or fact finder.

7. None of the pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.

8. The signator is not censored or restricted by the judge in what he can say to the jury during the trial.

9. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 through 1611.

10. Submitter is not treated as a "person" under 26 U.S.C. §6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty to the public as a "public officer". See:
    http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf
    http://sedm.org/Forms/Affidavits/AffCorpDenial.pdf

11. Submitter is not treated as an "individual", which is defined in 5 U.S.C. §552a(a)(2) as a "U.S. Citizen" under 8 U.S.C. §1401 or a permanent resident, who collectively are domiciliaries of the "United States", which is defined as the "District of Columbia" in 26 U.S.C. §7701(a)(9) and (a)(10) and is not extended elsewhere in the code to include states of the Union.

12. If the I.R.C. Subtitle A, which is private law, a "public right", a franchise, and a "statutory privilege" that only applies to those who consent explicitly or implicitly, is cited by the opponent against the Submitter, then the opponent must provide _written_ proof of informed consent by the Submitter to the terms of the private law being cited. This is a fulfillment of the requirement that when jurisdiction is challenged, proof of jurisdiction must appear on the record. Otherwise, the private law must be removed from evidence of a liability or obligation.

_"Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences."_
_[Brady v. U.S., 397 U.S. 742 (1970)]_

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the Court shall constitute evidence of duress upon the Submitter. This affirmation is an extension of my right to contract guaranteed under Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of a State of the Union or of the United States.

| 17. Submitter signature: | _[signature]_ | 18. Date signed: |
|---|---|---|
| | Signature | 2/24/2015 |

## SECTION 7: FREE REFERENCES WHICH CONFIRM THIS SUBMISSION

| | |
|---|---|
| **Assessments:** http://famguardian.org/TaxFreedom/CitesByTopic/assessment.htm | **Family Guardian-Taxation page:** http://famguardian.org/Subjects/Taxes/taxes.htm |
| **Master File Decoding:** http://sedm.org/ItemInfo/Programs/MFDecoder/MFDecoder.htm | **Liberty University:** http://sedm.org/LibertyU/LibertyU.htm |
| **Litigation Tools Page:** http://sedm.org/Litigation/LitIndex.htm | **Great IRS Hoax book:** http://famguardian.org/Publications/GreatIRSHoax/GreatIRSHoax.htm |

_witness_ _____ _Date_ _____

_William Crane_ _____ 2/24/15
_witness_ _Date_

_Tony Zetler_ _____ 2/24/15
_witness_ _Date_

Exhibit-13

Form **56**
(Rev. July 2004)

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

## Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's Taxpayer Ident. No. |
|---|---|---|
| MICHAEL ALBERT FOCIA, Federal "trustee" and "public office" | 340527789 | |

Address of person for whom you are acting (number, street, and room or suite no.)
**1111 Constitution Ave, N.W. (domicile of "public office" pursuant to Fed.R.Civ.P. 17(b))**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Washington, District of Columbia 20224; "United States" (District of Columbia as defined in 26 USC 7701(a)(9) and (a)(10))**

Unlawfully appointed fiduciary's name
**Michael Albert Focia, unenumerated private human being protected by the Constitution**

Address of fiduciary (number, street, and room or suite no.)
**c/o 3121 Milan Drive    (NOTE: Not a domicile or "residence")**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Montgomery, Alabama [36109]; United States OF AMERICA (not "United States")** | ( ) |

## Part II — Authority

**1**  Authority for fiduciary relationship. Check applicable box:

- **a(1)** ☐ Will and codicils or court order appointing fiduciary    **(2)** Date of death ...........
- **b(1)** ☐ Court order appointing fiduciary . . . . . .    **(2)** Date (see instructions) ...........
- **c**   ☐ Valid trust instrument and amendments
- **d**   ☑ Other. Describe ▶ **Resignation as Compelled Social Security Trustee (see attached)**

## Part III — Nature of Liability and Tax Notices

**2**  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ **All**

**3**  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ **All**

**4**  Year(s) or period(s) (if estate tax, date of death) ▶ **All**

**5**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**6**  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ........

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☑
Reason for termination of fiduciary relationship. Check applicable box:

- **a** ☐ Court order revoking fiduciary authority
- **b** ☐ Certificate of dissolution or termination of a business entity
- **c** ☑ Other. Describe ▶ **Never lawfully appointed or elected to a public office. It is a crime to claim I do pursuant to 18 USC 912.**

### Section B—Partial Revocation

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . ▶ ☑

**b**  Specify to whom granted, date, and address, including ZIP code.
▶ ........

### Section C—Substitute Fiduciary

**9**  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . ▶ ☐
**No assignees or trustees identified to occupy the unlawfully created public office.**

For Paperwork Reduction Act and Privacy Act Notice, see back page.                    Form **56** (Rev. 7-2004)

Exhibit C1

Form 56 (Rev. 7-2004)                                                                                                          Page **2**

| **Part V** | **Court and Administrative Proceedings** | |
|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)<br>**NA** | | Date proceeding initiated |
| Address of court | | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m.<br>p.m. | Place of other proceedings |
|---|---|---|---|---|

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning destruction of unlawful fiduciary relationship on behalf of the nontaxpayer.

**Please<br>Sign<br>Here**

▶ _Michael C. Louis_ _____    Human being never lawfully a fiduciary.    2/24/2015
Signature of Submitter                          Title, if applicable                        Date

Form **56** (Rev. 7-2004)

Exhibit -C2

# *AFFIDAVIT OF CORPORATE DENIAL*

1   Affidavit of Corporate Denial ................................................................................. 4
2   Affirmation .............................................................................................................. 9
3   Resources for Further Study and Rebuttal ............................................................. 11
4   Demand for Rebuttal ............................................................................................. 12

## TABLE OF AUTHORITIES

### Constitutional Provisions

16th Amendment ............................................................................................................. 6
Article 1, Section 10 ....................................................................................................... 10
Constitution Article III ................................................................................................... 9

### Statutes

18 U.S.C. §1001 ............................................................................................................. 6
18 U.S.C. §1201 ............................................................................................................. 6
18 U.S.C. §1951 ............................................................................................................. 5
18 U.S.C. §208 ............................................................................................................... 9
18 U.S.C. §662 ............................................................................................................... 6
18 U.S.C. §912 ............................................................................................................... 14
26 U.S.C. §6065 ............................................................................................................. 13, 19
26 U.S.C. §6671(b) ........................................................................................................ 4, 5, 9
26 U.S.C. §7343 ............................................................................................................. 4, 5, 9
26 U.S.C. §7408(c) ........................................................................................................ 6
26 U.S.C. §7491 ............................................................................................................. 5
26 U.S.C. §7701(a)(10) .................................................................................................. 9
26 U.S.C. §7701(a)(14) .................................................................................................. 9
26 U.S.C. §7701(a)(26) .................................................................................................. 4
26 U.S.C. §7701(a)(39) .................................................................................................. 6
26 U.S.C. §7701(a)(9) and (a)(10) ................................................................................ 4, 6
26 U.S.C. §7701(b)(1)(A) .............................................................................................. 18
28 U.S.C. §1332(a)(2) .................................................................................................... 9
28 U.S.C. §144 ............................................................................................................... 9
28 U.S.C. §1603(c ) ....................................................................................................... 9
28 U.S.C. §1652 ............................................................................................................. 9
28 U.S.C. §1746(1) ........................................................................................................ 9
28 U.S.C. §3002(15)(A) ................................................................................................ 4
28 U.S.C. §455 ............................................................................................................... 9
4 U.S.C. §72 .................................................................................................................. 6
44 U.S.C. §1505(a)(1) ................................................................................................... 4
5 U.S.C. §2105 ............................................................................................................... 6
5 U.S.C. §552a(a)(13) .................................................................................................... 6
5 U.S.C. §552a(a)(2) ...................................................................................................... 4
5 U.S.C. §553(a) ............................................................................................................ 4
8 U.S.C. §1101(a)(21) .................................................................................................... 17
Administrative Procedures Act, 5 U.S.C. §556(d) ......................................................... 5

SSA Form SS-5 ........................................................................................................................................ 6

Why You are a "national", "state national", and Constitutional but not Statutory Citizen, Form #05.006 ........................... 17

Foreign Sovereign Immunities Act, 28 U.S.C. §1602 through 1611 ................................................... 9
Social Security Act as of 2005, section 1101 ..................................................................................... 15


## Regulations

20 C.F.R. §422.104(a) ......................................................................................................................... 15


## Rules

Federal Rule of Civil Procedure 17(b) ......................................................................................... 4, 6, 9
Federal Rule of Civil Procedure 8(b)(6) ........................................................................................... 12
Texas Rule of Civil Procedure 52 ........................................................................................................ 5


## Cases

Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513, 56 S.Ct. 892 (1936) .................. 16
Barnette v Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed. 669, 46 S.Ct. 326 ............................. 18
Becker v. United States, 451 U.S. 1306 (1981) ..................................................................................... 16
Brown v Pierce, 74 U.S. 205, 7 Wall 205,  19 L.Ed. 134 ....................................................................... 18
Carmine v. Bowen, 64 A. 932 .............................................................................................................. 12
Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936) ....................................................... 16
Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972) ................................................................ 4
Erie R.R. v. Tompkins, 304 U.S. 64 (1938) ......................................................................................... 9
Faske v Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144 ...................................................................... 18
Flemming v. Nestor, 363 U.S. 603 (1960) ...................................................................................... 6, 14
Flemming v. Nestor, 363 U.S. 603, 610, 80 S.Ct. 1367 (1960) ........................................................... 15
Galleria Bank v. Southwest Properties, 498 S.W.2d .............................................................................. 5
Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 S.W.2d. 773 .................................................... 18
Hammer v. Dagenhart, 247 U.S. 251, 275 , 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724 ..................... 16
Heider v Unicume, 142 Or. 416, 20 P.2d. 384 ...................................................................................... 18
Heiner v. Donnan, 285 U.S. 312 (1932) .............................................................................................. 18
Kemper v. State, 138 Southwest 1025 (1911), page 1043, section 33 ...................................................... 9
Norton v. Shelby County, 118 U.S. 425 (1885) .................................................................................... 17
Pack v. Southwestern Bell Tel. & Tel. Co., 215 Tenn. 503, 387 S.W.2d. 789, 794 ..................................... 13
Poindexter v. Greenhow, 114 U.S. 270, 5 S.Ct. 903 (1885) ............................................................... 17
Proprietors of Charles River Bridge v. Proprietors of, 36 U.S. 420 (1837) .............................................. 4
United States Railroad Retirement Board vs Fritz, 449 U.S. 166 (1980) ................................................ 6


## Other Authorities

37 Am.Jur.2d, Fraud and Deceit, §8 (1999) ........................................................................................ 7
American Jurisprudence 2d, Duress, §21 (1999) ................................................................................. 18
American Jurisprudence 2d, Estoppel and Waiver, §27: Definitions and Nature (1999) ......................... 12
American Jurisprudence 2d, Estoppel and Waiver, §28: Basis, function, and purpose (1999) ................. 12
Black's Law Dictionary, Sixth Edition, p. 1231 ................................................................................... 13
Black's Law Dictionary, Sixth Edition, p. 581 ..................................................................................... 16
Black's Law Dictionary, Sixth Edition, pp. 744-745 .............................................................................. 5
Congressional Record of the United States Senate on pages 3344-3345 ................................................. 6
How the IRS traps you into liability by making you a fiduciary for a dead "strawman" ......................... 11
Memorandum of Law on The Name ..................................................................................................... 11
Prov. 11:15 .............................................................................................................................................. 6
Prov. 6:1-5 .............................................................................................................................................. 6
Proverbs 17:18 ....................................................................................................................................... 6
Resignation of Compelled Social Security Trustee, Form #06.002 ...................................................... 11
Restatement 2d, Contracts § 174 ......................................................................................................... 18
Social Security: Mark of the Beast ...................................................................................................... 11

# 1  Affidavit of Corporate Denial

This sworn statement is a declaratory presentment to the Judicial Branch of the United States, the Internal Revenue Service (IRS), and the Social Security Administration (SSA) of the firm and complete denial that I, the Affiant, the Living Soul, have ever, with full knowledge, intent, or awareness:

1. Voluntarily through written contract, or constructively by my actions consented, agreed, or accepted any government benefit, privilege, or entitlement that might result in a surrender of my Constitutionally guaranteed rights at any time.
2. Agreed to act as an agent, "employee", contractor, or "officer" for the United States government, a federal corporation as defined under 28 U.S.C. §3002(15)(A) , or any of its subordinate business entities such as the Social Security Administration or the IRS.

> *"Corporations are also of all grades, and made for varied objects; all governments are corporations, created by usage and common consent, or grants and charters which create a body politic for prescribed purposes; but whether they are private, local or general, in their objects, for the enjoyment of property, or the exercise of power, they are all governed by the same rules of law, as to the construction and the obligation of the instrument by which the Incorporation is made. One universal rule of law protects persons and property. It is a fundamental principle of the common law of England, that the term freemen of the kingdom, includes 'all persons,' ecclesiastical and temporal, incorporate, politique or natural; it is a part of their magna charta (2 Inst. 4), and is incorporated into our institutions. The persons of the members of corporations are on the same footing of protection as other persons, and their corporate property secured by the same laws which protect that of individuals. 2 Inst. 46-7. 'No man shall be taken,' 'no man shall be disseised,' without due process of law, is a principle taken from magna charta, infused into all our state constitutions, and is made inviolable by the federal government, by the amendments to the constitution."*
> *[Proprietors of Charles River Bridge v. Proprietors of, 36 U.S. 420 (1837)]*

3. Agreed or consented to be treated as an "officer of a [federal] corporation" under any of the following:
   3.1.  26 U.S.C. §6671(b).
   3.2.  26 U.S.C. §7343.
   3.3.  Federal Rule of Civil Procedure 17(b).
4. Agreed to be treated as a "public officer" engaged in a "trade or business", which is defined in 26 U.S.C. §7701(a)(26) as "the functions of a public office".
5. Agreed or consented to be a "taxpayer", which under Subtitle A of the Internal Revenue Code is a person engaged in a "trade or business" as defined in 26 U.S.C. §7701(a)(26).
6. Agreed or consented to have any portion of the Internal Revenue Code cited or enforced against me, the man or woman, who is a "nontaxpayer" not subject to it:

> *"Revenue Laws relate to taxpayers [officers, employees, and elected officials of the Federal Government] and not to non-taxpayers [American Citizens/American Nationals not subject to the exclusive jurisdiction of the Federal Government]. The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws."*
> *[Economy Plumbing & Heating v. U.S., 470 F.2d. 585 (1972)]*

7. Waived my Constitutional right to be protected by the requirement for implementing regulations found in 44 U.S.C. §1505(a)(1) and 5 U.S.C. §553(a). According to these positive law statutes, the requirement for implementing regulations published in the Federal Register for *all* statutes which prescribe a penalty is waived in the case of federal employees, contracts, public officers, federal agencies, the military, and federal benefit recipients, which group I am not a part.
8. Agreed to be treated as an "individual", as defined in 5 U.S.C. §552a(a)(2), which is a person with a domicile in the "United States", which is geographically defined as the District of Columbia in 26 U.S.C. §7701(a)(9) and (a)(10).

