IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL ACTION NO. |
| v.   ) | 2:15cr17-MHT |
| ) | (WO) |
| MICHAEL ALBERT FOCIA   ) | |

ORDER

It is ORDERED that defendant Michael Albert Focia's motion for review of detention order (doc. no. 30) is set for an evidentiary hearing on March 16, 2015, at 3:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The government is to arrange for the presence of defendant Focia.  Defendant Focia's standby counsel is also to be present.

DONE, this the 11th day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE