IN THE DISTRICT COURT OF THE UNITED STATES

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2015 MAR 19 P 4:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA ) CR No. 2:15CR17-MHT

Wrongdoer )        2:15 mj 21-SRW

Fictitious Foreign Plaintiff )

VS. )

MICHAEL ALBERT FOCIA ) Invoking Constitutional Article

(Government Registered Trade Name, ) 3, Section 2 Jurisdiction

Word, Trust, ESTATE, Corporate Sole, )

Ens Legis )

1111 Constitution Ave N.W.

Washington D.C. 20224


Michael Albert; Focia (A Living Flesh and Blood man with a Soul

Montgomery, Alabama

American National (8 USC 1101(a) 21, 8 USC 1101(a) 22, 8 USC 1452(b

Third Party of Interest to Intervence and Real Injured Party of Interest

[ motion ]

Affidavit in Support of Writ to

Return Property and Compensate

For Damages

Presents Now Michael Albert of the Family Focia

Your Affiant, a people of the united States of America,

an American National currently described in 8 USC 1101(a) 2

8 USC 1101(a) 22, and 8 USC 1452(b) and domiciled in the

Kingdom of Heaven, with a transient place of abode

on the soil of one of the states of the union, a non-citizen, non-person, non-corporation, non resident, after first being duly sworn under 28 USC 1746(1) to tell the truth without misleading do depose and say:

FACTS:

1.) On October 31, 2014 your Affiant's transient place of abode was unlawfully raided with a fetally defective warrant and without Probable Cause.

2.) During the raid no unlawful items were seized and Affiants safe was torn open with the "Jaws of Life"

3.) Affiants Computer was stolen, hard drives and jump drives, Armis, court Papers, (See Exhibit B) in violation of the 4th and 5th Amendments.

4.) Affiant never had internet access at this location the entire time he visited.

5.) Affiant never accessed the internet with the "CoolerMaster" computer system in almost two years. The System was strictly used for studing law and archiving family history. Prior to that is was used to do "sensitive" network security and maintenance. This "CoolerMaster", could not have been associated with any unlawful activity. The Pg 2 of 8

System was used mostly for writing law papers. The data on there is priceless because it is an archive of all affients literary works, Family History, Aweros Family Photo Albums, entire Collection of, Videos Web Page Code and educational Material, Music that has accumulated over a lifetime.

6. The Arms that I have a right to Keep and bare do not have any association with what is marketed on the alleged Website under the alleged Person named "ntbarms" that Affient is being accused of.

7. Affient notices that the inventory list turned into the court and the true inventory list are completely different, where in the Courts inventory list has omitted my arms that were stolen by the government agents.

8. The affidavit that allegedly supports the warrant is fatally defective and has Perjured statements of Jennifer A. Rudda Crews

   A. The affidavit to support the warrant omits that, both Alan Turner and Jessica Busby also picked out someone else in their lineups.

   B. The affidavit makes presumptions that I am profile names without any evidence mere Suspician.

Pg 3 of 8

C. The affidavit makes a presumptive conclusion without any facts that I am a profile name with NO evidence. (rtforms and Guns and Ammo)

D. Affidavit Alleges that Michael focia was in possession of a firearm to slander and influence the court to issue the warrant knowing full well I never had a firearm.

E. Affidavit states absolutly NO Evidence or supporting facts that show I am the profiles they use in their affidavit.

F. The affidavit states Michael Focia mailed a package as a fact, when Jennifer A Rudden Conway knows this to be a falsehood by earlier affidavits.

G. No evidence of criminal activity has ever been observed of Michael Focia Nor, tracking information corroborated.

H. Affidavit states "repeated" observations then list May 15.16 and Oct 31, 2014 as the dates of repeated. She personally only states two times observing an infiniti.

I, The affidavit was created after the raid was conducted

9. Furthermore, Jennifer A Rudden Conway manufactured evidence taken from my home, Specifically, "Consistent mailing materials" and put them with the gun to be fingerprinted at the lab. Why else would Postal Inspector D. Algeri video the opening of the package and Jennifer Conway video opening the Same package two days later? Why not send the package directly to the lab? It is an impossibility for my fingerprints to be on the package if I didn't send it.

10. The Affidavit nor Search warrant are stamped with a Court date and Stamp required by law.

11. Michael has never had a residence at 55 Boathouse Road.

12. Jennifer Rudden Conway exceeded her Jurisdiction and

13. Because Jennifer had mere Suspicion and belief based on a mistaken understanding of the law cannot constitute reasonable Suspicion. (US v Twilley 222 F.3d 1092 (2000))

14. Further evidence of conspiracy in deprivation of my right is the name of the investigation. This was and is evidence of a concerted prior thought of Michael with prejudice, and evidence he was targeted from before the "alleged investigators began. Thus, confirming a malicious prosecution

## Conclusion & Relief

Wherefore defendant in error, Michael requests the following relief.

1. All Property that was unlawfully taken be promptly returned.

2. Compensation for damages to his Safe in the amount of $2,000.00

3. Compensation for damages to his reputation, in the amount of $150,000.00

4. Compensation for false imprisonment in the amount of $3,800.000.00

5. Compensation for malicious Prosecution in the amount of $1,000,000.00

6. Compensation for Assault and battery and theft of his DNA, fingerprints in the amount of $1,000,000.00

Page 6 of 8

7. Compensation for damages from breach of Covenant of $250,000

8. Compensation for damages from breach of and denied Constitional Provisions $250,000

9. Punatitive damages x3 for malicious Prosection.

Total of all damages which are Consistent with 18 USC 3571, 1001, 1621, 1622, 2412 241, 872, 4, comes out to $7,552,000.⁰⁰ x triple damages for a grand total of $22,556,000.⁰⁰. These are prices that the Government has set for penalties

Defendant in ever prays this honorable Court will grant such relief Considering the maliciousness, despotic government has pursued him with.

Under 28 USC 1746(1),

Without Prejudice U.D. 1-308

~~Michael Snow~~        13 MAR 2015

A Living flesh and blood Man with a Soul

Certificate of Service →

Continued →        Pg 7 of 8

Certificate of Service
        I certify that I served a copy of
the foregoing Motion upon Gray M. Borden
through Standby council of Spencer Hahn
on this 13th Day of March in the year
of our Lord and Savior 2015.


without Prejudice U-D 1-308


Michael Albert
Michael Albert of the Family Facq
A living flesh and blood man with a Soul.