IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )         2:15cr17-MHT
                             )             (WO)
MICHAEL ALBERT FOCIA         )
```

OPINION AND ORDER

Before the court is defendant Michael Albert Focia's motion for leave to file a crossclaim.  In the motion, he identifies a number of sovereign entities, governmental agencies, and individuals and asserts that they are responsible for a conspiracy to effect violations of a litany of his rights.  He asserts that the court has jurisdiction over his claims against the individuals and entities he describes "pursuant to diversity of citizenship under Article 3, Section 2 of the Constitution."  Defendant's Motion for Leave to File a Cross Claim (doc. no. 50) at 3.

To the extent the court can discern any specific request for relief, it appears Focia is requesting leave to assert, as "crossclaims" in this ongoing criminal case, numerous claims alleging violations of

his civil rights against the entities and agencies he describes. If he indeed intends that his motion request such leave, the motion is due to be denied. There is no provision in the Federal Rules of Criminal Procedure that permits a criminal defendant to assert civil claims for constitutional violations in a pending criminal case, and Focia has not provided the court with any viable authority indicating that he may do so. To the extent Focia's "crossclaims" may somehow constitute defenses to the charges against him, it is incumbent upon him, if he so chooses, to present them to the court in some cognizable format, whether in a timely pretrial motion seeking dismissal of the charges or as a defense at trial.

***

Accordingly, it is ORDERED that defendant Michael Albert Focia's motion for leave to file a crossclaim (doc. no. 50) is denied.

DONE, this the 6th day of April, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE