IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr17-AKK |
| | ) | (WO) |
| MICHAEL ALBERT FOCIA | ) | |

ORDER

This cause is before the court on defendant Michael Albert Focia's motion to continue.  For the reasons set forth below, the court finds that jury selection and trial, now set for April 27, 2015, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or

> indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).

The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Focia in a speedy trial.

The court has been given reasonable cause to believe that, in order to be prepared effectively for

trial, Focia needs further time to evaluate the large number of documents in this case. In particular, there are nearly 1,000 pages of reports as well as numerous videos and hard drives to examine. This court's decision to grant a continuance is buttressed by the fact that the government does not oppose the continuance.

***

Accordingly, it is ORDERED as follows:

(1) Defendant Michael Albert Focia's motion for continuance (doc. no. 108) is granted.

(2) The jury selection and trial, now set for April 27, 2015, are reset for June 22, 2015, at 9:00 a.m., in Courtroom 2F of the Frank M. Johnson Jr. United States Courthouse, One Church Street, Montgomery, Alabama.

**DONE** the 22nd day of April, 2015.

                                           **ABDUL K. KALLON**
                                   UNITED STATES DISTRICT JUDGE