IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr17-AKK |
| | ) | (WO) |
| MICHAEL ALBERT FOCIA | ) | |

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 98) and the objections filed by the defendant Michael Albert Focia (docs. no. 105 and 109); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Michael Albert Focia's objections (docs. no. 105 and 109) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 98) is adopted.

(3) Defendant Michael Albert Focia's motion to dismiss counts 2 and 3 of the superseding indictment (doc. no. 55) is denied.

DONE, this the 12th day of June, 2015.

    /s/ Abdul Kallon___
UNITED STATES DISTRICT JUDGE