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name associated with a "public office" in the United States government by virtue of the Social Security Number attached to it:

> *Idem sonans.  Sounding the same or alike; having the same sound.  A term applied to names which are substantially the same, though slightly varied in the spelling, as "Lawrence" and "Lawrance," and the like. State v. Culbertson, 6 N.C. App. 327, 170 S.E.2d 125, 127. Under the rule of "idem sonans," variance between*

*allegation and proof of a given name is not material if the names sound the same or the attentive ear finds difficulty in distinguishing them when pronounced. Martin v. State, Tx.Cr.App., 541 S.W.2d. 605, 606.*

*Two names are said to be "idem sonantes" if the attentive ear finds difficulty in distinguishing them when pronounced, or if common and long-continued usage has by corruption or abbreviation made them identical in pronunciation. The rule of "idem sonans" is that absolute accuracy in spelling names is not required in a legal document or proceedings either civil or criminal; that if the name, as spelled in the document though different from the correct spelling thereof, conveys to the ear, when pronounced according to the commonly accepted methods, a sound practically identical with the correct name as commonly pronounced, the name thus given is a sufficient identification of the individual referred to, and no advantage can be taken of the clerical error. The doctrine of "idem sonans" has been much enlarged by decisions, to conform to the growing rule that a variance, to be material, must be such as has misled the opposite party to his prejudice.*
*[Black's Law Dictionary, Sixth Edition, pp. 744-745]*

I do not consent to act on behalf of the social security "trustee", federal "employee", "public officer" or benefit recipient who is the all caps version of my Christian name. I have revoked and renounced and rescinded any evidence and documentation in the possession of any government which might prove otherwise. The entity consisting of the all caps version of my Christian Name is not me. I have no nexus with that entity. The burden of proving otherwise now rests upon you, the recipient of this notice. You have 30 days to provide evidence to the contrary or be found in default. The burden of proof under 26 U.S.C. §7491 only shifts to me if I am a "taxpayer", which I declare under penalty of perjury that I am not. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

The fraudulent conversion of the man or woman, a living Soul, into an officer of a federal corporation is accomplished as documented by Federal and State Rules of Civil Procedure. Particular reference herein is found in the Texas Rule of Civil Procedure 52, "Alleging a Corporation". Rule 52 states

*"An allegation that a corporation is incorporated shall be taken as true, <u>unless denied by the affidavit of the adverse party</u>, his agent or attorney, whether such corporation is a public or private corporation and <u>however created</u>."*
*[Texas Rule of Civil Procedure 52]*

In the case of <u>Galleria Bank v. Southwest Properties</u>, 498 S.W.2d, there is the stipulation that

*"The failure of an adverse party to deny under oath the allegation that he is incorporated with the necessity of proof of the fact [it becomes part of the official record]."*
*[Galleria Bank v. Southwest Properties, 498 S.W.2d]*

Based on the foregoing, it is now clearly evident that the IRS and the federal courts have:

1. Intentionally, willfully, with malice aforethought, and with intent to deceive, proceeded in all its collection and enforcement actions as against the all capital letter name and Social Security Number associated with the fictitious federal "public officer" or agent.
2. Presumed the all capital letters name is a federal "public officer" and "officer of a corporation" under 26 U.S.C. §6671(b) and 26 U.S.C. §7343, who is privileged by virtue of federal employment and agency. The existence of this "privilege", in fact, is the means of manufacturing liability to taxation under Subtitle A of the Internal Revenue Code.
3. "Presumed" that the man or woman, the Living Soul, has agreed or consented to act as a fiduciary for the all caps federal "public officer":

   *"'It is apparent,' this court said in the Bailey Case ( <u>219 U.S. 239</u> , 31 S. Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions.' If a legislative body is without power to enact as a rule of evidence a statute denying a litigant the right to prove the facts of his case, certainly the power cannot be made to emerge by putting the enactment in the guise of a rule of substantive law." [Heiner v. Donnan, 285 U.S. 312 (1932)]*

4. Not explained or revealed, but instead have consistently concealed, the above presumptions and kept them from being documented in rulings of the federal courts so as to preserve and protect the organized extortion and racketeering that ensures the flow of plunder into their checking accounts and their retirement plans. This is racketeering in violation of 18 U.S.C. §1951. The only way it wouldn't be racketeering is if I consented to it, which I do not.

5. By associating the man or woman with the all caps federal "public officer" or "employee", subjected the man or woman to the law for the domicile of the corporation that he represents under Federal Rule of Civil Procedure 17(b). This has effected the equivalent of kidnapping in criminal violation of 18 U.S.C. §1201. It is also the equivalent of identity theft.

6. Placed the domicile of the federal "public officer" in the District of Columbia, as required under the following authorities:

6.1. 4 U.S.C. §72.

6.2. 26 U.S.C. §7701(a)(9) and (a)(10).

6.3. 26 U.S.C. §7701(a)(39).

6.4. 26 U.S.C. §7408(c).

7. Made the all caps strawman and the SSN associated with him surety for the debts of the federal government. The Bible says that Christians CANNOT be surety for the debts of any third party:

> "My son, if you become surety for your friend, if you have shaken hands in pledge for a stranger, you are snared by the words of your mouth; you are taken by the words of your mouth. So do this, my son, and deliver yourself; for you have come into the hand of your friend [slavery!]: Go and humble yourself; plead with your friend. Give no sleep to your eyes, nor slumber to your eyelids, Deliver yourself like a gazelle from the hand of the hunter; and like a bird from the hand of the fowler."
> [Prov. 6:1-5, Bible, NKJV]

> "A man devoid of understanding shakes hands in a pledge, and becomes surety for his friend." [Bible, Proverbs 17:18]

> "He who is surety for a stranger will suffer, but one who hates being surety is secure." [Prov. 11:15, NKJV]

The Social Security Number that is associated with the all caps name is therefore based upon a constructive trust contract created by the SSA Form SS-5. Such a relationship is unenforceable as a contract without informed consent, full disclosure of terms, conditions, and definitions, and consent beyond the age of majority. Children do not meet that qualification and as a result, the entire SSN contract, created as a child is voidable ab initio from the date it was created. To ensure this end, I have sent via certified mail a resignation and termination of any such arrangement, rebutting and rescinding any presumptions to the contrary. See:

http://sedm.org/Forms/Emancipation/SSTrustIndenture.pdf

I am not a party made liable for the federal income tax based on the Legislative Intent of the 16th Amendment written by President William H. Taft and published in the Congressional Record of the United States Senate on pages 3344-3345. I am not subject to the exclusive jurisdiction of the federal government or any Federal Judicial or Internal Revenue District. I am not a federal "employee", "federal personnel" under 5 U.S.C. §2105 or 5 U.S.C. §552a(a)(13) nor is there a contractual agreement which can arise from requesting an SSN. This was confirmed by the U.S. Supreme Court, which said on the matter:

> "... railroad benefits, like social security benefits, are not contractual and may be altered or even eliminated at any time."
> [United States Railroad Retirement Board vs Fritz, 449 U.S. 166 (1980)]

> "We must conclude that a person covered by the Act has not such a right in benefit payments... This is not to say, however, that Congress may exercise its power to modify the statutory scheme free of all constitutional restraint."
> [Flemming v. Nestor, 363 U.S. 603 (1960)]

Because participation in the Social Security Program does not satisfy all the requirements for a valid legal contract, then any attempt to enforce the payment of "taxes" resulting from participation in it without at least providing legally admissible proof of informed consent from a person who has reached the age of consent amounts to:

1. Theft, if the participant did not provide informed consent to participate. Consequently, any money accepted under the program by the federal government becomes an act of "receiving stolen property" in violation of 18 U.S.C. §662.

2. Constructive Fraud in violation of 18 U.S.C. §1001. The government is "pretending" that I qualify to participate when they know in fact that I don't and didn't ever qualify. The result of fraudulent activity of this nature is the following:

2.1. If the fraud produces a contractual obligation, then the contract is void ab initio (from the beginning) if the injured party explicitly voids it:

*American Jurisprudence, 2d [legal encyclopedia]*
*Fraud and Deceit*
*§8 Effect*

<u>*Fraud vitiates every transaction and all contracts*</u>. 7  Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments. 8  Fraud, as it is sometimes said, vitiates every act, which statement embodies a thoroughly sound doctrine when it is properly applied to the subject matter in controversy and to the parties thereto and in a proper forum. 9  As a general rule, fraud will vitiate a contract notwithstanding that it contains a provision to the effect that no representations have been made as an inducement to enter into it, or that either party shall be bound by any representation not contained therein, or a similar provision attempting to nullify extraneous representations.  Such provisions do not, in most jurisdictions, preclude a charge of fraud based on oral representations. 10

<u>*It is a general rule in the law of contracts, however, that an agreement induced by fraud is voidable 11  and not void*</u>, 12   although the rule laid down in some cases is that fraud in the factum or execution renders the agreement void, whereas fraud in the treaty or inducement renders it merely voidable. 13    <u>*Fraudulent representations, to avoid a contract, need not be such as would sustain an indictment for false pretenses.*</u> 14  In preventing actual consent, fraud may be as effectual as mistake or a want of capacity; and where such is the fact in dealing with ordinary contracts, its effect is to vitiate and invalidate them. 15    Ordinarily, however, a contract induced by fraud is voidable at the option of the person defrauded, who must take affirmative action for relief. 16  Generally speaking, the right to avoid a contract induced by fraud must be exercised before the rights of third parties have intervened. 17

Fraudulent misrepresentations may operate as an estoppel in pais, whereby the fraudulent person is precluded from denying a statement which another has relied upon to his injury. 18   As respects fraud in law, that is, constructive fraud as contradistinguished from fraud in fact, or actual fraud, where that which is valid can be separated from that which is invalid without defeating the general intent, the maxim, "void in part, void in toto," does not necessarily apply, and the transaction may be sustained notwithstanding the invalidity of a particular provision. 19  If an original transaction is valid, it cannot be rendered fraudulent by subsequent events, 20  as by the mere nonperformance of a contract, 1  unless, under the rule in force in the majority of jurisdictions, there is a coexisting intention not to perform. 2  In the event of a controversy between the parties regarding fraud in the contract, a "valid" contract is what a court acting with jurisdiction says it is. 3

A person does not, by attempting to defraud another, forfeit his property to the latter. 4
[37 Am.Jur.2d, Fraud and Deceit, §8 (1999)]

2.2.  The person who earned the moneys fraudulently procured by the government has a legal right to recover them:

"Dolus auctoris non nocet successori."
The fraud of a possessor does not prejudice the successor.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.3.  The act of fraud and all the consequences of the act never legally happened.  That means that the Social Security Number they falsely believe was issued to me was never actually issued:

"Ex dolo malo non oritur action. "
Out of fraud no action arises. Cowper, 343; Broom's Max. 349.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.4.  Any act by any government servant to conceal the fraud becomes an act of fraud:

"Fraus est celare fraudem. "
It is a fraud to conceal a fraud. 1 Vern. 270.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.5.  Fraud is inexcusable and unpardonable:

"Fraus et dolus nemini patrocianari debent. "
Fraud and deceit should excuse no man. 3 Co. 78.
[Bouvier's Maxims of Law, 1856,
http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]

2.6.  Fraud amounts to an injustice:

> *"Fraus et jus numquam cohabitant. "*
> *Fraud and justice never agree together. Wing. 680.*

> *Quod alias bonum et justum est, si per vim vel fraudem petatur, malum et injustum efficitur.*
> *What is otherwise good and just, if sought by force or fraud, becomes bad and unjust. 3 Co. 78.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.7.  If a debt or tax obligation arises by virtue of the fraud, then the victim of the fraud must be excused from the liability:

> *"In commodo haec pactio, ne dolus praestetur, rata non est. "*
> *If in a contract for a loan there is inserted a clause that the borrower shall not be answerable for fraud, such*
> *clause is void. Dig. 13, 6, 17.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.8.  Fraud creates no rights to property on the part of the government:

> *"Jus et fraudem numquam cohabitant. "*
> *Right and fraud never go together.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

2.9.  Fraud gives the victim of the fraud the right to terminate his relationship to the government:

> *"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "*
> *If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.*
> *[Bouvier's Maxims of Law, 1856,*
> *http://famguardian.org/Publications/BouvierMaximsOfLaw/BouviersMaxims.htm]*

3.  <u>Money laundering in violation of 18 U.S.C. §1956.</u>  Money laundering is the receiving of money from the proceeds of unlawful activity, or activity not specifically authorized by the constitution and the laws which implement it, at least in the context of persons domiciled in states of the Union.

I, Affiant, the Living Soul, do hereby rebut any and all "presumptions" that have ever been made against me under the "*idem sonans*" deception of the nom de guerre consisting of the all caps version of my Christian name to be '*Void Ab Initio.*' All IRS documents that have used the artificial entity identified with the all caps version of my Christian name for the creation of a tax liability for the Subtitle A income tax, the Subtitle B Estate & Gift income tax, and the Subtitle C Chapter 24 Collection of income tax at source, et al, are forevermore declared to be "*Void Ab Initio*" as there was no legal validity for such at any time.

Verified by this Affidavit, now and for all times, to be a matter of record the adverse party, Affiant, proclaims in truth that:

1.  The IRS has no legal capacity to sue or that the adverse party has no legal capacity to be sued as a Living Soul vis-à-vis an artificial entity.
2.  The IRS is not entitled to recover in the capacity in which it would sue, or that the adverse party is not liable in the capacity of an artificial entity to be sued.
3.  There exists a defect of parties, plaintiff, or defendant.
4.  A denial of partnership as alleged in or by any pleadings as to any party to the suit.
5.  Any party alleged in any pleading to be a corporation, constructive trust, or any artificial entity is not incorporated as alleged.
6.  A denial of the genuineness of the endorsement or assignment of a written instrument upon which suit is brought by an indorsee or assignee and in the absence of such a sworn plea; the indorsement or assignment thereof shall be held as fully proved. The denial required by this subdivision of the rule may be made upon information and belief.
7.  A written instrument upon which a pleading is founded is without consideration, or that the consideration of the same has failed in whole or in part.
8.  A denial of an account, by this affidavit, which is the foundation of the IRS action.

9.  A contract sued upon or contract claimed to be in existence is an attempted usurpation of power and authority, which only resides with the adverse party.

10. Notice and proof of loss or claim for damage or debt liability has not been given as alleged by the IRS. Unless such plea is filed within 30 days from the date of this affidavit, such notice and proof shall be presumed and no evidence to the contrary shall be admitted. A denial of such notice or such proof shall be made specifically and with particularity.

11. A party plaintiff or defendant is not doing business under an assumed name or trade name as alleged.

12. Any other matter required by statute to be pleaded under oath.

> "One sovereign does not need to tell another sovereign that he/she is sovereign. The sovereign is merely sovereign by his very existence. The rule in America is that the American people are the sovereigns."
> [Kemper v. State, 138 Southwest 1025 (1911), page 1043, section 33]

Affiant is a sovereign and a secured party to the Constitution of the united States of the America and enjoys all protections of his/her God-given inalienable Rights so enumerated or reserved. There is no lawful or legal authority for the national government, a creation of limited delegation of Rights of "We the People" [the Master] and thus a servant to the Master to continue in such fraudulent conveyances.

There is no quarter or protection, nor can there be, for any federal employee, federal officer, or elected official of the United States to continue to make claims for a debt against the legal fiction or nom de guerre consisting of the all caps version of my Christian name to identify the Living Soul, Affiant, as a corporation, constructive trust, or any other artificial entity which would be contrary to this sworn statement under oath.

I have enclosed an IRS form 56: Notice Concerning Fiduciary Relationship, renouncing and denouncing any connection with the all caps federal "public officer" or "employee" who is the object of all of your enforcement, collection, extortion, racketeering, and legal terrorism efforts.

## 2   Affirmation

I declare under penalty of perjury under the laws of the Republic where I live but do not maintain a domicile and from *without* the "United States" defined in 28 U.S.C. §1603(c ) and 26 U.S.C. §7701(a)(10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C. §1746(1).

1.  Jury trial in a state court.
2.  Constitutional diversity of citizenship under Constitution Article III but not statutory diversity of citizenship under 28 U.S.C. §1332(a)(2).
3.  No jurist or judge may be a "U.S. citizen" under 8 U.S.C. §1401, or a "taxpayer" under 26 U.S.C. §7701(a)(14).
4.  No jurist or judge, like the submitter, may be in receipt of any federal financial or other privilege, benefit or employment nor maintain a domicile on federal territory.
5.  The common law of the state and no federal law or act of Congress or the Internal Revenue Code are the rules of decision, as required Federal Rule of Civil Procedure Rule 17(b), 28 U.S.C. §1652, and Erie R.R. v. Tompkins, 304 U.S. 64 (1938).
6.  Any judge who receives retirement or employment benefits derived from Subtitle A of the I.R.C. recuse himself in judging the law and defer to the jury to judge both the facts and the law, as required under 18 U.S.C. §208, 28 U.S.C. §144, and 28 U.S.C. §455.
7.  All of the pleadings, exhibits, and statements made, including those about the law, are admitted into evidence and subject to examination by the jury.
8.  None of the pleadings in the case are sealed or unpublished so as to cover up government wrongdoing or otherwise obstruct justice.
9.  The signator is not censored or restricted by the judge in what he can say to the jury during the trial.
10. Submitter is treated as a "foreign sovereign" under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602 through 1611.
11. Submitter is not treated as a "person" under 26 U.S.C. §6671(b) or 26 U.S.C. §7343, which is defined as an officer of a corporation or partnership who has a fiduciary duty. See: http://sedm.org/Forms/MemLaw/WhyThiefOrEmployee.pdf

Non-acceptance of this affirmation or refusal to admit all evidence attached to this pleading into the record by the court shall constitute evidence of duress upon the submitter. This affirmation is an extension of my right to contract guaranteed under

1    Article 1, Section 10 of the United States Constitution and may not be interfered with by any court of a State of the Union or
2    of the United States.
3
4    Signature: _Michael A Focia_
5
6    Printed Name: _Michael Albert Focia_
7
8    Date: _2/24/2015_
9
10

_witness_                                    _Date_

_William Crose_                    _2/24/15_
_witness_                                    _Date_

_Tony LeFlow_                    _2/24/15_
_witness_                                    _Date_

## 4    Demand for Rebuttal

If you, the recipient, have read this entire affidavit and still challenge its conclusions, I demand a rebuttal from you of the facts and law revealed here. You have thirty days to provide your rebuttal. Pursuant to Federal Rule of Civil Procedure 8(b)(6), failure to deny shall constitute an admission to the truth of everything contained herein:

> *III. PLEADINGS AND MOTIONS > Rule 8.*
> *Rule 8. General Rules of Pleading*
>
> *(b) Defenses; Admissions and Denials.*
>
> *(6) Effect of Failing to Deny.*
>
> *An allegation — other than one relating to the amount of damages — is admitted if a responsive pleading is required and the allegation is not denied. If a responsive pleading is not required, an allegation is considered denied or avoided.*

Failure to timely deny WITH EVIDENCE shall also constitute an estoppel in pais, default judgment, and nihil dicit judgment relating to every controversy presented by this affidavit:

> *"Silence is a species of conduct, and constitutes an implied representation of the existence of facts in question. When silence is of such character and under such circumstances that it would become a fraud, it will operate as an Estoppel."*
> *[Carmine v. Bowen, 64 A. 932]*

> *"Equitable estoppel, or estoppel in pais, is a term applied usually to a situation where, because of something which he has done or omitted to do, a party is denied the right to plead or prove an otherwise important fact. 2 The term has also been variously defined, frequently by pointing out one or more of the elements of, or prerequisites to, 3 the application of the doctrine or the situations in which the doctrine is urged. 4 The most comprehensive definition of equitable estoppel or estoppel in pais is that it is the principle by which a party who knows or should know the truth is absolutely precluded, both at law and in equity, from denying, or asserting the contrary of, any material fact which, by his words or conduct, affirmative or negative, intentionally or through culpable negligence, he has induced another, who was excusably ignorant of the true facts and who had a right to rely upon such words or conduct, to believe and act upon them thereby, as a consequence reasonably to be anticipated, changing his position in such a way that he would suffer injury if such denial or contrary assertion was allowed. 5 In the final analysis, however, an equitable estoppel rests upon the facts and circumstances of the particular case in which it is urged, 6 considered in the framework of the elements, requisites, and grounds of equitable estoppel, 7 and consequently, any attempted definition usually amounts to no more than a declaration of an estoppel under those facts and circumstances. 8 The cases themselves must be looked to and applied by way of analogy rather than rule. 9"*
> *[American Jurisprudence 2d, Estoppel and Waiver, §27: Definitions and Nature (1999)]*

> *"The doctrine of estoppel is based upon the grounds of public policy, fair dealing, good faith, and justice, and its purpose is to forbid one to speak against his own act, representations, or commitments to the injury of one to whom they were directed and who reasonably relied thereon. 11 The doctrine of estoppel springs from equitable principles and the equities in the case. 12 It is designed to aid the law in the administration of justice where without its aid injustice might result. 13 Thus, the doctrine of equitable estoppel or estoppel in pais is founded upon principles of morality and fair dealing and is intended to subserve the ends of justice. 14 It always presupposes error on one side and fault or fraud upon the other and some defect of which it would be inequitable for the party against whom the doctrine is asserted to take advantage. 15 It concludes the truth in order to prevent fraud and falsehood and imposes silence on a party only when in conscience and honesty he should not be allowed to speak. 16*

> *The proper function of equitable estoppel is the prevention of fraud, actual or constructive, 17 and the doctrine should always be so applied as to promote the ends of justice and accomplish that which ought to be done between man and man. 18 Such an estoppel cannot arise against a party except when justice to the rights of others demands it 19 and when to refuse it would be inequitable. 20 The doctrine of estoppel should be applied cautiously and only when equity clearly requires it to be done. 1 Hence, in determining the application of the doctrine, the counterequities of the parties are entitled to due consideration. 2 It is available only in defense of a legal or equitable right or claim made in good faith and can never be asserted to uphold crime, fraud, injustice, or wrong of any character. 3 Estoppel is to be applied against wrongdoers, not against the victim of a wrong, 4 although estoppel is never employed as a means of inflicting punishment for an unlawful or wrongful act. 5"*
> *[American Jurisprudence 2d, Estoppel and Waiver, §28: Basis, function, and purpose (1999)]*

1 Finally, the denial must come from a person who has personal knowledge, delegated authority to make such a denial, and the
2 denial must be signed under penalty of perjury as required by 26 U.S.C. §6065.

3 **ADMISSIONS/QUESTIONS:**

4 1. Admit that Social Security Numbers and Social Security Cards are the property of the U.S. government and not the
5 person in possession of them:

6 *Title 20: Employees' Benefits*
7 *PART 422—ORGANIZATION AND PROCEDURES*
8 *Subpart B—General Procedures*
9 *§ 422.103  Social security numbers.*

10 *(d) Social security number cards. A person who is assigned a social security number will receive a social*
11 *security number card from SSA within a reasonable time after the number has been assigned. (See §422.104*
12 *regarding the assignment of social security number cards to aliens.)* **Social security number**
13 **cards are the property of SSA and must be returned upon request.**

14 YOUR ANSWER: ____Admit ____Deny

15 2. Admit that because Social Security Numbers and Social Security Cards are the property of the U.S. government, then
16 they constitute property devoted to a "public purpose" or "public uses":

17 *"Public purpose. In the law of taxation, eminent domain, etc., this is a term of classification to distinguish the*
18 *objects for which, according to settled usage, the government is to provide, from those which, by the like usage,*
19 *are left to private interest, inclination, or liberality. The constitutional requirement that the purpose of any tax,*
20 *police regulation, or particular exertion of the power of eminent domain shall be the convenience, safety, or*
21 *welfare of the entire community and not the welfare of a specific individual or class of persons [such as, for*
22 *instance, federal benefit recipients as individuals]. "Public purpose" that will justify expenditure of public money*
23 *generally means such an activity as will serve as benefit to community as a body and which at same time is directly*
24 *related function of government. Pack v. Southwestern Bell Tel. & Tel. Co., 215 Tenn. 503, 387 S.W.2d. 789, 794.*

25 *The term is synonymous with governmental purpose. As employed to denote the objects for which taxes may be*
26 *levied, it has no relation to the urgency of the public need or to the extent of the public benefit which is to follow;*
27 *the essential requisite being that a public service or use shall affect the inhabitants as a community, and not*
28 *merely as individuals. A public purpose or public business has for its objective the promotion of the public*
29 *health, safety, morals, general welfare, security, prosperity, and contentment of all the inhabitants or residents*
30 *within a given political division, as, for example, a state, the sovereign powers of which are exercised to promote*
31 *such public purpose or public business."*
32 *[Black's Law Dictionary, Sixth Edition, p. 1231, Emphasis added]*

33 YOUR ANSWER: ____Admit ____Deny

34 3. Admit that the number assigned by the Social Security Administration called a Social Security Number is created, owned,
35 reissued, and controlled exclusively by the Social Security Administration.

36 YOUR ANSWER: ____Admit ____Deny

37 4. Admit that only public "employees" or contractors on official duty can lawfully possess, use, or control public property
38 or property devoted to a "public use".

39 YOUR ANSWER: ____Admit ____Deny

40 5. Admit that possession or use of a Social Security Number or Social Security Card constitutes prima facie evidence that
41 the person in possession is acting in an official capacity as "federal personnel":

42
43 *TITLE 5 > PART I > CHAPTER 5 > SUBCHAPTER II > § 552a*
44 *§ 552a. Records maintained on individuals*

45 *(a) Definitions.— For purposes of this section—*

---

(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits).

YOUR ANSWER: _____Admit _____Deny

6.  Admit that a private person who uses public property called a Social Security Number and Social Security Card for personal benefit is committing the crime of impersonating a public officer in violation of 18 U.S.C. §912:

> TITLE 18 > PART I > CHAPTER 43 > § 912
> § 912. Officer or employee of the United States
>
> Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

YOUR ANSWER: _____Admit _____Deny

7.  Admit that it is illegal to use public property for a *private* purpose or private benefit:

> TITLE 18 > PART I > CHAPTER 11 > § 208
> § 208. Acts affecting a personal financial interest
>
> (a) Except as permitted by subsection (b) hereof, whoever, being an officer or employee of the executive branch of the United States Government, or of any independent agency of the United States, a Federal Reserve bank director, officer, or employee, or an officer or employee of the District of Columbia, including a special Government employee, participates personally and substantially as a Government officer or employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a judicial or other proceeding, application, request for a ruling or other determination, contract, claim, controversy, charge, accusation, arrest, or other particular matter in which, to his knowledge, he, his spouse, minor child, general partner, organization in which he is serving as officer, director, trustee, general partner or employee, or any person or organization with whom he is negotiating or has any arrangement concerning prospective employment, has a financial [or personal/private] interest—
>
> Shall be subject to the penalties set forth in section 216 of this title.

YOUR ANSWER: _____Admit _____Deny

8.  Admit that the Social Security Number is primarily used to control those who participate, and that those who participate have no control or ownership over how the government uses or discloses it.

YOUR ANSWER: _____Admit _____Deny

9.  Admit that it is impossible to "have" a number.  A number is information and one can know information but one can't own it unless it is copyrighted.

YOUR ANSWER: _____Admit _____Deny

10.  Admit that claiming a number or participating in Social Security guarantees NOTHING, according to the Supreme Court.

> "We must conclude that a person covered by the Act has not such a right in benefit payments... This is not to say, however, that Congress may exercise its power to modify the statutory scheme free of all constitutional restraint."
> [Flemming v. Nestor, 363 U.S. 603 (1960)]
>
>
> "The Social Security system may be accurately described as a form of social insurance, enacted pursuant to Congress' power to "spend money in aid of the 'general welfare,'" Helvering v. Davis, supra, at 640, whereby persons gainfully employed, and those who employ them, are taxed to permit the payment of benefits to the retired and disabled, and their dependents. Plainly the expectation is that many members of the present productive work force will in turn become beneficiaries rather than supporters of the program. But each worker's benefits, though

*flowing from the contributions he made to the [363 U.S. 603, 610]  national economy while actively employed, are not dependent on the degree to which he was called upon to support the system by taxation. **It is apparent that the noncontractual interest of an employee covered by the Act cannot be soundly analogized to that of the holder of an annuity, whose right to benefits is bottomed on his contractual premium payments.***"*
*[Flemming v. Nestor, 363 U.S. 603, 610, 80 S.Ct. 1367 (1960)]*

YOUR ANSWER: _____ Admit _____ Deny

11. Admit that without a guaranteed benefit, anyone using a number cannot claim any legally enforceable right or entitlement or "property".

YOUR ANSWER: _____ Admit _____ Deny

12. Admit that the Social Security Act is found on the Social Security website at the following address:

   http://www.ssa.gov/OP_Home/ssact/comp-ssa.htm

YOUR ANSWER: _____ Admit _____ Deny

13. Admit that the Social Security Act is also found in the U.S. Code, Title 42, Chapter 7 available on the web at the address below:

   http://www4.law.cornell.edu/uscode/html/uscode42/usc_sup_01_42_10_7.html

YOUR ANSWER: _____ Admit _____ Deny

14. Admit that only "U.S. citizens" and "lawful permanent residents" may apply for the Social Security program.  See website above and 20 C.F.R. §422.104(a).

YOUR ANSWER: _____ Admit _____ Deny

15. Admit that the term "United States" is defined in the current Social Security act in section 1101(a)(2) as follows:

   *SEC. 1101. [42 U.S.C. 1301] (a) When used in this Act—*

   *"(2) The term "United States" when used in a geographical sense means, except where otherwise provided, the States."*
   *[Social Security Act as of 2005, section 1101]*

YOUR ANSWER: _____ Admit _____ Deny

16. Admit that the term "State" is defined in the current Social Security Act in section 1101(a)(1) as follows:

   *SEC. 1101. [42 U.S.C. 1301] (a) When used in this Act—*

   *(1) The term 'State', except where otherwise provided, includes the District of Columbia and the Commonwealth of Puerto Rico, and when used in titles IV, V, VII, XI, XIX, and XXI includes the Virgin Islands and Guam. Such term when used in titles III, IX, and XII also includes the Virgin Islands. Such term when used in title V and in part B of this title also includes American Samoa, the Northern Mariana Islands, and the Trust Territory of the Pacific Islands. Such term when used in titles XIX and XXI also includes the Northern Mariana Islands and American Samoa. In the case of Puerto Rico, the Virgin Islands, and Guam, titles I, X, and XIV, and title XVI (as in effect without regard to the amendment made by section 301 of the Social Security Amendments of 1972[3]) shall continue to apply, and the term 'State' when used in such titles (but not in title XVI as in effect pursuant to such amendment after December 31, 1973) includes Puerto Rico, the Virgin Islands, and Guam. Such term when used in title XX also includes the Virgin Islands, Guam, American Samoa, and the Northern Mariana Islands. Such term when used in title IV also includes American Samoa."*
   *[Social Security Act as of 2005, section 1101]*

YOUR ANSWER: _____ Admit _____ Deny

17. Admit that states of the Union are *not* included in the above definition of either "State" or "United States".

YOUR ANSWER: _____Admit _____Deny

18. Admit that under the rules of statutory construction, that which is not explicitly included is excluded by implication:

> *"expressio unius, exclusio alterius"—if one or more items is specifically listed, omitted items are purposely excluded. Becker v. United States, 451 U.S. 1306 (1981)*

> *"Expressio unius est exclusio alterius. A maxim of statutory interpretation meaning that the expression of one thing is the exclusion of another. Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d. 321, 325; Newblock v. Bowles, 170 Okl. 487, 40 P.2d 1097, 1100. Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded."*
> *[Black's Law Dictionary, Sixth Edition, p. 581]*

YOUR ANSWER: _____Admit _____Deny

19. Admit that the federal government has no legislative jurisdiction within states of the Union according to the U.S. Supreme Court:

> *"It is no longer open to question that the general government, unlike the states, Hammer v. Dagenhart, 247 U.S. 251, 275, 38 S.Ct. 529, 3 A.L.R. 649, Ann.Cas.1918E 724, possesses no inherent power in respect of the internal affairs of the states; and emphatically not with regard to legislation."*
> *[Carter v. Carter Coal Co., 298 U.S. 238, 56 S.Ct. 855 (1936)]*

> *"The difficulties arising out of our dual form of government and the opportunities for differing opinions concerning the relative rights of state and national governments are many; but for a very long time this court has steadfastly adhered to the doctrine that the taxing power of Congress does not extend to the states or their political subdivisions. The same basic reasoning which leads to that conclusion, we think, requires like limitation upon the power which springs from the bankruptcy clause. United States v. Butler, supra."*
> *[Ashton v. Cameron County Water Improvement District No. 1, 298 U.S. 513; 56 S.Ct. 892 (1936)]*

YOUR ANSWER: _____Admit _____Deny

20. Admit that the Social Security Act qualifies as "legislation" as indicated in the above cites.

YOUR ANSWER: _____Admit _____Deny

21. Admit that participation in Social Security is voluntary for people who live outside of the District of Columbia and the territories and possessions of the "United States" as defined above because it does not and cannot apply to them absent their informed, explicit, written consent.

YOUR ANSWER: _____Admit _____Deny

22. Admit that it is ILLEGAL for the Social Security Administration to approve an application from a person who is not a "U.S. citizen" under 8 U.S.C. §1401 or lawful "permanent resident".

> *Title 20: Employees' Benefits*
> *PART 422—ORGANIZATION AND PROCEDURES*
> *Subpart B—General Procedures*
> *§ 422.104 Who can be assigned a social security number.*

> *(a) Persons eligible for SSN assignment. We can assign you a social security number if you meet the evidence requirements in §422.107 and you are:*

> *(1) A United States citizen; or*

> *(2) An alien lawfully admitted to the United States for permanent residence or under other authority of law permitting you to work in the United States (§422.105 describes how we determine if a nonimmigrant alien is permitted to work in the United States); or*

*(3) An alien who cannot provide evidence of alien status showing lawful admission to the U.S., or an alien with evidence of lawful admission but without authority to work in the U.S., if the evidence described in §422.107(e) does not exist, but only for a valid nonwork reason. We consider you to have a valid nonwork reason if:*

*(i) You need a social security number to satisfy a Federal statute or regulation that requires you to have a social security number in order to receive a Federally-funded benefit to which you have otherwise established entitlement and you reside either in or outside the U.S.; or*

*(ii) You need a social security number to satisfy a State or local law that requires you to have a social security number in order to receive public assistance benefits to which you have otherwise established entitlement, and you are legally in the United States.*

YOUR ANSWER: _____Admit _____Deny

23. Admit that an illegal or unconstitutional act does not constitute an "act" of a government, but simply the act of a private individual masquerading as a public officer:

> *"... the maxim that the King can do no wrong has no place in our system of government; yet it is also true, in respect to the State itself, that whatever wrong is attempted in its name is imputable to its government and not to the State, for, as it can speak and act only by law, whatever it does say and do must be lawful. That which therefore is unlawful because made so by the supreme law, the Constitution of the United States, is not the word or deed of the State, but is the mere wrong and trespass of those individual persons who falsely spread and act in its name."*

> *"This distinction is essential to the idea of constitutional government. To deny it or blot it out obliterates the line of demarcation that separates constitutional government from absolutism, free self- government based on the sovereignty of the people from that despotism, whether of the one or the many, which enables the agent of the state to declare and decree that he is the state; to say 'L'Etat, c'est moi.' Of what avail are written constitutions, whose bills of right, for the security of individual liberty, have been written too often with the blood of martyrs shed upon the battle-field and the scaffold, if their limitations and restraints upon power may be overpassed with impunity by the very agencies created and appointed to guard, defend, and enforce them; and that, too, with the sacred authority of law, not only compelling obedience, but entitled to respect? And how else can these principles of individual liberty and right be maintained, if, when violated, the judicial tribunals are forbidden to visit penalties upon individual offenders, who are the instruments of wrong, whenever they interpose the shield of the state?* **The doctrine is not to be tolerated.** *The whole frame and scheme of the political institutions of this country, state and federal, protest against it. Their continued existence is not compatible with it. It is the doctrine of absolutism, pure, simple, and naked, and of communism which is its twin, the double progeny of the same evil birth."*
> [U.S. Supreme Court in *Poindexter v. Greenhow, 114 U.S. 270, 5 S.Ct. 903 (1885)*]

YOUR ANSWER: _____Admit _____Deny

24. Admit that an illegal or unconstitutional act is an "act" of a private individual that certainly cannot be recognized as an act of any kind on the part of a legitimate government.

> *"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."*
> [Norton v. Shelby County, 118 U.S. 425 (1885)]

YOUR ANSWER: _____Admit _____Deny

25. Admit that an illegally issued Social Security Number is not a Social Security Number, but simply an illegal act that cannot be recognized and certainly not benefited from by anyone exercising a lawful, constitutional function of government.

YOUR ANSWER: _____Admit _____Deny

26. Admit that persons born in states of the Union are "nationals" under <u>8 U.S.C. §1101</u>(a)(21) but not "citizens" under <u>8 U.S.C. §1401</u>. If you disagree, please rebut:

> *Why You are a "national", "state national", and Constitutional but not Statutory Citizen*, Form #05.006
> http://sedm.org/Forms/FormIndex.htm

YOUR ANSWER: ____Admit ____Deny

27. Admit that Affiant has stated under penalty of perjury that he is *neither* a "U.S. citizen" as defined in 8 U.S.C. §1401 nor a "lawful permanent resident" as defined in 26 U.S.C. §7701(b)(1)(A).

YOUR ANSWER: ____Admit ____Deny

28. Admit that those who either never applied for Social Security or whose application was made by others who they never authorized cannot be obligated to participate and that any number that might have been assigned under such circumstance is illegally obtained and invalid because issued without consent.

> *"An agreement [consent] obtained by duress, coercion, or intimidation is invalid, since the party coerced is not exercising his free will, and the test is not so much the means by which the party is compelled to execute the agreement as the state of mind induced.[1] Duress, like fraud, rarely becomes material, except where a contract or conveyance has been made which the maker wishes to avoid. As a general rule, duress renders the contract or conveyance voidable, not void, at the option of the person coerced,[2] and it is susceptible of ratification. Like other voidable contracts, it is valid until it is avoided by the person entitled to avoid it.[3] However, duress in the form of physical compulsion, in which a party is caused to appear to assent when he has no intention of doing so, is generally deemed to render the resulting purported contract void.[4]"*
> *[American Jurisprudence 2d, Duress, §21 (1999)]*

YOUR ANSWER: ____Admit ____Deny

29. Admit that it is a federal crime to compel the use or disclosure of Social Security Numbers.

> *TITLE 42 - THE PUBLIC HEALTH AND WELFARE*
> *CHAPTER 7 - SOCIAL SECURITY*
> *SUBCHAPTER II - FEDERAL OLD-AGE, SURVIVORS, AND DISABILITY INSURANCE BENEFITS*
> *Sec. 408. Penalties*
>
> *(a) In general*
> *Whoever -...*
>
> *(8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.*

YOUR ANSWER: ____Admit ____Deny

30. Admit that all presumptions made by a public employee against a party protected by the Bill Of Rights which might prejudice those rights are unconstitutional and constitute a tort.

> *"'It is apparent,' this court said in the Bailey Case ( 219 U.S. 239 , 31 S. Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions.' If a legislative body is without power to enact as a rule of evidence a statute denying a litigant the right to prove the facts of his case, certainly the power cannot be made to emerge by putting the enactment in the guise of a rule of substantive law."*
> *[Heiner v. Donnan, 285 U.S. 312 (1932)]*

YOUR ANSWER: ____Admit ____Deny

---

[1] Brown v Pierce, 74 U.S. 205, 7 Wall 205, 19 L.Ed. 134

[2] Barnette v Wells Fargo Nevada Nat'l Bank, 270 U.S. 438, 70 L.Ed. 669, 46 S.Ct. 326 (holding that acts induced by duress which operate solely on the mind, and fall short of actual physical compulsion, are not void at law, but are voidable only, at the election of him whose acts were induced by it); Faske v Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 S.W.2d. 773, writ ref n r e (May 16, 1962); Carroll v Fetty, 121 W Va 215, 2 SE2d 521, cert den 308 U.S. 571, 84 L.Ed. 479, 60 S.Ct. 85.

[3] Faske v Gershman, 30 Misc.2d. 442, 215 N.Y.S.2d. 144; Heider v Unicume, 142 Or. 416, 20 P.2d. 384; Glenney v Crane (Tex Civ App Houston (1st Dist)) 352 S.W.2d. 773, writ ref n r e (May 16, 1962)

[4] Restatement 2d, Contracts § 174, stating that if conduct that appears to be a manifestation of assent by a party who does not intend to engage in that conduct is physically compelled by duress, the conduct is not effective as a manifestation of assent.

**Acknowledgment:**

I declare under penalty of perjury as required under 26 U.S.C. §6065 that the answers provided by me to the foregoing questions are true, correct, and complete to the best of my knowledge and ability, so help me God. I also declare that these answers are completely consistent with each other and with my understanding of both the Constitution of the United States, Internal Revenue Code, Treasury Regulations, the Internal Revenue Manual, and the rulings of the Supreme Court but not necessarily lower federal courts.

Name (print):_____ _____ _____ _____

Signature:____ _____ ____ _____ _____

Date:____ _____ ____ _____

Witness name (print):_____ _____ _____ _____

Witness Signature:_____ _____ _____ _____

Witness Date:____ _____ _____

PUBLIC NOTICE                    DECLARATION OF MY PEACEFUL INHABITANCE & OFFER OF PEACE

Michael-Albert of the family Focia;

c/o PIKE ROAD

Montgomery, Alabama

STATE OF Alabama                )
                                ) SS        ACKNOWLEDGEMENT
COUNTY OF Montgomery            )

# DECLARATION OF MY INHABITANCE AS A PRIVATE PEACEFUL LIVING FLESH & BLOOD MAN WITH A SOUL OFFERS PEACE TO ALL

OFFICIAL PUBLIC NOTICE TO THE U.S GOVERNMENT, ALL GOVERNMENTAL AGENTS, STATE, NATIONAL and WORLDWIDE MEDIA AND NEW STATIONS, THE STATE OF ALABAMA AND ANY AND ALL POLITICAL SUBDIVISIONS THEREOF OF THE U.S GOVERNMENT FOREIGN AND OR DOMESTIC

## *NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

I Michael-Albert of the family Focia; Secured Party, a self-aware private peaceful living flesh & blood family man with a soul on the land created under Almighty God, on and for the Official Public Record declare and make the Ultimate and Un Rebuttable Declaration that I Michael-Albert of the family Focia; am a Private peaceful, Non Violent, Friendly, at ease, Unaggressive, Relaxed and a Private peaceful Inhabitant on the land known by or rendered as North America. It is never my intention to harm, be a threat, or in any way be a Terrorist to or against the COMMUNITY, U.S., U.S GOVERNMENT, UNITED STATES GOVERNMENT, GOVERNMENTAL AGENCIES, THE STATE OF ALABAMA, PUBLIC OFFICIALS, POLICE OFFICERS, JUDGES, U.S CITIZENS and any and all AGENTCIES or POLITICAL SUBDIVISIONS THEREOF FOREIGN and or DOMESTIC.

Initials:_____ ALL RIGHTS RESERVED WITHOUT PREJUDICE UCC 1-308, 3-415

*Exhibit D-1*

**PUBLIC NOTICE**                    **DECLARATION OF MY PEACEFUL INHABITANCE & OFFER OF PEACE**

AND ALL of the Several States. I believe there is no evidence to the contrary and that none exist.

I Michael-Albert of the family Focia; Secured Party, a self-aware private peaceful living flesh & blood family man with a soul on the land created under Almighty God, on and for the Official Public Record declare and make the Ultimate and Un Rebuttable Declaration that I Michael-Albert of the family Focia; do not, nor have I ever had intentions of trying to over throw, War with or harm the U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF ALABAMA, U.S CITIZENS and any and all POLITICAL AGENTCIES or SUBDIVISIONS THEREOF, FOREIGN and or DOMESTIC AND ALL of the several states. I believe there is no evidence to the contrary and that none exists or have ever existed.

I Michael-Albert of the family Focia; Secured Party, a private peaceful self-aware private peaceful living flesh & blood family man with a soul on the land created under Almighty God, on and for the Official Public Record declare and make the Ultimate and Un Rebuttable Declaration that I Michael-Albert of the family Focia; am a common law abiding, taxpaying American National, as I pay Gas Tax, Sales Tax , Food Tax etc. Any claims to the contrary that I don't pay Taxes and don't want to pay Taxes must be done in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury. Anyone making false claims, presumption and or speculations not in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury will be sued in their unlimited Official and Personal capacity. Any such individual's motive to say such things would be to slander & libel my private peaceful existence in order to prejudice my familys and my good name. I believe there is currently evidence that exists that some people are operating under letters of marque & reprisal in violation of Article 1 S.10 C.1, injuring me and my family for either making facebook posts, retaliation of my threats of suing an Opelika Judge & DA or ABC Board & Sheriff's Office for violation of their oaths of office. I believe that despite my many years of service to the community in which I have owned multiple businesses and have been very charitable, that somehow, some way I have been marked as a terrorist. I believe that NO one can say I have ever been violent, threatened, harassed or harmed anyone and I have never been convicted of any crime.

I Michael-Albert of the family Focia; Secured Party, a self-aware private peaceful living flesh & blood family man with a soul on the land created under Almighty God, on and for the Official Public record declare and make the Ultimate and Un Rebuttable Declaration that I Michael-Albert of the family Focia; have not nor have I ever said, declared or established that I don't

Exhibit D-2

**PUBLIC NOTICE**                    **DECLARATION OF MY PEACEFUL INHABITANCE & OFFER OF PEACE**

have to abide by the law, but what I do state and declare on and for the Official Public Record is
that any statue, code or law that is in violation and or conflict with the <u>organic national</u>

<u>Constitution of the Republic of the United States of America Un-Incorporated and/or the Aitken</u>
<u>Bible</u> is in fact null and void from the beginning. Furthermore any law, code and or statue that is
in conflict and is inconsistent with the very purpose and true meaning of the <u>organic national</u>
<u>Constitution of the Republic of the United States of America Un-Incorporated and the Aitken</u>
<u>Bible</u> is in fact null and void, dead, making war with the constitution as well as committing
Treason against the American People. For the benefit of all Public Officials, U.S, U.S.
GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF ALABAMA, U.S CITIZENS, ALL
LOCAL, NATIONAL and WORLDWIDE MEDIA AND NEW STATIONS and any and all AGENTCIES or
POLITICAL SUBDIVISIONS THEREOF FOREIGN and or DOMESTIC AND ALL Of the Several States. It
would be in your best interest before making any false claims to first know and understand the
organic <u>national Constitution of the Republic of the United States of America Un-Incorporated</u>
<u>and/or the Aitken Bible</u> before you can truly say what the laws are. I Michael-Albert of the
family Focia; Secured Party, a self-aware private peaceful living flesh & blood family man with a
soul on the land created under Almighty God, on and for the Official Public Record hereby,
hereinafter and forever DEMAND that anyone involved with the U.S, U.S. GOVERNMENT,
UNITED STATES GOVERNMENT, THE STATE OF ALABAMA, U.S CITIZENS, ALL LOCAL, NATIONAL
and WORLDWIDE MEDIA AND NEW STATIONS and any and all AGENTCIES or POLITICAL
SUBDIVISIONS THEREOF FOREIGN and or DOMESTIC AND All of the Several States intends to
make any Claim to the contrary that it must be done in writing  by way of Sworn Affidavit on
and for the Official Public Record and under penalties of the law including perjury. Anyone and
for the Official Public Record I mean absolutely anyone making a False Claim against I Michael-
Albert of the family Focia; Secured Party, a self-aware private peaceful living flesh & blood
family man with a soul on the land created under Almighty God, not in writing by way of Sworn
Affidavit on and for the Official Public Record and under penalties of the law including perjury
will be sued in their Official as well as Private capacity. I have the utmost respect for the law,
the rule of law and will defend my neighbor as thy self.  Maxim of Law:  He who does not repel
a wrong when he can, occasions it.

I Michael-Albert of the family Focia; Secured Party, a self-aware private peaceful living flesh &
blood family man with a soul on the land created under Almighty God, on and for the Official
Public Record declare and make the Ultimate and <u>Un Rebuttable Declaration</u> that I Michael-
Albert of the family Focia; have not, nor have I ever been associated with any groups that call
themselves Sovereign Citizens, the term is an oxymoron and are mutually exclusive terms.

Exhibit D-3

PUBLIC NOTICE                    DECLARATION OF MY PEACEFUL INHABITANCE & OFFER OF PEACE

Nor have I ever been affiliated with any type of gang, crew, faction that would advocate violence in any way, shape or form. I believe that remedy awaits those that wage law when injured to repel the wrong that has been inflicted against him in a private peaceful manner by a jury of his peers. I believe my best music is yet to be played & the greatest gifts I can offer my daughters are the wisdom that I have gained. I hope to contribute to others joy; this is my offer of peace.

The Foregoing Instrument is being executed under 28 USC 1746(1), My hand and seal of the private peaceful self-aware living family man and is my Free-Will act and Deed so help me God.

X _~~~~~~~~~~~~~~~~~~~~~~~~~~_ UCC 1-308, 3-415;

Michael-Albert of the family Focia; self-aware living man created under God ALL RIGHTS RESERVED

_~~~~~~~~~~_          2/24/15          _~~~~~~~~~~_  2/24/15
Witness               Date             Witness      Date

STATE OF ALABAMA          )
                          )  SS     ACKNOWLEDGEMENT
COUNTY OF MONTGOMERY      )

On this _____ day of _____ 2015, before me the Notary below appeared before me **Michael-Albert of the family Focia**; to me known to be the <u>living man</u> described in and who executed the foregoing instrument and acknowledged before me that he executed the same as his freewill act and deed.

Subscribed and affirmed before me, _____, Notary on the _____ Day of

_____ 2015.  NOTARY PRINT NAME: _____ Date: _____

NOTARY SIGNATURE: _____ Date: _____           NOTARY SEAL

Commission Expires: _____

Exhibit D-4

# NOTICE AND CAVEAT

# (DECLARATION OF FOREIGN NEUTRAL)

THIS IS A NOTICE OF A REBUTTLE IN FACT OF ALL PRESUMPTIVE PROCESS EMPLOYED IN SUCH MANNER AS TO SUMMARILY PROCEED IN RELIANCE OF THE EMERGENCY POWERS ACT; TRADING WITH THE ENEMY ACT OF 1935 AS AMENDED; THE PATRIOT ACT, AND ALL OTHER EMERGENCY POWERS ACTS AND/OR LEGISLATION CRAFTED FOR THE EXPRESS PURPOSE TO ACQUIRE PERSONAL JURISDICTION OF THIS PRESENTER, <u>Michael Albert Focia, III</u> AND THEREBY, ERRONEOUSLY "PRESUMING" A STATUTORY RIGHT TO SIEZE SAID PRESENTER AS AN "ENEMY" OF THE UNITED STATES, AN INSOLVENT BODY CORPORATE.

SEE ATTACHED AFFIDAVIT OF DECLARATION OF "FOREIGN NETURAL" EXECUTED IN RECOGNITION OF THE LAW OF NATIONS (Jus Gentium) BY IN ITINERE UNDER "APOSTILLE" DULY EXECUTED UNDER THE SEAL OF THE STATE OF ALABAMA, ALABAMA SECRETARY OF STATE.


SEE: ATTACHED MEMORANDUM IN SUPPORT TO PRESENT DECLARATION BY "IN ITINERE" EXECUTED UNDER INTERNATIONAL TREATY ASSERTING STANDING TO PROCEED AS "FOREIGN NEUTRAL" IN LIEU OF RESTRICTED ACCESS TO ASSERT AND DEFEND SECURED RIGHTS BY AND THROUGH THE PUBLIC VESSEL.

ALSO ATTACHED IS THE INTERNATIONALLY RECOGNIZED AND DULY EXECUTED "IN ITINERE" OFFERED BY THE HEREIN REFERENCED PRESENTER UNDER APOSTILLE, WHICH BY ITS NATURE, REBUTS ANY AND ALL STANDING USE OF PRESUMPTION BY AGENT OR AGENTS RE THE PRESENTER OF THIS DOCUMENT TO BE AN ENEMY OF THE STATE OF THE

*Exhibit E-1*

Citing: <u>Federal Crop Ins. Corp v. Merrill</u>, 332 U.S. 380, the Supreme Court held: "Whatever the form in which the government functions, <u>anyone entering into an arrangement with the government</u> takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . ." <u>U.S. v. Tweel</u>, 550 F.2d 297, 299. See also <u>U.S. v. Prudden</u>, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Fraud: Deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. 23 Am J2d Fraud § 2. <u>Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty.</u> 23 Am J2d Fraud § 2. An affirmation of a fact rather than a promise or statement of intent to do something in the future. Miller v Sutliff, 241 111 521, 89 NE 651.

## Citing: The 93rd Congress, Section 93-549:

Addressing the "Trading With the Enemy Act" as amended circa 1935 and making the American people presumptive enemies of the state of the forum and that acts broad and unlimited powers as promulgated within U.S.C. Title 50.

Citing: Senator Katzenbach:
"Under this procedure we retain Government by operation of law – <u>special, temporary law,</u> perhaps, but law nonetheless. The public may know the extent and the limitations of the powers that can be asserted, and the <u>"persons" affected may be informed by the statute of their rights and their duties.</u>"

Further citing: At 93-549, Mr. Katzenbach:
"My recollection is that almost every executive order ever issued straddles on several grounds, but <u>it almost always includes the Trading With the Enemy Act because the language of that act is so broad, it would justify almost anything.</u>"

Speaking on the subject of a challenge to the Act by the people, Justice Clark then says, "Most difficult from a standpoint of standing to sue. The Court, you might say, has enlarged the standing rule in favor of the litigant. But I don't think it has reached the point, presently, that would permit many such cases to be litigated to the merits."

<u>"Senator Church then made the following observation:</u>
<u>"What you're saying, then, is that if Congress doesn't act to standardize, restrict, or eliminate the emergency powers, that no one else is very likely to get a standing in court to contest."</u>

Exhibit - E-2

**"No persona standi in judicio – no personal standing in the courts to challenge the application of the Trading With the Enemy Act.**
**(Thereby, out of necessity and due to the above referenced denial of standing to sue, cause is given for relief, to rebut any and all such attaching presumption that this presenter is, or acts as an enemy of the foreign state of the forum, united states, a insolvent body corporate.)**

**Considering the above cite, the presenter of this document thereby preserves his right to proceed both privately and commercially, absent his being held by presumption to be an "enemy of the state of the forum" as provided by the legislatively crafted operation of law entitled as the Trading With the Enemy Act, and as amended within the said acts related emergency provisions found at 50 USCA,** Chapter 3, Alien Enemies, section 23, jurisdiction of the United States Courts & Judges.

Exhibit E-3

**********************************************************

| | |
|---|---|
| Kingdom of the Power of Powers, | ) |
| on the soil in | ) SS: Declaration of |
| Montgomery County, Alabama | ) Mission Statement |
| The united States of America | ) by Foreign Neutral |
| | )under Absolute Law's |
| | )of The Living Father |

///

**KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:**

///

**KNOW ALL MEN BY THESE PRESENTS:**

Under authority of Declaration, for the trust Written and Recorded at Chapter 9, verses 15 through 21, and at chapter 8, verses 7 through 3, book of the Hebrews,

The undersigned Affiant, Declarant, and Trustee of said Toral Trust accepts and succeeds the appointment And Offices of "Trustee", Droit Droit Dominium Jura I re, as "Foreign neutral", thereof the Kingdom of the Powers of Powers, sending state, for The United States of America and territories or insular possessions, receiving state, as a Neutral in intinere ab initio April 27th, 1968, recognized by the receiving state Under authority To wit:

The Ancient Scriptures

The 1814 Treaty of Ghent

The Convention of the Hague, 5 October 1961

Vienna Convention, 18 April 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239

The Ordinance of the Territory North and West of the River Ohio, 1 Stat. 51, 52, July 13, 1787

International Organization Immunities Act, 9 December 1945

The Vienna Convention on the Law of Treaties U.N. Doc. A/Conf. 39/27 (1969), 63 A.J.I.L. 875 (19690 at Article 2, §§ I(a),(b) and (g), and Article II for "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189

The Convention on Rights and Duties of States, 49 Stat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevans 145, Done at Montevido Uruguay, 26 December 1934 @ Art. 2-3 id est, "sovereign ecclesiastical State"

Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5 October 1961, #11, et. Seq., Conflict of Law (1993)

Vienna Convention on Consular Relations and Optional Protocols, Vienna 24 April 1963, U.N.T.S. Nos. 8638-8640 vol. 569, pp. 262-512

*Exhibit E-4*

Vienna Convention of the Law of Treaties signed at Vienna 23 May 1969, U.N.T.S., and Entry into Force 27 January 1980

1 – Mission Statement by Apostille

THE DECLARATION OF PEACEFUL AND NEUTRAL FOREIGN
STATUS UNDER THE ARTICLES OF PEACE:

A name, standing and status formally designated by Articles of the Peace issued from the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, August 29, 1980: a Native American, and neutral traveler previously certified by and intending to return to the Kingdom of Heaven; Cf. 1 Stat. 88, Act of April 20, 1818, Ch 88, §§ 2 (Service of any foreign prince or state);§ 3(Fitting out); § 6 (Military expeditions against friendly power); Act of July 27, 1868, 15 Stat. Ch. 249 Pg. 223 (Rights of American citizens in foreign states)aka Expatriation Act ; Act of March 3, 1887; 24 Stat. 505 (Tucker Act) ; Act of March 9, 1920, c. 95, 41 Stat. 525-528 (Suits in Admiralty Act) ;Act of March 3, 1925, ch. 428, § 1, 43 Stat. 1112 (Public Vessels Act);Pub. L. No. 105-119, 111 Stat. 2440 (1997) (Equal Access to Justice Act) ; 64 Fed. Dig. 1-403 § 17 (Property And Commerce Of Neutrals In General) as amended; accord 5 U.S.C. § 573 et seq.(Neutrals); ORS 9.242 [1989 c.1052 §2] (Advice on law of foreign jurisdiction; rules); ORS 24.175 [1979 c.577 §7] (Uniform Enforcement of Foreign Judgments Act); ORS 56.105 [1987 c.843 s.13] (Waiver or delay of action by Secretary of State; rules); N.B. GENERAL ORDERS NO. 100 (04/24/1863)(Lieber Code); CONVENTION RESPECTING THE RIGHTS AND DUTIES OF NEUTRAL POWERS AND PERSONS IN CASE OF WAR ON LAND (1907) as amended; UNIVERSAL DECLARATION OF HUMAN RIGHTS (1948) as amended; US ARMY, FIELD MANUAL, FM 27-10, THE LAW OF LAND WARFARE § 512 (Definition); § 513 (Neutrality Under the Charter of the United Nations);§ 514 (Notification of State of War to Neutrals); § 515 (Inviolability of Territory)(18 Jul 1956) as amended; VIENNA CONVENTION ON THE LAW OF TREATIES (1969) as amended; EXECUTIVE ORDER 13084 (CONSULTATION AND COORDINATION WITH INDIAN TRIBAL GOVERNMENTS); EXECUTIVE ORDER 13107 (IMPLEMENTATION OF HUMAN RIGHTS TREATIES); EXECUTIVE ORDER 13224 (BLOCKING PROPERTY AND PROHIBITING TRANSACTIONS WITH PERSONS WHO COMMIT, THREATEN TO COMMIT, OR SUPPORT TERRORISM); MEMORANDUM RE: LEGAL STANDARDS ON TORTURE (12/31/2004); Rotella v. Wood et al., 528 U.S. 549 (02/23/2000) (a "private attorneys general," dedicated to eliminating racketeering activity); and that class of authority, infra:

PRIMARY DUTIES

Primary Duties are: Keep the commandment Law of the Living Father and, secondarily, perpetuate the Testor's Will and Living Trust, in violate.

Secondary Duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good Order of the families, staff, and other public servants there unto belonging: with absolute respect for and the utmost integrity of Testor's Living Will and Trust, in abstentia.

Exhibites

"Domicile" is established by virtue of chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant –Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, as defined by statute nor subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the case of <u>Rabang v. Immigration and Naturalization Service</u> (CA9 1994), 35 F. 3d 1449 @4, of <u>United States v. Wong Kim Ark</u>, 18 S. Ct. 456, 483, 421, Ed. 890 (1898), of <u>Udny v. Udny</u>, L.R. 1 H.L. Sc. 457.

2 – Mission Statement by Apostille

Trustee-Affiant is not a "legal entity" by statutory definition, created by, for, nor on behalf of any other party, person(s) group, association , nor corporation for political or commercial purpose and is not surety thereof, nor assumes culpability on behalf thereof by knowing subrogation as *"civiliter mortus"* to the receiving state aforesaid.

Inclusio unius est excisio alterius of chapter nineteen (19) verse five (5), the Book of Exodus, and legal estate thereof with absolute allegiance and fidelity, excluding all others.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL the Foreign neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant –Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, as defined by statute nor subject of the "Succession is 'special' for which presumption must yield to truth" is operative herein duly recognized in the case of (CA9 1994), 35 F. 3d 1449 @4, of 456, 483, 421, Ed. 890 (1898), of Udny v. Udny, L.R. 1 H.L.

The undersigned Trustee – Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain, and complete, according to the laws of the Kingdom and Commonwealth – aforesaid, so help Me almighty Power of the Powers.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d' affaires, and other correspondences appertaining the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee – Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose".

3 – Mission Statement by Apostille
NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

"Succession is 'special' for which presumption must yield to truth"

The undersigned Trustee – Affiant, succeeding to the appointment and Office authorizes the foregoing in Official capacity according to the express exceptions, stipulations, are reservations above set out verbatim and those referenced in the authorities set out above, as att My Hand and Seal in Faithful Witness thereof, the same being entirely true, correct, certain,

Official Authorized Seal:

*Michael Albert Focia*

Exhibit E-6

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sui juris / Nunguam Indebitatur**

**Convention de La Haye du 5 Octobre 1961**

On the _24_ day of _February_ , 2015

**Foreign neutral**

[L.S.] _____

**Michael Albert Focia**
**3121 Milan Drive**
**Montgomery, Alabama**
**Trustee, but not Individually**
**BY: Michael Albert Focia**

In the Book of Corinthians, Chapter 13, verse 1:

"In the mouth of two or three witnesses shall every word be established."

_____

Witness's signature: Day: Month: Year:

_William Crand_ _____

Witness's signature: Day: Month: Year:

_Tony LeFleur_      2    24    15

Witness's signature: Day: Month: Year:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**4 – Mission Statement by Apostille**

In the Book of Corinthians, Chapter 13, verse 1:

"In the mouth of two or three witnesses shall every word be established."

[L.S.] _____

_____

Witness's signature: Day: Month: Year:

_____

Witness's signature: Day: Month: Year:

*Exhibit E-7*

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
NO ADDRESS

UNITED STATES OF AMERICA                    **Case No.**
NO KNOWN ADDRESS
ENTITY UNDISCLOSED
      Wrongdoer
      Fictitious, Foreign Plaintiff

      VS

MICHAEL ALBERT FOCIA  (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
1111 CONSTITUTION AVE N.W.
WASHINGTON DC 20224


Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama
America National
      Third party of interest


## COVER SHEET FOR ADDRESSES OF PARTIES


NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS – Page 1

*IN THE DISTRICT COURT OF THE UNITED STATES*
MIDDLE DISTRIC OF ALABAMA
NORTHERN DIVISION
NO ADRESS

UNITED STATES OF AMERICA              Case No. *CR. NO. 2:15CR17- MHT*
NO KNOW ADDRESS                                  *2:15 MJ -21-SRW*
ENTITY UNDISCLOSED
      Wrongdoer
      Fictitious, Foreign Plaintiff

      VS

MICHAEL ALBERT FOCIA (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
1111 CONSTITUTION AVE N.W.
WASHINGTON DC 20224

Michael-Albert; Focia
Montgomery, Alabama
America National
Third party of interest


### ADMINSTRATIVE NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS MEMORANDUM IN LAW, Fed R. Civ. P. Rule 60 and Fed. R. Civ. P. 46

**(non corporate entity, *tertius interveniens*)**

      **COMES NOW**, Michael Albert Focia, a non-corporate, natural born, living breathing being, on the soil, in the third dimension, *sui juris,* with clean hands, *rectus in curia,* and hereby NOTICES this court of FATAL DEFECTS and ERRORS, and hereby DEMANDS, by *IN CAPITA* Sovereign Body Authority, that the above captioned case be DISMISSED WITH PREJUDICE for lack of jurisdiction.

2

## COPYRIGHT NOTICE

The above-mentioned "non corporate entity" is quoting citations 'as purported in' context to copyrighted case law, statutes, rules of court and court decision material as found in books published with Federal or state funding supplied by the Citizens of the united States of America and intended for use by attorneys, and does so under the provisions of the Fair use clause of the copyright laws of the United States: Also this Party is going to refer to the term of *Rectum Rogare* - "to do right; to petition the judge to do right." --Black's Law Dictionary 4th edition.

17 USC § 107. Limitations on exclusive rights: Fair use

Notwithstanding the provisions of sections 106 and 106A, the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright. In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include—

(1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;

(2) the nature of the copyrighted work;

(3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

(4) the effect of the use upon the potential market for or value of the copyrighted work.

The fact that a work is unpublished shall not itself bar a finding of fair use if such finding is made upon consideration of all the above factors.

STATEMENT OF PURPOSE

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." -- *Luckenback v. The Thekla*, 295 F 1020, 226 U.S. 328; *Lyders v. Lund*, 32 F2d 308; *Dexter v. Kunglig J.*, 43 F2d 705, 282 US 896; *U.S. v. N.C.B.N.Y.*, 83 F2d 236, 106 ALR 1235, affirmed; *Russia v. BTC*, 4 F Supp 417, 299 U.S. 563.

This doctrine includes, but is not limited to, challenges to personal, subject matter and territorial jurisdiction, as well as to claims that the forum is not judicial in nature but merely administrative or that the court is proceeding, improperly, against a private individual under the rebuttable presumption that the private individual is a corporate entity or an artificial person upon which the Public Statutes operate, apply or affect.

Furthermore, it is undisputed that the state is acting in its capacity as a commercial entity and is liable for damages according to the following definition of "SOVEREIGN IMMUNITY."

"The state may nevertheless be held liable where the injurious activity was 'proprietary' rather than 'governmental', i.e., where the injury was caused by the state acting in its capacity as a commercial entity rather than that of sovereign." --Barron's Law Dictionary, 4th edition (1996).

NOTICE OF FOREIGN STATE STATUS OF THE COURT

This court, pursuant to the Federal Rules of Civil Procedure (FRCP) Rule 4 (j), is, in fact and at law, a FOREIGN STATE as defined in 28 USC §1602, *et. seq.*, the FOREIGN SOVEREIGN IMMUNITY ACT of 1976, Pub. L. 94-583 (hereafter FSIA), and, therefore, lacks

jurisdiction in the above captioned case. The above-mentioned "real party in interest" hereby demands full disclosure of the true and limited jurisdiction of this court.

Any failure or refusal to disclose the true jurisdiction is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.**

CHAP. CCXLIX - - An Act concerning the rights of American Citizens in foreign States.

PREAMBLE - Rights of American citizens in foreign states.

WHEREAS the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed.

SECTION I - Right of expatriation declared.

THEREFORE, Be it enacted by the Senate of the and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

SECTION II - Protection to naturalized citizens in foreign states.

And it is further enacted, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and property that is accorded to native born citizens in like situations and circumstances.

SECTION III - Release of citizens imprisoned by foreign governments to be demanded.

And it is further enacted, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in the

NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS – Page 5

violation of the rights of American citizenship, the President shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868.

As an America Citizen and as a belligerent claimant, I hereby claim the right of immunity inherent in the 11th amendment.  The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State.  This court, by definition a FOREIGN STATE, is misusing the name of this Sovereign America Citizen by placing it in all capital letters, misusing my last name, and referring to me, erroneously, as a "person," which is a "term of art" meaning a creature of the law, an artificial being, and a CORPORATION or an *ens legis:*

> "*Ens Legis.* L. Lat.  A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law."
> --Blacks Law Dictionary, 4th Edition, 1951.

All complaints and suits against such CORPORATION or *ens legis* fall under the aforementioned FSIA and service of process must be made by the clerk of the court, under section 1608(a)(4) of title 28, United States Code, 63 Stat. 111, as amended (22 U.S.C. 2658) [42 FR 6367, Feb. 2, 1977, as amended at 63 FR 16687, Apr. 6, 1998], to the Director of the Office of Special Consular Services in the Bureau of Consular Affairs, Department of State, in Washington, D.C., exclusively, pursuant to 22 CFR §§93.1 and 93.2.  A copy of the FSIA must be filed with the complaint along with "a certified copy of the diplomatic note of transmittal;"

Case 2:15-cr-00017-MHT-KFP    Document 25    Filed 02/26/15    Page 57 of 93

and, "the certification shall state the date and place the documents were delivered." The foregoing must be served upon the Chief Executive Officer and upon the Registered Agent of the designated CORPORATION or FOREIGN STATE.

MUNICIPAL, COUNTY, OR STATE COURTS lack jurisdiction to hear any case under the definition of FOREIGN STATE and under all related definitions below. Said jurisdiction lies with the "district court of the United States," established by Congress in the states under Article III of the Constitution, which are "constitutional courts" and has not included the territorial courts created under Article IV, Section 3, Clause 2, which are "legislative" courts. *Hornbuckle v. Toombs*, 85 U.S. 648, 21 L.Ed. 966 (1873), (See Title 28 USC, Rule 1101), exclusively, under the FSIA Statutes pursuant to 28 USC §1330.

It is an undisputed, conclusive presumption that the above-mentioned real party in interest is a not a CORPORATION who is not registered with any Secretary of State as a CORPORATION. Pursuant to Rule 12(b)(6), the Prosecuting Attorney has failed to state a claim for which relief can be granted. This is a FATAL DEFECT, and, therefore, the instant case and all related matters must be DISMISSED WITH PREJUDICE for lack of *in personam*, territorial and subject matter jurisdiction, as well as for improper Venue; and, pursuant to the 11th amendment.

Moreover, the process in the above-captioned case is not "regular on its face:"

Regular on its Face -- "Process is said to be "regular on its face" when it proceeds from the court, officer, or body having authority of law to issue process of that nature, and which is legal in form, and contains nothing to notify, or fairly apprise any one that it is issued without authority,"

TABLE OF DEFINITIONS

**Foreign Court**

NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS – Page 7

The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the States when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction**

Any jurisdiction foreign to that of the forum; e.g., a sister state or another country. Also, the exercise by a state or nation jurisdiction beyond its own territory. Long arm service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws**

The laws of a foreign country, or of a sister state. In conflict of law, the legal principles of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "*jus receptum.*"

**Foreign corporation**

A corporation doing business in one State though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the States or Territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation.

**Foreign service of process**

Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3).

**Foreign states**

Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity**

With respect to jurisdiction immunity of foreign nations, see 28 U.S.C.A §1602 *et seq.*

**Profiteering**

Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person**

In general usage, a human being (i.e. natural person) though by statute the term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trusts, trustees in bankruptcy, or receivers. National Labor Relations Act, §2(1).

A corporation is a "person" within meaning of equal protection and due process provisions of the United States Constitution.

***Tertius interveniens***

A third party intervening; a third party who comes between the parties to a suit; one who interpleads. Gilbert's Forum Romanum. 47.

**Writ of error *coram nobis***
A common-law writ, the purpose of which is to correct a judgment in the same court in which it was rendered, on the ground of error of fact, for which it was statutes provides no other remedy, which fact did not appear of record, or was unknown to the court when judgment was pronounced, and which, if known would have prevented the judgment, and which was unknown, and could of reasonable diligence in time to have been otherwise presented to the court, unless he was prevented from so presenting them by duress, fear, or other sufficient cause.

"A writ of error *coram nobis* is a common-law writ of ancient origin devised by the judiciary, which constitutes a remedy for setting aside a judgment which for a valid reason should never have been rendered." --24 C.J.S., Criminal Law. § 1610 (2004).

"The principal function of the writ of error *coram nobis* is to afford to the court in which an action was tried an opportunity to correct its own record with reference to a vital fact not known when the judgment was rendered, and which could not have been presented by a motion for a new trial, appeal or other existing statutory proceeding."
--Black's Law Dictionary., 3rd ed., p. 1861; 24 C.J.S., Criminal Law, § 1606 b., p. 145; *Ford v. Commonwealth*, 312 Ky. 718, 229 S.W.2d 470.

At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct its own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law it lay to correct purely ministerial errors of the officers of the court.

Furthermore, the above-mentioned "real party in interest" demands the strict adherence to Article IV, section one of the National Constitution so that in all matters before this court, the Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State; and to Article IV of the Articles of Confederation, still in force pursuant to Article VI of the National Constitution, so that "Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State," selective incorporation notwithstanding.   The *lex domicilii* shall also depend upon the Natural Domicile of the above-mentioned "real party in interest." The *lex domicilii*, involves the "law of the domicile" in the Conflict of Laws. Conflict is the branch of public law regulating all lawsuits involving a "foreign" law element where a difference in result will occur depending on which laws are applied.

## DECLARATION OF STATUS AND RIGHT OF AVOIDANCE

The above-mentioned "real party in interest" hereby declares the status of a "foreign state" as defined in 28 USC 1331(b)(1), as "a separate legal person, corporate or otherwise," (in the instant case, "otherwise"), (b)(2), "an organ (a vital part) of a foreign state" and (b)(3), "neither a citizen of a State of the United States as defined in section 1332(c)" (a corporation, an

NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS – Page 9

insurer, or the legal representative of a decedent, an infant or an incompetent), "nor created under the laws of any third country."

Furthermore, the above-mentioned "real party in interest" is not an artificial, corporate "person" as defined and created by PUBLIC STATUTES, and is not a juristic person which may be "affected" by PUBLIC STATUTES; but, is invested with and bears the status, condition and character of "a sovereign without subjects." The above-mentioned "real party in interest" is always and at all times present in his [her] "asylum home state," which is "the common case of the place of birth, *domicilium originis,*" also referred to as Natural Domicile, which is "the same as domicile of origin or domicile by birth," (See *Johnson v. Twenty-One Bales,* 13 Fed.Cas. 863; Black's Law Dictionary, 4th edition), which is the source and the seat of his [her] sovereignty and immunity.

Accordingly, the above-mentioned "real party in interest" exercises his [her] Right of Avoidance and hereby rejects the offered commercial venture and declines to fuse with or to animate the above-mentioned Defendant in Error, or to stand as STRAWMAN [PERSON], which is defined in Barron's Law Dictionary, 4th edition, (1996), as "a term referred to in commercial and property contexts when a transfer is made to a third party, the strawman [person], simply for the purpose of retransferring to the transferror in order to accomplish some purpose not otherwise permitted," *i.e.,* obtaining jurisdiction over the above-mentioned "real party in interest" or relying upon the rebuttable presumption that the above-mentioned "real party in interest" is a corporation. The definition also contains the admonition to "See dummy," which, at that entry is therein defined as "a strawman; a sham." The above-mentioned party is, NOT a strawman, NOT a sham, and is certainly NOT a dummy.

This DECLARATION OF STATUS constitutes a conclusive presumption, of which the court is bound to take NOTICE, that the "real party in interest" is NOT a corporation; and, the

10

court can exercise no jurisdiction whatsoever over the "real party in interest" or in the above-captioned case, but is duty-bound according to the due process of the law, to which the above-mentioned "real party in interest" is a belligerent claimant, and by the Rule of Law to DISMISS OR REVERSE it.

## TABLE OF AUTHORITIES – PERSON

"This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use . . . A person is here not a physical or individual person, but the status or condition with which he is invested . . . not an individual or physical person, but the status, condition or character borne by physical persons . . . The law of persons is the law of status or condition." -- American Law and Procedure, Vol 13, page 137, 1910.

The following case citation declares the undisputed distinction in fact and at law of the distinction between the term "persons," which is the plural form of the term "person," and the word "People" which is NOT the plural form of the term "person." The above-mentioned "real party in interest" is NOT a subordinate "person," "subject," or "agent," but is a "constituent," in whom sovereignty abides, a member of the "Posterity of We, the People," in whom sovereignty resides, and from whom the government has emanated:

"The sovereignty of a state does not reside in the **persons** who fill the different departments of its government, but in the **People**, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the

agent; and this remark is true, both in reference to the federal and state government." (Persons are not People).

--*Spooner v. McConnell*, 22 F 939, 943:


"Our government is founded upon compact. Sovereignty was, and is, in the people"
--*Glass v. Sloop Betsey*, supreme Court, 1794.

"People of a state are entitled to all rights which formerly belong to the King, by his prerogative."
--supreme Court, *Lansing v. Smith,* 1829.

"The United States, as a whole, emanates from the people ... The people, in their capacity as sovereigns, made and adopted the Constitution ..." --supreme Court, 4 Wheat 402.

"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please, ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure,"
--*Luther v. Borden*, 48 US 1, 12 LEd 581,

"While sovereign powers are delegated to ... the government, sovereignty itself remains with the people" --*Yick Wo v. Hopkins*, 118 U.S. 356, page 370.

"There is no such thing as a power of inherent sovereignty in the government of the United States .... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." -- *Julliard v. Greenman*, 110 U.S. 421.

"In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it." -- *Wilson v. Omaha Indian Tribe* 442 US 653, 667 (1979).

"Since in common usage the term `person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it." -- *U.S. v. Cooper*, 312 US 600,604, 61 SCt 742 (1941).

"In common usage, the term `person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so." -- *U.S. v. United Mine Workers of America*, 330 U.S. 258, 67 SCt 677 (1947).

"Since in common usage, the term `person' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it." -- *US v. Fox* 94 US 315.

12

"In common usage the word `person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."

-- *U.S. v. General Motors Corporation*, D.C. Ill, 2 F.R.D. 528, 530:

The following two case citations declare the undisputed doctrine, in fact and at law, that the word (term of art) "person" is a "general word," and that the "people," of whom the above-mentioned "real party in interest" is one, "are NOT bound by general words in statutes." Therefore, statutes do not apply to, operate upon or affect the above-mentioned "real party in interest:"

**"The word `person' in legal terminology is perceived as a *general word*** which normally includes in its scope a variety of entities other than human beings.,
--*Church of Scientology v. US Department of Justice* 612 F2d 417, 425 (1979).

**"The people, or sovereign are not bound by *general words* in statutes**, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the People) he shall not be bound." -- *The People v. Herkimer*, 4 Cowen (NY) 345, 348 (1825):

"In the United States, sovereignty resides in people." --*Perry v. U.S.* (294 US 330).

"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."
--*Kawananakoa v. Polyblank*, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

## TABLE OF AUTHORITIES – SUBJECT MATTER JURISDICTION

In a court of limited jurisdiction, whenever a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden of the party claiming that the court has subject matter jurisdiction to provide evidence from the record of the case that the court holds subject-matter jurisdiction. *Bindell v City of Harvey*, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991) ("the burden of proving jurisdiction rests upon the party asserting it.").

Until the plaintiff submits uncontroversial evidence of subject-matter jurisdiction to the court that the court has subject-matter jurisdiction, the court is proceeding without subject-matter jurisdiction. *Loos v American Energy Savers, Inc.*, 168 Ill.App.3d 558, 522 N.E.2d

841(1988)("Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff.").

The law places the duty and burden of subject-matter jurisdiction upon the plaintiff. Should the court attempt to place the burden upon the defendant, the court has acted against the law, violates the defendant's due process rights, and the judge under court decisions has immediately lost subject-matter jurisdiction. In a court of limited jurisdiction, the court must proceed exactly according to the law or statute under which it operates. *Flake v Pretzel*, 381 Ill. 498, 46 N.E.2d 375 (1943) ("the actions, being statutory proceedings, ...were void for want of power to make them.") ("The judgments were based on orders which were void because the court exceeded its jurisdiction in entering them. Where a court, after acquiring jurisdiction of a subject matter, as here, transcends the limits of the jurisdiction conferred, its judgment is void."); *Armstrong v Obucino*, 300 Ill. 140, 143, 133 N.E. 58 (1921) ("The doctrine that where a court has once acquired jurisdiction it has a right to decide every question which arises in the cause, and its judgment or decree, however erroneous, cannot be collaterally assailed, is only correct when the court proceeds according to the established modes governing the class to which the case belongs and does not transcend in the extent and character of its judgment or decree the law or statute which is applicable to it." *In Interest of M.V.*, 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the strictures of the statute."); *In re Marriage of Milliken*, 199 Ill.App.3d 813, 557 N.E.2d 591 (1st Dist. 1990) ("The jurisdiction of a court in a dissolution proceeding is limited to that conferred by statute."); *Vulcan Materials Co. v. Bee Const. Co., Inc.,* 101 Ill.App.3d 30, 40, 427 N.E.2d 797 (1st Dist. 1981) ("Though a court be one of general jurisdiction, when its power to act on a

14

particular matter is controlled by statute, the court is governed by the rules of limited jurisdiction.").

"There is no discretion to ignore that lack of jurisdiction." *Joyce v. US*, 474 F2d 215.

"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood v. Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." *Wuest v. Wuest*, 127 P2d 934, 937.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." *Merritt v. Hunter*, C.A. Kansas 170 F2d 739. "the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance

to be considered in determining whether in first instance there was a probable cause for the

arrest." *Monroe v. Papa*, DC, Ill.

1963, 221 F Supp 685.

"Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to

assert jurisdiction. The burden of proof of jurisdiction lies with the asserter." See *McNutt v.*

*GMAC*, 298 US 178. The origins of this doctrine of law may be found in *Maxfield's Lessee v.*

*Levy*, 4 US 308.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before

a tribunal is its power to act, and a court must have the authority to decide that question in the

first instance." *Rescue Army* v. *Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L.

ed. 1666, 67 S.Ct. 1409.

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court

lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the

action." *Melo* v. *US*, 505 F2d 1026.

"The law provides that once State and Federal jurisdiction has been challenged, it must be
proven."
--*Main v. Thiboutot*, 100 S. Ct. 2502 (1980).

"Once jurisdiction is challenged, it must be proven." --*Hagens v. Lavine*, 415 U.S. 533.

"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity
and confer no right, offer no protection, and afford no justification, and may be rejected upon
direct collateral attack." --*Thompson v. Tolmie*, 2 Pet. 157, 7 L.Ed. 381; *Griffith v. Frazier*, 8 Cr.
9,                    3L.                    Ed.                    471.

"No sanctions can be imposed absent proof of jurisdiction."

16

--*Standard v. Olsen*, 74 S. Ct. 768; Title 5 U.S.C., Sec. 556 and 558 (b).

"The proponent of the rule has the burden of proof." --Title 5 U.S.C., Sec. 556 (d).

"Jurisdiction can be challenged at any time, even on final determination."
--*Basso v. Utah Power & Light Co*., 495 2nd 906 at 910.

"Mere good faith assertions of power and authority (jurisdiction) have been abolished."
--*Owens v. The City of Independence*,

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." --*Wuest* v. *Wuest*, 127 P2d 934, 937.

"In a court of limited jurisdiction, whenever a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden of the party claiming that the court has subject matter jurisdiction to provide evidence from the record of the case that the court holds subject-matter jurisdiction."
--*Bindell v City of Harvey*, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991) ("the burden of proving jurisdiction rests upon the party asserting it.").

"Until the plaintiff submits uncontroversial evidence of subject-matter jurisdiction to the court that the court has subject-matter jurisdiction, the court is proceeding without subject-matter jurisdiction."
--*Loos v American Energy Savers, Inc*., 168 Ill.App.3d 558, 522 N.E.2d 841(1988)("Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff.").

The law places the duty and burden of subject-matter jurisdiction upon the plaintiff. Should the court attempt to place the burden upon the defendant, the court has acted against the law, violates the defendant's due process rights, and the judge under court decisions has immediately lost subject-matter jurisdiction. In a court of limited jurisdiction, the court must proceed exactly according to the law or statute under which it operates. --*Flake v Pretzel*, 381 Ill. 498, 46 N.E.2d 375 (1943) ("the actions, being statutory proceedings, ...were void for want of power to make them.") ("The judgments were based on orders which were void because the court exceeded its jurisdiction in entering them. Where a court, after acquiring jurisdiction of a subject matter, as here, transcends the limits of the jurisdiction conferred, its judgment is void."); *Armstrong v Obucino*, 300 Ill. 140, 143, 133 N.E. 58 (1921) "The doctrine that where a court has once

acquired jurisdiction it has a right to decide every question which arises in the cause, and its judgment or decree, however erroneous, cannot be collaterally assailed, is only correct when the court proceeds according to the established modes governing the class to which the case belongs and does not transcend in the extent and character of its judgment or decree the law or statute which is applicable to it." *In Interest of M.V.*, 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the strictures of the statute."); *In re Marriage of Milliken*, 199 Ill.App.3d 813, 557 N.E.2d 591 (1st Dist. 1990) ("The jurisdiction of a court in a dissolution proceeding is limited to that conferred by statute."); *Vulcan Materials Co. v. Bee Const. Co., Inc.,* 101 Ill.App.3d 30, 40, 427 N.E.2d 797 (1st Dist. 1981) ("Though a court be one of general jurisdiction, when its power to act on a particular matter is controlled by statute, the court is governed by the rules of limited jurisdiction.");

## TABLE OF AUTHORITIES – LACK OF JUDICIAL IMMUNITY

Thus, neither Judges nor Government attorneys are above the law. See *United States v. Isaacs*, 493 F. 2d 1124, 1143 (7th Cir. 1974). In our judicial system, few more serious threats to individual liberty can be imagined than a corrupt judge or judges acting in collusion outside of their judicial authority with the Executive Branch to deprive a citizen of his rights.

In *The Case of the Marshalsea*, 77 Eng. Rep. 1027 (K.B. 1613), Sir Edward Coke found that Article 39 of the Magna Carta restricted the power of judges to act outside of their jurisdiction such proceedings would be void, and actionable.

When a Court has (a) jurisdiction of the cause, and proceeds *inverso ordine* or erroneously, there the party who sues, or the officer or minister of the Court who executes the precept or process of the Court, no action lies against them. But (b) when the Court has not jurisdiction of the cause, there the whole proceeding is before a person who is not a judge, and actions will lie against them without any regard of the precept or process . . . Id. 77 Eng. Rep. at 1038-41.

A majority of states including Virginia (see, Va. Code §8.01-195.3(3)), followed the English rule to find that a judge had no immunity from suit for acts outside of his judicial capacity or jurisdiction. Robert Craig Waters, 'Liability of Judicial Officers under Section 1983' 79 Yale L. J.

(December 1969), pp. 326-27 and 29-30).

Also as early as 1806, in the United States there were recognized restrictions on the power
judges, as well as the placing of liability on judges for acts outside of their jurisdiction. In *Wise v.
Withers*, 7 U.S. (3 Cranch) 331 (1806), the Supreme Court confirmed the right to sue a judge for
exercising authority beyond the jurisdiction authorized by statute.

In *Stump v. Sparkman*, 435 U.S. 349 at 360 (1978), the Supreme Court confirmed that a judge
would be immune from suit only if he did not act outside of his judicial capacity and/or was not
performing any act expressly prohibited by statute. See Block, *Stump v Sparkman* and the
History of Judicial Immunity, 4980 Duke L.J. 879 (1980).

Judicial immunity may only extend to all judicial acts within the courts jurisdiction and judicial
capacity, but it does not extend to either criminal acts, or acts outside of official capacity or in the
'clear absence of all jurisdiction.' see *Stump v. Sparkman* 435 U.S. 349 (1978).

"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid Constitutional
provisions or valid statutes expressly depriving him of jurisdiction or judicial capacity, judicial
immunity is lost." --*Rankin v. Howard* 633 F.2d 844 (1980), *Den Zeller v. Rankin*, 101 S.Ct. 2020
(1981).

As stated by the United States Supreme Court in *Piper v. Pearson*, 2 Gray 120, cited in *Bradley
v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872), 'where there is no jurisdiction, there can be no
discretion, for discretion is incident to jurisdiction.'

The constitutional requirement of due process of the law is indispensable:
    "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a
    presentment or indictment of a Grand Jury, except in cases arising in the land or naval
    forces, or in the Militia, when in actual service in time of War or public danger; nor shall
    any person be subject for the same offence to be twice put in jeopardy of life or limb; nor
    shall be compelled in any criminal case to be a witness against himself, **nor be deprived
    or life, liberty or property, without due process of law;** nor shall private property be
    taken for public use without just compensation."    Article V, National Constitution.

"A judgment can be void . . . where the court acts in a manner contrary to due process."
--Am Jur 2d, §29 Void Judgments, p. 404.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is
deprived of juris." --*Merritt* v. *Hunter*, C.A. Kansas 170 F2d 739.

"Moreover, all proceedings founded on the void judgment are themselves regarded as invalid."
--*Olson v. Leith* 71 Wyo. 316, 257 P.2d 342.

"In criminal cases, certain constitutional errors require **automatic reversal**," see *State v. Schmit*,
273 Minn. 78, 88, 139 N.W.2d 800, 807 (1966).

TABLE OF AUTHORITIES – RECIPROCAL IMMUNITY AND FOREIGN AGENT REGISTRATION

UNITED STATES INTERNATIONAL ORGANIZATIONS IMMUNITIES ACT,

PUBLIC LAW 79-291, 29 DECEMBER 1945

(Public Law 291-79th Congress)

TITLE I

Section 2.

(b) International organizations, their property and their assets, wherever located and by whomsoever held, shall enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments, except to the extent that such organizations may expressly waive their immunity for the purpose of any proceedings or by the terms of any contract.

(d) In so far as concerns customs duties and internal-revenue taxes imposed upon or by reason of importation, and the procedures in connexion therewith; the registration of foreign agents; and the treatment of official communications, the privileges, exemptions, and immunities to which international organizations shall be entitled shall be those accorded under similar circumstances to foreign governments.

Section 9.

The privileges, exemptions, and immunities of international organizations and of their officers and employees, and members of their families, suites, and servants, provided for in this title, shall be granted notwithstanding the fact that the similar privileges, exemptions, and immunities granted to a foreign government, its officers, or employees, may be conditioned upon the existence of reciprocity by that foreign government: Provided, That nothing contained in this title shall be construed as precluding the Secretary of State from withdrawing the privileges exemptions, and immunities herein provided from persons who are nationals of any foreign country on the ground that such country is failing to accord corresponding privileges, exemptions, and immunities to citizens of the United States.

Also see 22 USC § 611 - FOREIGN RELATIONS AND INTERCOURSE; and, 22 USC § 612, Registration statement, concerning the absolute requirement of registration with the Attorney General as a "foreign principal," due to the undisputed status of the court and its alleged officers and employees as FOREIGN AGENTS, described *supra*. This requirement shall be deemed to include, but is not limited to, an affidavit of non-communist association.

CONCLUSION AND *RECTUM ROGARE*

WHEREAS, the facts and the law contained herein are before this court; and. WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and, WHEREAS, Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalms 117:2; John 8:32; II Corinthians. 13:8; THEREFORE; this court must perform its duty under the Rule of Law, do Justice, *Rectum Rogare,* and DISMISS WITH PREJUDICE [OR REVERSE] the above-captioned case without delay for "Justice delayed is Justice denied."

*Rectum Rogare* - "to do right; to petition the judge to do right." --Black's Law Dictionary 4th edition.

_Michael-Albert; Focia_          2/24/2015

Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama

Live thumb print

**PROOF OF SERVICE**

COMES NOW, Michael Albert Focia with this. **ADMINSTRATIVE NOTICE AND**

**DEMAND: WRIT OF ERROR CORAM NOBIS MEMORANDUM IN LAW ,Fed R. Civ.**

**P. Rule 60 and Fed. R. Civ. P. 46** To be placed before the UNITED STATES DISTRICT

COURT Clerk of Court on this __ day of the February month In the Year of Our Lord 2015 AD

_Michael-Albert; Focia_

Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama

C.C. George L Beck Jr /Caray M Borden
131 Clayton Street, Montgomery, Alabama 36104

NOTICE AND DEMAND: WRIT OF ERROR CORAM NOBIS - Page 21

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
NO ADDRESS


UNITED STATES OF AMERICA                    Case No.
**ENTITY UNDISCLOSED**
**NO KNOWN ADDRESS**
            Wrongdoers
                Fictitious-Foreign Plaintiff


        Vs


MICHAEL ALBERT FOCIA (Government
Registered Trade Name)
1111 CONSTITUTION AVE N.W.
WASHINGTON DC 20224


        Property and Ward of the government


Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama
America National
Third party of interest
        Injured party
            A flesh and blood man with a soul


**COVER SHEET FOR ADDRESSES OF PARTIES**

*IN THE DISTRICT COURT OF THE UNITED STATES*
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
NO ADDRESS

UNITED STATES OF AMERICA                    Case No. *CR NO. 2:15 CR 17-MAT*
**ENTITY UNDISCLOSED**                                    *2:15 MJ-21-SRW*
**NO KNOWN ADDRESS**
              Wrongdoers
              ¦ Fictitious-Foreign Plaintiff

              Vs

MICHAEL-ALBERT; FOCIA (Government
Registered Trade Name)
1111 CONSTITUTION AVE N.W.
WASHINGTON DC 20224

                    Property and Ward of the Government

Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama
America National
Third party of interest
              Injured party
              A flesh and blood man with a soul

              **Take Judicial Notice:**
                    **Writ To Dismiss:**
**Grounds for Dismissal: No Just Cause; "NO" Corpus delecti; Failure to State a Claim,
12(b)(6); 11th Amendment of the Constitution; 60 stat 237; Title 5 USC; Title 28, sections
1602-1611; FSIA, 49 Stat. 3097; Treaty Series 881, Convention on Rights and Duties of the
States; International Organizations Immunities Act, December 9, 1945; Title 42, Section
1981, Equal Protection under the Law; United States Constitution, Article 4, clauses 1 and
2; Under the Amendments to the Constitution, 14thAmendment, clause 1; Under the Bill of
Rights, the 10th Amendment**

Notice "All" Acts, Statutes or Case Law are derived from Congressional Legislation, Supreme
Court decisions or other federal court rulings to which Michael-Albert; Focia is using as
reference points, and to which ALL allegation or jurisdiction by the UNITED STATES OF
AMERICA stems from or claiming some form of injury under for a none Corpus delecti nature.

*Pg-1*

"Corpus delecti consists of a showing of "1) the occurrence of the specific kind of injury and 2) someone's criminal act as the cause of the injury."
Johnson v. State, 653 N.E.2d 478, 479 (Ind. 1995).

"State must produce corroborating evidence of "corpus delecti," showing that injury or harm constituting crime occurred and that injury or harm was caused by someone's criminal activity." Jorgensen v. State, 567 N.E.2d 113, 121.

"To establish the corpus delecti, independent evidence must be presented showing the occurrence of a specific kind of injury and that a criminal act was the cause of the injury." Porter v. State, 391 N.E.2d 801, 808-809.


**Bond v. United States**, 564 U.S. (2011), is a Tenth Amendment case; the Supreme Court of the United States decided in late June 2011 that standing can sometimes be established by individuals, not just states, when Tenth Amendment challenges are raised in objection to a federal law. The Court subsequently has agreed to hear Bond's petition regarding both the Constitution's federalism limitations on "Congress' ability to enact legislation" that enforces treaties and the interpretation of the scope of the Chemical-  Weapons Convention Implementation Act to avoid reviewing the decision in Missouri v. Holland.


In *United States v. Ron Pair Enterprises, Inc.*, 489 U.S. 235, 240,241 (1989) "Rather, as long as the statutory scheme is coherent and consistent, there generally is no need for a court to inquire beyond the plain language of the statute."

In *Howe v. Smith*, 452 U.S. 473, 480 (1981) "As in every case involving the interpretation of a statute, analysis must begin with the language employed by Congress. *Rubin v. United States*, 449 U.S. 424, 430, 101 S.Ct. 698, 702, 66 L.Ed.2d 633 (1981); *Reiter v. Sonotone Corp.*, 442 U.S. 330, 337, 99 S,Ct. 2326, 2330, 60 L.Ed.2d 931 (1979)."


Now Comes, michael-albert; focia as a third party of interest, on behalf of MICHAEL ALBERT FOCIA,, (hereinafter "injured party"), by Congressional Legislation, under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory sets forth this document. This Declarant is putting this motion before this MIDDLE DISTRICT OF ALABAMA OF NOTHERN DISTRICT: Writ For Dismissal: Take Judicial Notice: Writ To Dismiss: Grounds for Dismissal: No Just Cause; "NO" Corpus delecti;

Failure to State a Claim, 12(b)(6); 11th Amendment of the Constitution; 60 stat 237; Title 5 USC; Title 28, sections 1602-1611; FSIA, 49 Stat. 3097; Treaty Series 881, Convention on Rights and Duties of the States; International Organizations Immunities Act, December 9, 1945; Title 42, Section 1981, Equal Protection under the Law; United States Constitution, Article 4, clauses 1 and 2; Under the Amendments to the Constitution, 14th Amendment, clause 1; Under the Bill of Rights, the 10th Amendment.

## I. Just Cause to Dismiss; the Federal Rules of Civil Procedure 12(b)(6) and the Federal Rules of Evidence

All issues are incorporated in paragraphs 1 through 5 as a foundation of this injured party Writ To Dismiss.

1. This injured party points to the Federal Rules of Civil Procedures, 12(b)(6), and the Federal Rules of Evidence for his first grounds for dismissal.

2. This injured party points to FRCP, 12(b)(6), failure to State a Claim to which relief can be granted.

    a. Any law that violates or comes in conflict to the Constitution is declared to be unconstitutional.

    Marbury v. Madison, 5 US 137

    "The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law."

    b. Both the Gun Control Act of 1968 and Title 18 USC, section 921 are in conflict with the Bill of Rights, 2nd Amendment; Public Law 33, Dick Act of 1902; and the National Firearm Act of 1934.

    c.    Washington, DC codes come in conflict with the Bill of Rights, 2nd Amendment;

           Public Law 33, Dick Act of 1902; and National Firearm Act of 1934.

    d.    This injured party points out that any claim of injury claimed by the Wrongdoers

           cannot violate or advocate the principles of overthrow of the United States

           Government or refuse to uphold and defend the Constitution of the United States (in

           order to claim or allege their relief.)

    e.    This injured party also points to Article VI (of the Constitution for the United States

           of America), clause 2, the supreme law of the land, and clause 3, shall be bound by

           Oath or Affirmation. Relief cannot be granted when these two principles are being

           violated by the Plaintiff.

3. This injured party also points to the Federal Rules of Evidence.

    RULE 101. SCOPE; DEFINITIONS

    (a) Scope. These rules apply to proceedings in United States courts. The specific courts
and proceedings to which the rules apply, along with exceptions, are set out in **Rule 101**

    (**3**) "public office" includes a public agency;

4. This injured party also points to the Washington, DC Administrative Procedures Act

    Public Law 90-614 (82 Stat. 1203; D.C. Code § 1-1501 *et seq.*),

    **ADMINISTRATIVE PROCEDURE** OTHER AUTHORITY Sec. 101. This title shall

supplement all other provisions of law establishing procedures to be observed by the

Mayor and agencies of the District government in the application of laws administered by

them, except that this title shall supersede any such law and procedure to the extent of

any conflict therewith.

(3) the term "agency" includes both subordinate agency and independent agency;

Pg-4

(4) **the term "subordinate agency" means any officer, employee, office, department, division, board**, commission, or other agency of the government of the District, other than an independent agency or the Mayor or the Council, required by law or by the Mayor or the Council to administer any law or any rule adopted under the authority of a law.

5. This injured party also points to the Classification Act 1923 (Public Law, No. 516) CHAP. 265.--An Act To provide for the classification of civilian positions within the Middle District of Alabama and in the field services, and the National Industrial Recovery Act (48 stat 200), to whom the Code or codes apply as the president was given congressional power to create these codes for the administration for the purpose for trade or industrial association or groups.

## II. Just Cause for Dismissal 11th Amendment of the Constitution

All issues are incorporated in paragraphs 1 through 6 as a foundation of this injured party, Writ To Dismiss.

6. This injured party points to the 11th Amendment of the U.S. Constitution: The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens or subjects of any foreign state.

    a.  This injured party will also remind the Court that the 11th Amendment has removed the Court's ability to hear any case in law or equity as the Wrongdoers are using the codes and statutes as law to bring their allegations before the Court.

    b.  The Wrongdoers lack the ability to commence or prosecute under Title 42 USC, sec. 1981; Equal Protection under the Law; Article 4, clauses 1 and 2; the 14th

Pg. 5

Amendment, clause 1; Title 28, sections 1602-1611, Foreign Sovereign Immunities

Act, 49 Stat. 3097; Treaty Series 881, Treaty Series 881 CONVENTION ON

RIGHTS AND DUTIES OF STATES, Article 9; and the International Organizations

Immunities Act, December 9, 1945 Section 9. To do so would violate Article VI, the

supreme law of the land clause, and the Treaty clause.

**III. Just Cause to Dismiss: Administrative Procedure Act, 60 stat 237, and Title 5**

**USC**

All issues are incorporated in paragraphs 1 through 12 as a foundation of this injured

party, Writ To Dismiss.

7. This injured party also points to Washington, D.C.'s own Administrative Codes, that the

Capitol Hill Police is an Administrate Agency for administrative policy under the City

Corporation policy.

a. The Statutes at Large, Vol. 16, The Act of 1871, "CHAP LXII --Act to provide a

Government for the District of Columbia," pg 419 created the District of Columbia and

created the "10 mile square."

b. The Statutes at Large, Vol. 16. The Act of 1871 "CHAP LXII" clearly shows that the

District of Columbia, by legal definition, is a Corporation that can be sued and can sue as a

business/corporation.

c. **2012 District of Columbia Code, Section 28-4513** Cooperation with federal

government and states Except as provided in section 28-4505(k). The Corporation Counsel

may cooperate with the federal government and the states in the enforcement of this

chapter.

Pg. 6

8. DISTRICT OF COLUMBIA ADMINISTRATIVE PROCEDURE ACT, approved October 21, 1968; Public Law 90-614 (82 Stat. 1203; D.C. Code § 1-1501 *et seq.*),

TITLE I: ADMINISTRATIVE PROCEDURE

OTHER AUTHORITY Sec. 101. This title shall supplement all other provisions of law establishing procedures to be observed by the Mayor and agencies of the District government in the application of laws administered by them, except that this title shall supersede any such law and procedure to the extent of any conflict therewith.

(3) the term "agency" includes both subordinate agency and independent agency;

(4) **the term "subordinate agency" means any officer, employee, office, department, division, board**, commission, or other agency of the government of the District, other than an independent agency or the Mayor or the Council, required by law or by the Mayor or the Council to administer any law or any rule adopted under the authority of a law;

9. Title 28 of the USC, Chapter 176, Section 3002, Definitions

(2) "Court" means any court created by the Congress of the United States, excluding the United States Tax Court.

(15) "United States" means—

(A) a Federal corporation;

(B) an agency, department, commission, board, or other entity of the United States; or

( C ) an instrumentality of the United States.

10. This injured party also points out that the UNITED STATES OF AMERICA or the United States is by Congressional definition a Corporation or an Administration Agency and comes under the Jurisdiction and consent of the United Nations (International Organizations Immunities Act, December 9, 1945).

11. Thereby making the UNITED STATES OF AMERICA / UNITED STATES / United States / Washington D.C., a Corporation and a "foreign jurisdiction" under 28 USC, FISA.

12. This injured party also points to the United States Style Manual, 3, Capitalization; Delaware Administrative Codes, Title 8, Corporation, Ch. 6, section 6.17 How to name a Corporation by a last name; Texas Administrative Codes, Title 79, Corporation, section 79.31 Entity. It is a requirement for all entities to be placed in capital letters. (These are Corporation policies regulations.)

### IV.  Just Cause For Dismissal: Title 28, section 1602-1611, FSIA

All issues are incorporated in paragraphs 1 through 18 as a foundation of this injured party, Writ To Dismiss.

13. Title 28, § 1602 - Findings and declaration of purpose

The Congress finds that the determination by United States courts of the claims of foreign states to immunity from the jurisdiction of such courts would serve the interests of justice and would protect the rights of both foreign states and litigants in United States courts. Under international law, states are not immune from the jurisdiction of foreign courts insofar as their commercial activities are concerned, and their commercial property may be levied upon for the satisfaction of judgments rendered against them in connection with their commercial activities. Claims of foreign states to immunity should henceforth be decided by courts of the United States and of the States in conformity with the principles set forth in this chapter.

14. This injured party also points to Title 28 USC, § 1603 – Definitions

(b) An "agency or instrumentality of a foreign state" means any entity

(d) A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

Pg. 8

**(e)** A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States

15. Title 28 USC, § 1604 - Immunity of a foreign state from jurisdiction

Subject to existing international agreements to which the United States is a party at the time of enactment of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter.

16. Title 28 USC, § 1610 - Exceptions to the immunity from attachment or execution

**(a)** The property in the United States of a foreign state, as defined in section 1603 (a) of this chapter, used for a commercial activity in the United States, shall not be immune from attachment in aid of execution, or from execution, upon a judgment entered by a court of the United States or of a State after the effective date of this Act, if—

**(1)** the foreign state has waived its immunity from attachment in aid of execution or from execution either explicitly or by implication, notwithstanding any withdrawal of the waiver the foreign state may purport to effect except in accordance with the terms of the waiver, or

**(2)** the property is or was used for the commercial activity upon which the claim is based, or

**(3)** the execution relates to a judgment establishing rights in property which has been taken in violation of international law or which has been exchanged for property taken in violation of international law, or

**(g) Property in Certain Actions.**

**(2) United states sovereign immunity inapplicable.**— Any property of a foreign state, or agency or instrumentality of a foreign state, to which paragraph (1) applies shall not be immune from attachment in aid of execution, or execution, upon a judgment entered under section 1605A because the property is regulated by the United States Government by reason of action taken against that foreign state under the Trading With the Enemy Act or the International Emergency Economic Powers Act.

16. This injured party points the Court to its own procedures that there is but one action and that is CIVIL.

Pg-9

17. For the Wrongdoers to bring a Criminal Claim, it can only come from Title 50 USC, Chapter 3, Alien Enemies, section 23, jurisdiction of the United States courts and judges. (a/k/a/ the Trading With the Enemy Act).

**18.** The Wrongdoers action comes under Public Law 1, 48 stat, C 1, Banking Emergency Act under the Trading With the Enemy Act.

## V. Just Cause to Dismiss: 49 Stat. 3097; Treaty Series 881, Treaty Series 881 Convention on Rights and Duties of States

All issues are incorporated in paragraphs 1 through 19 as a foundation of this injured party, Writ To Dismiss.

19. Treaty Series 881, ARTICLE 9. The jurisdiction of states within the limits of national territory applies to **all** the inhabitants.

Nationals and foreigners are under the same protection of the law and the national authorities and the foreigners may not claim rights other or more extensive than those of the nationals.

## VI. Just Cause to Dismiss: International Organizations Immunities Act, December 9, 1945

All issues are incorporated in paragraphs 1 through 20 as a foundation of this injured party, Writ To Dismiss.

20. IOIA, Section 9. The privileges, exemptions, and immunities of international organizations and of their officers and employees, and members of their families, suites, and servants, provided for in this title, shall be granted notwithstanding the fact that the similar privileges, exemptions, and immunities granted to a foreign government, its officers, or employees, may be conditioned upon the existence of reciprocity by that foreign government: Provided, That nothing contained

Ps. 10

in this title shall be construed as precluding the Secretary of State from withdrawing the

privileges, exemptions, and immunities herein provided from persons who are nationals of any

foreign country on the ground that such country is failing to accord corresponding privileges,

exemptions, and <u>immunities to citizens of the United States.</u>

### <u>VII. Just Cause for Dismissal: Title 42, section 1981, Equal Protection under the Law; United States Constitution, Article 4, Clause 1 and 2; Under the Amendments to the Constitution, 14th Amendment, Clause 1,</u>

All issues are incorporated in paragraphs 1 through 23 as a foundation of this injured

party, Writ To Dismiss.

21. 42 USC § 1981 - Equal rights under the law

**(a) Statement of equal rights**
All persons within the jurisdiction of the United States shall have the same right in every State
and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and
equal benefit of all laws and proceedings for the security of persons and property as is enjoyed
by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and
exactions of every kind, and to no other.

**(b) "Make and enforce contracts" defined**
For purposes of this section, the term "make and enforce contracts" includes the making,
performance, modification, and termination of contracts, and the enjoyment of all benefits,
privileges, terms, and conditions of the contractual relationship.

**(c) Protection against impairment**
The rights protected by this section are protected against impairment by nongovernmental
discrimination and impairment under color of State law.

22.  U.S. Constitution, Article IV

SECTION 1.

Pg. 41

Full faith and credit shall be given in each state to the public acts, records, and judicial

proceedings of every other state. And the Congress may by general laws prescribe the manner in

which such acts, records, and proceedings shall be proved, and the effect thereof.

SECTION 2.

The citizens of each state shall be entitled to all privileges and immunities of citizens in the

several states.

23. AMENDMENT XIV

SECTION 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are

citizens of the United States and of the state wherein they reside. No state shall make or enforce

any law which shall abridge the privileges or immunities of citizens of the United States; nor

shall any state deprive any person of life, liberty, or property, without due process of law; nor

deny to any person within its jurisdiction the equal protection of the laws.

## VIII. Just Cause for Dismissal: Under the Bill of Rights, the 10th Amendment

All issues are incorporated in paragraphs 1 through 24 as a foundation of this injured

party, Writ To Dismiss.

## 24. AMENDMENT X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the
states, are reserved to the states respectively, or to the people.

*Bond v. United States*, 564 U.S. ___ (2011), is a Tenth Amendment case; the Supreme Court of

the United States decided in late June 2011 that standing can sometimes be established by

Pg. 12

individuals, not just states, **when Tenth Amendment challenges are raised in objection to a federal law.** The Court subsequently has agreed to hear Bond's petition regarding both the Constitution's federalism limitations on "Congress' ability to enact legislation" that enforces treaties and the interpretation of the scope of the Chemical Weapons Convention Implementation Act to avoid reviewing the decision in Missouri v. Holland.

## IX. Case Law

All issues are incorporated in paragraphs 1 through 42 as a foundation of This injured party, Writ To Dismiss.

25. Norton v. Shelby County, 118 U.S. 425
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

26. Miller v. U.S., 230 F.2d. 486, 489

"The claim and exercise of a Constitutional right cannot be converted into a crime."

27. Brady v. U.S., 397 U.S. 742, 748
"Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness."

"If men, through fear, fraud, or mistake, should in terms renounce or give up any natural right, the eternal law of reason and the grand end of society would absolutely vacate such renunciation. The right to freedom being a gift of ALMIGHTY GOD, it is not in the power of man to alienate this gift and voluntarily become a slave."
—Samuel Adams, 1772

28. Mattox v. U.S., 156 US 237, 243.
"We are bound to interpret the Constitution in the light of the law as it existed at the time it was adopted."

Pg. 13

29. S. Carolina v. U.S., 199 U.S. 437, 448 (1905).
"The Constitution is a written instrument. As such, its meaning does not alter. That which it meant when it was adopted, it means now."

30. McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307
Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public,... and if he deliberately conceals material information from them he is guilty of fraud.

31. "The prosecutor is not a witness; and he should not be permitted to add to the record either by subtle or gross improprieties. Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974)

32. "In view of 40 USCS 255, no jurisdiction exists in United States to enforce federal criminal laws, unless and until consent to accept jurisdiction over lands acquired by United States has been filed in behalf of United States as provided in said section, and fact that state has authorized government to take jurisdiction is immaterial." Adams v. United States (1943) 319 US 312, 87 L Ed. 1421, 63 S. Ct. 1122

33. "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739

34. "The state citizen is immune from any and all government attacks and procedure, **absent contract.**" see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent."
CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70

35. "Corpus delecti consists of a showing of "1) the occurrence of the specific kind of injury and 2) someone's criminal act as the cause of the injury."
Johnson v. State, 653 N.E.2d 478, 479 (Ind. 1995).

"State must produce corroborating evidence of "corpus delecti," showing that injury or harm constituting crime occurred and that injury or harm was caused by someone's criminal activity."
Jorgensen v. State, 567 N.E.2d 113, 121.
"To establish the corpus delecti, independent evidence must be presented showing the occurrence of a specific kind of injury and that a criminal act was the cause of the injury."
Porter v. State, 391 N.E.2d 801, 808-809.

36. "The **rights** of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944

Pg. 14

37. "To take away all remedy for the enforcement of a right is to take away the right itself. But that is not within the power of the State." Poindexter v. Greenhow, 114 U.S. 270, 303 (1885).

38. Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents."

39. "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but, the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." Redfield v Fisher, 292 P 813, at 819 [1930]

40. "Knowing failure to disclose material information necessary to prevent statement from being misleading, or making representation despite knowledge that it has no reasonable basis in fact, are actionable as fraud under law."
Rubinstein v. Collins, 20 F.3d 160, 1990

41. When a Citizen challenges the acts of a federal or state official as being illegal, that official cannot just simply avoid liability based upon the fact that he is a public official. In United States v. Lee, 106 U.S. 196, 220, 221, 1 S.Ct. 240, 261, the United States claimed title to Arlington, Lee's estate, via a tax sale some years earlier, held to be void by the Court. In so voiding the title of the United States, the Court declared:

"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government; and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives.

"Shall it be said... that the courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the president has ordered it and his officers are in possession? If such be the law of this country, it sanctions a tyranny which has no existence in the monarchies of Europe, nor in any other government which has a just claim to well-regulated liberty and the protection of personal rights."

42. Albrecht v. U.S. Balzac v. People of Puerto Rico, 258 U.S. 298 (1922) "**The United States District Court is not a true United States Court, established under Article 3 of the Constitution to administer the judicial power of the United States therein conveyed.** It is created by virtue of the sovereign congressional faculty, granted under Article 4, 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts, in offering

Pg. 15

an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court."

43. In *Texaco Inc. v. United States*, 528 F.3d 703, 707 (9th Cir. 2008), to wit:

The inquiry ceases if the statutory language is unambiguous and the statutory scheme is coherent and consistent." *Barnhart v. Sigmon Coal Co.*, 534 US. 438 (2002) Internal citation omitted. The Supreme Court has further noted that "[i]f a court, employing traditional tools of statutory construction, ascertains that Congress had an intention on the precise questions at issue, that the intention is the law and must be given effect." *Chevron U.S.A. Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837, 843 n.9 (1984).

44. In *Jimenez v. Quarterman*, 555 U.S. 113, 113 (2009) it held "This Court must enforce plain statutory language according to its terms. See, *e.g., Larmie V. United States Trustee*, 540 U.S. 526, 534 (2004), *ibid @ 118*, "It is well established that, when the statutory language is plain, we must enforce it according to its terms. See, *e.g., Dodd v. United States*, 545 U.S. 353, 359, 125 (2005); *Lamie, supra*, at 534, 124 S.Ct. 1023; *Hartford Underwriters Ins. Co. v. Union Planters Bank, N. A.*, 530 U.S. 1, 6, (2000); *Caminetti v. United States*, 242 U.S. 470, 485, (1917)."

45. In *United States v. Ron Pair Enterprises, Inc.*, 489 U.S. 235, 240,241 (1989) "Rather, as long as the statutory scheme is coherent and consistent, there generally is no need for a court to inquire beyond the plain language of the statute."

46. In *Howe v. Smith*, 452 U.S. 473, 480 (1981) "As in every case involving the interpretation of a statute, analysis must begin with the language employed by Congress. *Rubin v. United States*, 449 U.S. 424, 430, 101 S.Ct. 698, 702, 66 L.Ed.2d 633 (1981); *Reiter v. Sonotone Corp.*, 442 U.S. 330, 337, 99 S.Ct. 2326, 2330, 60 L.Ed.2d 931 (1979)."

## CONCLUSION

This injured party has now provided the Court with legal issues, facts and conclusions in law as well as case law to support This injured party, Requirement to Dismiss/Writ to Dismiss. The Court is aware that Codes and policy of the Administration or of a Corporation do not apply to the private parties that hold no employed **contract** to the Administration or to a Corporation.

The APA of 1946, 60 stat 237, is for a private party that is not employed by the government to sue for a claim or injury, and the Rule making Powers of the Court are to correct any policy with it (the court or an Administrative Office) that is in conflict with a non-employee.

Pg-16

The APA of 1946 is not for a Government – Administration - Agency or a Corporation to enforce Public Policy on those who do not come under Title 5 USC, Government Organization and Employee. Eire R.R. vs. Tomkins reduced Public Law to Public Policy, **but it is not law but falls under an administrative policy**. The Clearfield Trust Doctrine reduced the United States to a Corporation... "an entity cannot compel performance upon its corporate statutes or corporation rules" unless it is on another corporation. (See 28 USC, chapter 176, section 3002, definitions. Also look to the Classification Act 1923 (Public Law, No. 516), the National Industrial Recovery Act (48 stat 200), to see who the Code or codes apply to as the president was given congressional power to create these codes for the administration for the purpose for trade or industrial association or groups.)

This injured party next points in law are the Equal Protection clause as found in the U.S. Codes under Title 42, Section 1981; Article IV of the Constitution's clauses 1 and 2; and the 14th Amendment, clause 1. This injured party under these provisions, is entitled to enjoy the same Rights as in his home State. This injured party Rights cannot be taken away under these cited foundational laws, to do so would violate his protected Rights and violate the Constitution's Article VI supreme law of the land clause.

This injured party also points to the Bill of Rights, 10th Amendment: all Rights are reserved to the people, as opposed to those who **hold office under contract** as defined in the first three articles of the Constitution, Article VI, clause 2, and under the 14th Amendment, clauses 2, 3 and 4 that the obligated has sworn an oath or affirmation to hold such office. However, many of those obligated to abide by the contract do not seem to acknowledge or comply with the "contract" to hold that public office.

Pg. 17

This injured party also points to the Foreign Sovereign Immunity Act, the International Organizations Immunities Act, and 49 stat 3097, Treaty Series 881, rights and duties of the states, which comes under International Law for "equal immunity and equal protection" of all parties under these treaties and agreements.

This injured party also points out that under FRCP 12(b)(6) the Wrongdoers cannot produce a Corpus delecti signifying that it is an injured party and, therefore, NO relief can be granted. A Corporation or an agency or administration is not harmed when a non-employee fails to come in compliance with public policy when there is **no contract** between such parties.

There is but one course of action in these courts and that is "a civil action" and any criminal actions fall under the "state of emergency" clause (1933), or the Bank Emergency Act under Public Law 1, 48 stat, C1 which falls under Title 50 USC, chapter 3, alien enemies, section 23 which is part of the Trading With the Enemy Act. None of these Acts or Laws were used in the charging of This injured party, Nor would they apply to This injured party.

This injured party points out that the Alien Registration Act of 1940 has required anybody born here in the United States to be registered to the state as "property" of the state, and under the Social Security Act of 1935 such registration number and the styling of the recipient's name has been given to ensure Federal Grants to be given as compensation for the states to operate under, then why do they use this government procedure (Social Sec # and the styling of the recipient's name) to obligate This injured party to be subjected to an administrative "policy" which is NOT a Public Law.

This injured party will also point to the "cestui que trust" that the states enjoy, in order to settle any conflict, allegations, and any "quasi-in-rem" (an item or thing not an injury) actions brought by an agency – administration - or Corporation for settlement, for any actions, would

Pg. 18

come under Title 50 USC, chapter 3, alien enemy, section 23 for any "disturbance of the peace." (See the Declarant's previous filing **Writ for Dismissal; Take Judicial Notice: UNITED STATES DISTRICT COURT has limited jurisdiction and venue.**)

Therefore, this injured party, Requirement Writ and Motion For Dismissal should be granted on the above grounds, "with prejudice," and with a return of all property, and restitution given for injuries and damages done to this injured party.

All rights reserved and all rights to amend any errors that may have occurred in this document.

*(signature)* 2/24/2015

Michael-Albert; Focia
3121 Milan Drive
Montgomery, Alabama

## PROOF OF SERVICE

Now Comes, michael–albert; focia, by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, in the position of Private Attorney General and Bounty Hunter to set forth this document: **Writ For Dismissal: Take Judicial Notice: Writ To Dismiss: Grounds for Dismissal: No Just Cause; "NO" Corpus delecti; Failure to State a Claim, 12(b)(6); 11th Amendment of the Constitution; 60 stat 237; Title 5 USC; Title 28, sections 1602-1611; FSIA, 49 Stat. 3097; Treaty Series 881, Convention on Rights and Duties of the States; International Organizations Immunities Act, December 9, 1945; Title 42, Section 1981, Equal Protection under the Law; United States Constitution, Article 4, clauses 1 and 2; Under the Amendments to the Constitution, 14th Amendment, clause 1; Under the Bill of**

Pg. 19

**Rights, the 10th Amendment** to the UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLUMBIA Clerk of Courts on this _2 4th_ day of February in the year of our

Lord 2015 A.D. Declarant also delivered a copy to the Prosecution's inbox.

michael-albert; focia
3121 Milan Drive
Montgomery, Alabama

live thumb print

cc. George L Beck Jr
United States Attorney
131 Clayton Street
Montgomery, Alq 36104

Pg. 20